1  D. ANTHONY RODRIGUEZ (CA SBN 162587)
   EVI K. SCHUELLER (CA SBN 237886)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   Email: DRodriguez@mofo.com
5  Email: ESchueller@mofo.com

6  MICHAEL B. FISCO (MN No. 175341)
   ABBY E. WILKINSON (MN No. 0313981)
7  (Pro hac applications pending)
   FAEGRE & BENSON LLP
8  90 South Seventh Street, Suite 2200
   Minneapolis, Minnesota 55402-3901
9  Telephone: 612.766.7000
   Facsimile: 612.766.1600
10 Email: mfisco@faegre.com
   Email: awilkinson@faegre.com
11
   Attorneys for Defendant U.S. BANK TRUST NATIONAL
12 ASSOCIATION,
   in its capacity as Indenture Trustee
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17 FINISAR CORPORATION,,

18              Plaintiff,                    DEFENDANT U.S. BANK TRUST
                                             NATIONAL ASSOCIATION'S
19       v.                                  CERTIFICATION OF
                                             INTERESTED PARTIES OR
20 U.S. BANK TRUST NATIONAL                  PERSONS PURSUANT TO CIVIL
   ASSOCIATION, a national banking association, LOCAL RULE 3-16
21 not in its individual capacity, but solely in its
   capacity as Indenture Trustee in behalf of all
22 Holders of Finisar Corporation's 5¼%
   Convertible Subordinated Notes due 2008, 2½%
23 Convertible Senior Subordinated Notes due 2010,
   and 2½% Convertible Subordinated Notes due
24 2010, and DOES 1 through 10, inclusive,

25              Defendants.

26

27

28
DEFENDANT U.S. BANK TRUST NATIONAL ASSOCIATION'S CERTIFICATION OF INTERESTED
PARTIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16

sf-2368281

1    . U.S. Bank Trust National Association ("U.S. Bank") does not have a direct financial stake

2    in the outcome of this litigation.  U.S. Bank is acting in a representative capacity as indenture

3    trustee on behalf of the holders of the:  (a) 5¼% Convertible Subordinated Notes of Finisar

4    Corporation due 2008 under that certain Indenture dated as of October 15, 2001; (b) 2½%

5    Convertible Subordinated Notes of Finisar Corporation due 2010 under that certain Indenture

6    dated as of October 15, 2003; and (c) 2½% Convertible Senior Subordinated Notes of Finisar

7    Corporation due 2010 under that certain Indenture dated as of October 12, 2006.  The indentures

8    are jointly referred to as the "Indentures," and the obligations are collectively referred to as the

9    "Notes."

10    As indenture trustee, U.S. Bank is not required to maintain a list of the beneficial owners

11    of the Notes.  Instead, U.S. Bank maintains a list of the registered holders of the Notes.  In light of

12    the foregoing and pursuant to Civil L.R. 3-16, the undersigned certifies as follows:

13    1.    The registered holder of the 5¼% Convertible Subordinated Notes of Finisar

14    Corporation is Cede & Co., or such other nominee as requested by the Depository Trust

15    Company;

16    2.    The registered holder of the 2½% Convertible Subordinated Notes of Finisar

17    Corporation is Cede & Co., or such other nominee as requested by the Depository Trust

18    Company;

19    3.    The registered holder of the 2½% Convertible Senior Subordinated Notes of

20    Finisar Corporation is Cede & Co., or such other nominee as requested by the Depository Trust

21    Company; and

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

U.S. BANK TRUST CERT OF INT PARTIES                1

sf-2368281

1        4.      During the course of administering its duties, U.S. Bank is contacted by certain

2    persons and entities who may beneficially own the Notes or are authorized representatives of

3    beneficial holders of the Notes.  On information and belief, the following entities may be

4    beneficial holders of the Notes, or authorized to act on behalf of a beneficial holder of the Notes:

5        1.      Tennenbaum Capital Partners, LLC;

6        2.      Aristeia International Limited;

7        3.      Aristeia Partners LP;

8        4.      Arpeggio Fund;

9        5.      Calamos Market Neutral Fund – Calamos Investment Trust;

10       6.      CNH CA Master Account, L.P.;

11       7.      CSV Limited;

12       8.      Encore Fund LP;

13       9.      Fore Convertible Master Fund Ltd.;

14       10.    Fore ERISA Fund Ltd.;

15       11.    Fore Multi Strategy Master Fund Ltd.;

16       12.    FGO Master Fund Ltd.;

17       13.    Fortissimo Fund;

18       14.    IMF Converts;

19       15.    Man Mac 1 Limited;

20       16.    Rhapsody Fund; and

21       17.    Wolverine Asset Management.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

U.S. BANK TRUST CERT OF INT PARTIES                    2

sf-2368281

1    Other than as set forth above, the undersigned does not know of any holders of the Notes,

2  which may include persons, associations of persons, firms, partnerships, corporations (including

3  parent corporations) or other entities, which (i) have a financial interest in the subject matter in

4  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

5  matter or in a party that could be substantially affected by the outcome of this proceeding.

6

7  Dated:  August 6, 2007                        **MORRISON & FOERSTER LLP**

8                                               PAUL T. FRIEDMAN
                                                D. ANTHONY RODRIGUEZ
9                                               EVA K. SCHUELLER

10                                              **FAEGRE & BENSON LLP**

11                                              MICHAEL B. FISCO
                                                ABBY E. WILKINSON
12

13

14  By _____
                  D. Anthony Rodriguez

15  Attorneys for Defendant,
    U.S. BANK TRUST NATIONAL
16  ASSOCIATION, in its capacity
    as Indenture Trustee

17

18

19

20

21

22

23

24

25

26

27

28

U.S. BANK TRUST CERT OF INT PARTIES                3