1  D. ANTHONY RODRIGUEZ (CA SBN 162587)
2  EVI K. SCHUELLER (CA SBN 237886)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone: 415.268.7000
   Facsimile: 415.268.7522
5  Email: DRodriguez@mofo.com
   Email: ESchueller@mofo.com

6  MICHAEL B. FISCO (MN No. 175341)
7  ABBY E. WILKINSON (MN No. 0313981)
   (*Pro hac applications pending*)
8  FAEGRE & BENSON LLP
   90 South Seventh Street, Suite 2200
9  Minneapolis, Minnesota 55402-3901
   Telephone: 612.766.7000
10 Facsimile: 612.766.1600
   Email: mfisco@faegre.com
11 Email: awilkinson@faegre.com

12 Attorneys for Defendant U.S. BANK TRUST NATIONAL ASSOCIATION,
13 in its capacity as Indenture Trustee

FILED
07 AUG -7 PM 3:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

HRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C 07 4052

| | |
|---|---|
| FINISAR CORPORATION,, | Case No. |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY ABBY E. WILKINSON *PRO HAC VICE*** |
| v. | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Abby E. Wilkinson, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of

1
APPLICATION FOR ADMISSION FOR ABBY E. WILKINSON *PRO HAC VICE*
sf-2368293

ORIGINAL

1  California on a *pro hac vice* basis representing defendant U.S. Bank Trust National Association,
2  in its capacity as Indenture Trustee ("U.S. Bank") in the above-entitled action.
3      In support of this application, I certify on oath that:
4      1.  I am an active member in good standing of a United States Court or of the highest
5  court of another State or the District of Columbia, as indicated above;
6      2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
7  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
8  with the Local Rules and the Alternative Dispute Resolution program of this Court; and,
9      3.  An attorney who is a member of the bar of this Court in good standing and who
10  maintains an office within the State of California has been designated as co-counsel in the above-
11  entitled action. The name, address and telephone number of that attorney is: D. Anthony
12  Rodriguez, Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105,
13  (415) 268-7000.
14      4.  On April 25, 2007, Judge Jeremy Fogel granted my *pro hac vice* application in
15  *Finisar Corp. v. U.S. Bank Trust National Assoc.*, No. C-07-02101, a case which defendant U.S.
16  Bank believes is related to this action.
17  I declare under penalty of perjury that the foregoing is true and correct.

19  Dated: August 6, 2007

21  Abby E. Wilkinson