1  D. ANTHONY RODRIGUEZ (CA SBN 162587)
   EVI K. SCHUELLER (CA SBN 237886)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   Email: DRodriguez@mofo.com
5  Email: ESchueller@mofo.com

6  MICHAEL B. FISCO (MN No. 175341)
   ABBY E. WILKINSON (MN No. 0313981)
7  (*Pro hac applications pending*)
   FAEGRE & BENSON LLP
8  90 South Seventh Street, Suite 2200
   Minneapolis, Minnesota 55402-3901
9  Telephone: 612.766.7000
   Facsimile: 612.766.1600
10 Email: mfisco@faegre.com
   Email: awilkinson@faegre.com
11
   Attorneys for Defendant U.S. BANK TRUST NATIONAL
12 ASSOCIATION,
   in its capacity as Indenture Trustee
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

                                              C 07 4052  HRL

17 FINISAR CORPORATION,                    Case No.

18              Plaintiff,                 **APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL B. FISCO *PRO HAC VICE***

19       v.

20 U.S. BANK TRUST NATIONAL
   ASSOCIATION, a national banking association,
21 not in its individual capacity, but solely in its
   capacity as Indenture Trustee on behalf of all
22 Holders of Finisar Corporation's 5¼%
   Convertible Subordinated Notes due 2008, 2½%
23 Convertible Senior Subordinated Notes due 2010,
   and 2½% Convertible Subordinated Notes due
24 2010, and DOES 1 through 10, inclusive

25              Defendants.

26

27       Pursuant to Civil L.R. 11-3, Michael B. Fisco, an active member in good standing of the

28 bar of Minnesota, hereby applies for admission to practice in the Northern District of California

---

sf-2368292    APPLICATION FOR ADMISSION FOR MICHAEL B. FISCO *PRO HAC VICE*

1  on a *pro hac vice* basis representing defendant U.S. Bank Trust National Association, in its capacity as Indenture Trustee ("U.S. Bank") in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: D. Anthony Rodriguez, Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105, (415) 268-7000.

4. On April 25, 2007, Judge Jeremy Fogel granted my *pro hac vice* application in *Finisar Corp. v. U.S. Bank Trust National Assoc.*, No. C-07-02101, a case which defendant U.S. Bank believes is related to this action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 6, 2007

Michael B. Fisco