**FILED**

AUG 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C 07 4052        HRL

| | |
|---|---|
| FINISAR CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ABBY E. WILKINSON *PRO HAC VICE* |

---

[PROPOSED] ORDER GRANTING ADMISSION FOR ABBY E. WILKINSON *PRO HAC VICE*
sf-2368288

1  Abby E. Wilkinson, an active member in good standing of the bar of Minnesota, whose
2  business address and telephone number is Faegre & Benson LLP, 90 South Seventh Street,
3  Minneapolis, MN 55402-3901, (612) 766-7000, having applied in the above-entitled action for
4  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
5  Defendant U.S. Bank Trust National Association, in its capacity as Indenture Trustee,

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party.

10  Dated: 8/10, 2007

United States ~~District Court~~ Judge
Magistrate

HOWARD R. LLOYD

---

1

[PROPOSED] ORDER GRANTING ADMISSION FOR ABBY E. WILKINSON *PRO HAC VICE*
sf-2368288