**FILED**

AUG 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. C 07 4052 HRL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY MICHAEL B. FISCO *PRO HAC VICE* |

1 | Michael B. Fisco, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Faegre & Benson LLP, 90 South Seventh Street, Minneapolis, MN 55402-3901, (612) 766-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant U.S. Bank Trust National Association, in its capacity as Indenture Trustee,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated: 8/10, 2007

United States ~~District Court~~ Magistrate Judge

HOWARD R. LLOYD

---

1

[PROPOSED] ORDER GRANTING ADMISSION FOR MICHAEL B. FISCO *PRO HAC VICE*

sf-2368283