*E-FILED: 8.10.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, | No. C07-04052 HRL |
| Plaintiff,<br>v. | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| U.S. BANK TRUST NATIONAL ASSOCIATION, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Finisar Corp. v. U.S. Bank Trust National Association*, C07-02101 JF (PVT), for a determination as to whether the actions are related within the meaning of that rule.

Dated:   August 10, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice will be electronically mailed to:**

Sterling Arthur Brennan sbrennan@wnlaw.com, jgarcia@wnlaw.com, jwarner@wnlaw.com, rsears@wnlaw.com, tbradshaw@wnlaw.com

Michael B. Fisco MFisco@Faegre.com

Caroline McIntyre cmcintyre@be-law.com, swalker@be-law.com

Dana Anthony Rodriguez drodriguez@mofo.com, rwright@mofo.com

Eva Krisztina Schueller eschueller@mofo.com, mland@mofo.com

L. Rex Sears rsears@wnspat.com, blarsen@wnspat.com, jwarner@wnspat.com, vgarrett@wnspat.com

Abby E. Wilkinson AWilkinson@Faegre.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.