1  Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
   WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
2  1000 Eagle Gate Tower
   60 East South Temple
3  Salt Lake City, Utah 84111
   Telephone:  (801) 533-9800
4  Facsimile:   (801) 328-1707

5  Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
   BERGESON, LLP
6  303 Almaden Boulevard
   Suite 500
7  San Jose, California 95110-2712
   Telephone:  (408) 291-6200
8  Facsimile:   (408) 297-6000

9  Attorneys for Plaintiff FINISAR CORPORATION

10
11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:07-CV-04052-HRL<br><br>**DEMAND FOR JURY TRIAL BY PLAINTIFF FINISAR CORPORATION**<br><br><br><br>Magistrate Judge: Howard R. Lloyd |

**DEMAND FOR JURY TRIAL**

      WHEREAS, on June 22, 2007, plaintiff Finisar Corporation ("Finisar") commenced the above-captioned action (the "Action") by filing in the Superior Court of the State of California for the County of Santa Clara (the "State Court") its "Complaint for Declaratory Relief" ("Complaint") against defendant U.S. Bank Trust National Association (the "Bank") in its capacity as indenture trustee under those certain trust indentures correlating to the 5¼% convertible subordinated notes due 2008, 2½% convertible senior subordinated notes due 2010, and 2½% convertible subordinated notes due 2010 referenced in the caption hereof; and

      WHEREAS, on or about August 6, 2007, Bank filed in the State Court its "Answer to Complaint for Declaratory Relief" (the "Answer"); and

      WHEREAS, on or about August 7, 2007, Bank filed in this Court its "Notice of Removal" (the "Notice of Removal"); and

      WHEREAS, on or about August 8, 2007, Bank filed in the State Court a copy of its Notice of Removal,

      NOW THEREFORE, without waiver or limitation of any right to seek remand of the Action to the State Court as permitted and authorized by applicable law, and in light of the requirement of Federal Rule of Civil Procedure 81(c) that a jury demand be filed within ten days after service of the Notice of Removal,[1] Finisar hereby demands TRIAL BY JURY of all causes and issues in the above-captioned action so triable, howsoever—whether by its own Complaint, by the Bank's Answer, or otherwise—such causes and/or issues may be put at issue.

DATED:  August 16, 2007              Respectfully submitted,

                                          Sterling A. Brennan
                                          WORKMAN NYDEGGER A PROFESSIONAL CORPORATION
                                          Caroline McIntyre
                                          BERGESON, LLP

                                          By____/s/ Sterling A. Brennan_____
                                                    Sterling A. Brennan
                                          Attorneys for Plaintiff FINISAR CORPORATION

---

[1] *See Benjamin v. Natural Gas Pipeline Co. of Am.*, 793 F.Supp. 729, 732 (S.D. Tex. 1992) (noting that the deadlines imposed by 28 U.S.C. § 1447(c) and Federal Rule of Civil Procedure 81(c) "create the situation where jury demands will often be filed before remand motions"; and holding that, "[i]n light of this timing conflict, it would be ludicrous to conclude that the filing of a jury demand before a remand motion constitutes acquiescence to the federal forum and a waiver of the right to remand an improperly removed case").

1.
**DEMAND FOR JURY TRIAL**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Evi K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800