Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:   (408) 291-6200
Facsimile:    (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:07-CV-04052-HRL<br><br>**CERTIFICATION OF INTERESTED PARTIES OR PERSONS BY PLAINTIFF FINISAR CORPORATION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 3-16**<br><br>Magistrate Judge:   Hon. Howard R. Lloyd<br>Complaint Filed:    June 22, 2007<br>Trial Date Set:       None Yet |

CERTIFICATION OF INTERESTED PARTIES OR
PERSONS BY FINISAR CORPORATION PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
AND CIVIL LOCAL RULE 3-16                                                                    CASE NO.: 5:07-CV-04052-HRL

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Finisar Corporation ("Finisar") states that it has no parent corporation and that no publicly held corporation owns ten percent (10%) or more of its stock.

Pursuant to Civil Local Rule 3-16, plaintiff Finisar Corporation certifies that the following persons, associations of persons, firms, partnerships, corporations, or entities other than the parties to the above-captioned action (the "Action") may have either (i) a financial interest of some king in the subject matter in controversy in, or in a party to, the Action; or (ii) some other kind of interest that could be substantially affected by the outcome of the Action:

| | |
|---|---|
| 1 | OppenheimerFunds, Inc. |
| 2 | T. Rowe Price Associates, Inc. |
| 3 | Frank H. Levinson |
| 4 | VantagePoint Venture Partners |
| 5 | Penn Capital Management, Inc. |
| 6 | Vanguard Group, Inc. |
| 7 | Kopp Investment Advisors, LLC |
| 8 | Fidelity Management & Research (US) |
| 9 | Pioneer Investment Management, Inc. |
| 10 | Barclays Global Investors, NA |
| 11 | Dawson-Herman Capital Management Inc. |
| 12 | Ardsley Partners |
| 13 | Sand Hill Advisors, Inc. |
| 14 | 6th Avenue Investment Management Company, LLC |
| 15 | Jerry S. Rawls |
| 16 | Longwood Investment Advisors, Inc. |
| 17 | GLG Partners, LP |
| 18 | Emerald Advisers, Inc. |
| 19 | Hunter Hall Investment Management Ltd. |
| 20 | Schroder Investment Management North America Inc. |
| 21 | RiverSource Investments, LLC |
| 22 | College Retirement Equities Fund |
| 23 | State Street Global Advisors (US) |
| 24 | Dimensional Fund Advisors, Inc. |
| 25 | Pequot Capital Management, Inc. |
| 26 | Peconic Partners, LLC |
| 27 | Bear Stearns Asset Management, Inc. |
| 28 | Mayo Investment Advisers, LLC |
| 29 | NorthPointe Capital, LLC |
| 30 | Swedbank Robur AB |
| 31 | 033 Asset Management, LLC |

1.

CERTIFICATION OF INTERESTED PARTIES OR
PERSONS BY FINISAR CORPORATION PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
AND CIVIL LOCAL RULE 3-16                              CASE NO.: 5:07-CV-04052-HRL

|     |     |
| --- | --- |
| 32  | Delaware Investments |
| 33  | J.P. Morgan Investment Management Inc. (New York) |
| 34  | Deutsche Asset Management Americas |
| 35  | New Generation Advisors, Inc. |
| 36  | Northern Trust Investments, NA |
| 37  | California Public Employees' Retirement System |
| 38  | Sun Life Assurance Company of Canada (Toronto) |
| 39  | Black River Asset Management, LLC |
| 40  | Placemark Investments, Inc. |
| 41  | Washington Capital Management, Inc. |
| 42  | Cavalry Asset Management LP |
| 43  | RCM Capital Management LLC |
| 44  | JDS Capital Management, Inc. |
| 45  | Pennsylvania Public School Employees Retirement System |
| 46  | JPMorgan Investment Advisors Inc. |
| 47  | D.E. Shaw & Co., LP |
| 48  | Bodri Capital Management |
| 49  | Mellon Private Wealth Management |
| 50  | Teachers Insurance & Annuity Association |
| 51  | BlackRock Investment Management, LLC |
| 52  | Markston International, LLC |
| 53  | EagleRock Capital Management |
| 54  | Stephen K. Workman |
| 55  | Robeco Investment Management Inc. (WPG) |
| 56  | Marshall Wace, LLP |
| 57  | Credit Suisse Securities (USA) LLC |
| 58  | Citi Investment Research (US) |
| 59  | Northern Trust Global Investments |
| 60  | Thomas Weisel Asset Management |
| 61  | Kenwood Capital Management, LLC |
| 62  | S.A.C. Capital Management, LLC |
| 63  | Geode Capital Management, LLC |
| 64  | Mercantile-Safe Deposit and Trust Company |
| 65  | JPMorgan Private Bank (United States) |
| 66  | Florida State Board of Administration |
| 67  | Ohio Public Employees Retirement System |
| 68  | NorthStar Capital Funds, LLC |
| 69  | Polar Capital Partners Ltd. |
| 70  | UBS Securities LLC |
| 71  | Credit Suisse Asset Management, LLC (US) |
| 72  | Goldman Sachs Asset Management (US) |
| 73  | NWD Investments |
| 74  | DWS Investment GmbH |
| 75  | Van Wagoner Capital Management, Inc. |
| 76  | SunTrust Bank |
| 77  | AllianceBernstein LP |
| 78  | Ridgecrest Investment Management, LLC |

CERTIFICATION OF INTERESTED PARTIES OR
PERSONS BY FINISAR CORPORATION PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
AND CIVIL LOCAL RULE 3-16                                    CASE NO.: 5:07-CV-04052-HRL

|     |     |
| --- | --- |
| 79  | Goldman Sachs & Company, Inc. |
| 80  | AIG Global Investment Group, Inc. |
| 81  | BNL Gestioni SGR S.p.A. |
| 82  | HBK Investments, LP |
| 83  | Millennium Management, LLC |
| 84  | RhumbLine Advisers Corp. |
| 85  | Boston Financial Management, Inc. |
| 86  | Suffolk Capital Management, LLC |
| 87  | Morgan Stanley & Co. Inc. |
| 88  | Tradeworx Inc. |
| 89  | James D. Marver |
| 90  | Metropolitan Life Insurance Co. (US) |
| 91  | Public Employees' Retirement Association of CO |
| 92  | Kentucky Retirement Systems |
| 93  | Empire Financial Group |
| 94  | William Blair & Company, LLC |
| 95  | Teleos Asset Management, LLC |
| 96  | Firsthand Capital Management, Inc. |
| 97  | MFC Global Investment Management |
| 98  | AIM Trimark Investments |
| 99  | Banque et Caisse d'Epargne de l'Etat Luxembourg |
| 100 | ProFund Advisors LLC |
| 101 | Piper Jaffray & Co. |
| 102 | Alexandra Global Master Fund Ltd |
| 103 | Whitebox Diversified Conv. Arb Partners LP c/o Trident Trust |
| 104 | Needham Emerging Growth Partners, LP |
| 105 | Eugene V. Thaw Revocable Trust |
| 106 | Bonny Israeloff Irrevocable Trust |
| 107 | Robert L. Israeloff Irrevocable Trust |
| 108 | Morton Seaman |
| 109 | Irwin W. Silverberg IRA |
| 110 | Stanley Kaplan IRA |
| 111 | Delaware Charter Guarantee & Trust |
| 112 | Suzanne Chase |
| 113 | Female Care Assoc. PA Professional Sharing Trust |
| 114 | Benetar Bernstein Schair & Ste. Employee Pension Plan & Trust |
| 115 | James W. Armour Jr. |
| 116 | Frederic Quitkin |
| 117 | Herbert R. Kameon Living Trust |
| 118 | Hall Family Trust |
| 119 | Joe and Truly Daniel Revocable Trust |
| 120 | Colby & Gale Inc Profit Sharing Plan |
| 121 | Dr. Alfred G. Dickerson IRA |
| 122 | M R Johnson Family Trust |
| 123 | Esther Nugent IRA |
| 124 | Dianne Gozonsky IRA |

3.

CERTIFICATION OF INTERESTED PARTIES OR
PERSONS BY FINISAR CORPORATION PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
AND CIVIL LOCAL RULE 3-16                              CASE NO.: 5:07-CV-04052-HRL

| | | |
|---|---|---|
| 1 | 125 | Benetar Bernstein Schair and |
| | | Stein Employee Profit Sharing Plan & Trust |
| 2 | 126 | Elliott H. Solomon IRA |
| | 127 | Hugh J. Helfenstain Recovable Trust |
| 3 | 128 | Donald Lewis Davies and |
| | | Nancy Nairn Davies Revocable Living Trust |
| 4 | 129 | David Dannenbring & Barbara Dannenbring |
| | 130 | John Fisher & Iris Fisher |
| 5 | 131 | Thomas Weisel Partners LLC |
| 6 | 132 | Acadia Trust |
| | 133 | Todd A. Grossmann PSP |
| 7 | 134 | Stephen W. Broberg and Deidre Broberg |
| | 135 | Elizabeth P. Hicks IRA |
| 8 | 136 | H. Christina Guy |
| | 137 | G E Johnson Family Living Trust |
| 9 | 138 | Judith Polcer & Edward Polcer |
| 10 | 139 | Jean D. Thurston |
| | 140 | Janet Danner McKinney |
| 11 | 141 | Eric C. Clark |
| | 142 | Alan E. Stallings Jr. MD |
| 12 | 143 | Frederick E. Taber MD |
| 13 | 144 | Craig I LP |
| | 145 | Barbara Marie LA Viletta |
| 14 | 146 | Alan E. Freeland |
| | 147 | St. Matthews Episcopal Church |
| 15 | 148 | Trinity Episcopal Church |
| | 149 | Episcopal Diocese of Mississippi Gray Center |
| 16 | 150 | George A. Callaway |
| 17 | 151 | Thomas H. Krocak |
| | 152 | Paula Tietz IRA |
| 18 | 153 | The Beltram Family Trust |
| | 154 | Lynn Perkins Trust |
| 19 | 155 | Dale Wilson Special Need Trust |
| | 156 | Henry & Jeanette Mok Revocable Trust |
| 20 | 157 | Episcopal Diocese of Mississippi John Maury Allin Diocesan House |
| 21 | 158 | Martha Drilling |
| | 159 | W.H. Merrell Jr. MD |
| 22 | 160 | Russell E. Thompson and Betty A. Thompson |
| | 161 | Arlyn J. McCombs Pershing LLC |
| 23 | 162 | Lydia S. Rosner IRA |
| 24 | 163 | Susan H.E. Maurtiz |
| | 164 | Gary C. Hendrickson |
| 25 | 165 | Mary M. Fisher & Larry M. Fisher |
| | 166 | Loretta Davis IRA |
| 26 | 167 | Joyce L. Beene |
| | 168 | Margaret T. Ward |
| 27 | 169 | Robert L. Riggs |

4.

CERTIFICATION OF INTERESTED PARTIES OR
PERSONS BY FINISAR CORPORATION PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
AND CIVIL LOCAL RULE 3-16                                    CASE NO.: 5:07-CV-04052-HRL

| | | |
|---|---|---|
| | 170 | Leighann Redding |
| | 171 | Janice C. Brown Revocable Trust |
| | 172 | Thomas C. Brooks & Krisztina M. Brooks |
| | 173 | Lynn Anne Ishizaka & Robert T. Ishizaka Community Property |
| | 174 | National Financial Services |
| | 175 | F Europe LTD fbo O'Connor |
| | 176 | CS Sec Eur LTD |
| | 177 | Palisade Capital |
| | 178 | DB Securities Service NJ Wachovia National Bank |
| | 179 | Man Mac 1, Ltd |
| | 180 | DB AG Equity Swaps Offshore Consolidated |
| | 181 | International Monetary Fund |
| | 182 | Fortissimo Fund c/o Symphony Asset |
| | 183 | US Rapid |
| | 184 | A G Edwards & Sons |
| | 185 | First Trust & Company |

DATED: August 16, 2007                    Respectfully submitted,

                                                            Sterling A. Brennan
                                                            WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

                                                             Caroline McIntyre
                                                            BERGESON, LLP


                                                            By   /s/ Sterling A. Brennan
                                                                  Sterling A. Brennan
                                                          Attorneys for Plaintiff FINISAR CORPORATION

5.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva Krisztina Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

J:\1631312\011 Cert of Interested Parties (2d Action).doc

6.
CERTIFICATION OF INTERESTED PARTIES OR
PERSONS BY FINISAR CORPORATION PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
AND CIVIL LOCAL RULE 3-16                                CASE NO.: 5:07-CV-04052-HRL