**\*\*E-filed 9/10/07\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

FINISTAR CORPORATION,

    Plaintiff,

   v.

US BANK TRUST NATIONAL ASSOCIATION,

    Defendant.
_____

No. C-07-4052-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

    Due to a recent reassignment in this case, the Court has scheduled a Case Management Conference for Friday November 30, 2007 at 10:30 AM before Judge Jeremy Fogel The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.
    All previously scheduled Case Management Conference dates have been vacated.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 9/10/07                     For the Court,
                                     Richard W. Wieking, Clerk

                                     Diana Munz
                                     electronic signature
                                   Courtroom Deputy