Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:07-CV-04052-JF-PVT<br><br>**PLAINTIFF FINISAR CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS AMENDED MOTION TO REMAND ACTION TO SANTA CLARA COUNTY SUPERIOR COURT**<br><br>Date:　　**Friday, November 2, 2007**<br>Time:　　**9:00 a.m.**<br>Courtroom: **3**<br><br>District Judge:　　Hon. Jeremy Fogel<br>Magistrate Judge:　Hon. Patricia V. Trumbull<br><br>Complaint Filed:　June 22, 2007<br>Trial Date Set:　　None Yet |

Plaintiff Finisar Corporation respectfully requests that, in connection with "Plaintiff Finisar Corporation's Amended . . . Motion to Remand Action to Santa Clara County Superior Court," the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the following:

1. "Notice of Removal" filed in *American Stock Transfer & Trust Co. v. Par Pharmaceutical Cos.,* No. 306-CV-1770D (N.D.Tex. Nov. 17, 2006), a true and correct copy of which is attached hereto as Exhibit "A";

2. "Defendant Wells Fargo Bank, National Association's Notice of Removal" filed in *Cyberonics, Inc. v. Wells Fargo Bank, National Association*, No. 4:07-CV-121 (S.D. Tex. Jan. 10, 2007), a true and correct copy of which is attached hereto as Exhibit "B";

3. "Complaint" filed in *Affiliated Computer Services, Inc.v. Wilmington Trust Co.,* No. 306-CV-1770D (N.D. Tex. Sept. 26, 2006), a true and correct copy of which is attached hereto as Exhibit "C";

4. "Complaint" filed in *UnitedHealth Group Inc. v. CEDE & Co.,* No. 06-cv-4307 (D. Minn. Oct. 25, 2006), a true and correct copy of which is attached hereto as Exhibit "D"; and

5. *Cyberonics, Inc. v. Wells Fargo Bank, National Association*, 2007 WL 1729977 (S.D. Tex. June 13, 2007), a true and correct copy of which is attached hereto as Exhibit "E."

DATED: September 28, 2007                    Respectfully submitted,

Sterling A. Brennan
WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

Caroline McIntyre
BERGESON, LLP


By    /s/ Sterling A. Brennan
            Sterling A. Brennan
Attorneys for Plaintiff FINISAR CORPORATION

1.

**FINISAR'S REQUEST FOR JUDICIAL NOTICE**                    CASE NO.: 5:07-CV-04052-JF-PVT

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva Krisztina Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800

2.

**FINISAR'S REQUEST FOR JUDICIAL NOTICE**               CASE NO.: 5:07-CV-04052-JF-PVT