Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Appearing *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:07-CV-04052-JF-PVT<br><br><br>CERTIFICATE OF SERVICE OF ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007, I served this **CERTIFICATE OF SERVICE OF ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***, to which a copy of the "Order Granting Application for Admission of Attorney *Pro Hac Vice*" is attached as Exhibit A, with the Clerk of the Court using the CM/ECF system which will send notification and make accessible a copy of such filing to the following:

Michael B. Fisco (mfisco@faegre.com)
Abby E. Wilkinson (awilkinson@faegre.com)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, MN 54402-3901

Paul T. Friedman (pfriedman@mofo.com)
D. Anthony Rodriguez (drodriguez@mofo.com)
Eva K. Schueller (eschueller@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

DATED this 24th day of October, 2007.

WORKMAN | NYDEGGER

By   /s/ L. Rex Sears
     Sterling A. Brennan
     L. Rex Sears
     1000 Eagle Gate Tower
     60 East south Temple
     Salt Lake City, UT 84111
     (801) 533-9800
     (801) 328-1707 (FAX)

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    mfisco@faegre.com
    awilkinson@faegre.com
    pfriedman@mofo.com
    drodriguez@mofo.com
    eschueller@mofo.com

WORKMAN | NYDEGGER

By____/s/ L. Rex Sears_____
    Sterling A. Brennan
    L. Rex Sears
    1000 Eagle Gate Tower
    60 East south Temple
    Salt Lake City, UT 84111
    (801) 533-9800
    (801) 328-1707 (FAX)

Attorneys for Plaintiff

J:\1631312\015 Cert of Service_pro hac order_04052.doc