**EXHIBIT A**

# Filed

OCT 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
2007 OCT -4 PM 1:11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

Northern District of California

FINISAR CORPORATION,
a Delaware corporation,

          Plaintiff(s),

v.

U.S. BANK TRUST NATIONAL ASSOCIATION, et al.,

          Defendant(s).

CASE NO. 5:07-CV-04052-JF

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

L. Rex Sears, an active member in good standing of the bar of the United States District Court of Utah whose business address and telephone number (particular court to which applicant is admitted) is

WORKMAN | NYDEGGER, 1000 Eagle Gate Tower, 60 East South Temple, Salt Lake City, UT 84111, Telephone 801-533-9900

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing FINISAR CORPORATION

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/9/07

United States District Judge
Hon. Jeremy Fogel