UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5^(TH) FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, November 2, 2007
**Case Number:** CV-07-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | FINISAR CORPORATION V. U.S. BANK TRUST NATIONAL ASSOCIATION |
|---|---|
| | PLAINTIFF                           DEFENDANT |

**Attorneys Present:** Sterling Brennan, Rex Sears     **Attorneys Present:** Anthony Rodriguez, Michael Fisco

PROCEEDINGS:

    Hearing on Motion to Remand held. Counsel are present.
    The motion is taken under submission.