UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendant. | Case No. 5:07-CV-04052-JF-PVT<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　　　**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

　　　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

　　　　**(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:　　11/7/07　　　　　　　　　　　　　　　　　　　　／s／ Diana Jacobs
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[Party]


Dated:　　11/7/07　　　　　　　　　　　　　　　　　　　　／s／ Michael B. Fisco
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[Counsel]


sf-2418131