D. ANTHONY RODRIGUEZ (CA State Bar No. 162587)
EVA K. SCHUELLER (CA State Bar No. 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: PFriedman@mofo.com
Email: DRodriguez@mofo.com
Email: ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
(*Pro hac vice applications granted*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: mfisco@faegre.com
Email: awilkinson@faegre.com

Attorneys for Defendant U.S. Bank Trust National Association,
in its capacity as Indenture Trustee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:07-CV-04052-JF-PVT<br><br>**ECF ATTESTATION OF D. ANTHONY RODRIGUEZ**<br><br>Complaint Filed: June 22, 2007<br><br>Date of Removal: August 7, 2007 |

1   I, D. Anthony Rodriguez, am the ECF User whose ID and password are being used to file
2   this ADR Certification. In compliance with General Order 45, X.B., I hereby attest that Diana
3   Jacobs and Michael B. Fisco have concurred in this filing.

By:_____/s/ D. Anthony Rodriguez_____
     D. Anthony Rodriguez