1  D. ANTHONY RODRIGUEZ (CA SBN 162587)
   EVA K. SCHUELLER (CA SBN 237886)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone:  415.268.7000
4  Facsimile:  415.268.7522
   Email:  DRodriguez@mofo.com
5  Email:  ESchueller@mofo.com

6  MICHAEL B. FISCO (MN No. 175341)
   ABBY E. WILKINSON (MN No. 0313981)
7  (*Pro hac applications granted*)
   FAEGRE & BENSON LLP
8  90 South Seventh Street, Suite 2200
   Minneapolis, Minnesota 55402-3901
9  Telephone:  612.766.7000
   Facsimile:  612.766.1600
10 Email:  mfisco@faegre.com
   Email:  awilkinson@faegre.com
11
   Attorneys for Defendant U.S. Bank Trust National Association,
12 in its capacity as Indenture Trustee

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                             SAN JOSE DIVISION
16

17 | FINISAR CORPORATION, a Delaware corporation, | Case No. 07-04052 JF (PVT) |
   | --- | --- |
   | Plaintiff, | **DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
   | v. | |
   | U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive, Defendants. | Date:  November 30, 2007<br>Time:  10:30 a.m.<br>Location:  Courtroom 3 |

1   Pursuant to Northern District of California Local Rule 16-10(a), and the Clerk's Notice filed
2 on September 10, 2007, Michael B. Fisco, counsel for Defendant U.S. Bank Trust National
3 Association, respectfully requests permission to appear and participate telephonically at the Case
4 Management Conference in the above-captioned matter, currently set for November 30, 2007 at
5 10:30 a.m.  Defendant's counsel Eva K. Schueller will appear in person.

6   Dated:  November 21, 2007                    **MORRISON & FOERSTER LLP**

8   By_____/s/ D. Anthony Rodriguez_____
    D. Anthony Rodriguez (CA SBN 162587)
9   Eva K. Schueller (CA SBN 237886)
    425 Market Street
10  San Francisco, CA  94105-2482
    Telephone:  415.268.7000
11  Facsimile:  415.268.7522
    Email:  DRodriguez@mofo.com
12  Email:  ESchueller@mofo.com

13  **FAEGRE & BENSON LLP**
    Michael B. Fisco (MN No. 175341)
14  Michael M. Krauss (MN No. 0340003)
    Abby E. Wilkinson (MN No. 0313981)
15  Theresa H. Dykoschak (MN No. 0349999)
    90 South Seventh Street, Suite 2200
16  Minneapolis, MN  55402-3901
    Telephone:  612.766.7000
17  Facsimile:  612.766.1600

18  ATTORNEYS FOR DEFENDANT,
    U.S. BANK TRUST NATIONAL
19  ASSOCIATION, in its capacity
    as Indenture Trustee

20
21
22
23
24
25
26
27
28

1
DEFENDANTS' REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. 5:07-C 07-04052-JF-PVT
sf-2426934