Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (*Pro Hac Vice* Application Pending; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.5: 07 CV-04052 JF (PVT)<br><br>**FINISAR CORPORATION'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date: November 30, 2007<br>Time: 10:30 a.m.<br>Location.: Courtroom 3<br>Judge: Hon. Jeremy Fogel<br><br>Complaint Filed: June 21, 2007<br>Trial Date: Not Yet Set |

Pursuant to Northern District of California Local Rule 16-10(a), and the Clerk's Notice filed on September 10, 2007, Sterling A. Brennan, counsel for Plaintiff Finisar Corporation, respectfully requests permission to appear and participate telephonically at the Case Management Conference in the above-captioned matter, scheduled for November 30, 2007 at 10:30 a.m.

Dated: November 26, 2007

Sterling A. Brennan
L. Rex Sears
WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

Caroline McIntyre
BERGESON, LLP


By_____/s/_____
Sterling A. Brennan
Attorneys for Plaintiff FINISAR CORPORATION