Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (*Pro Hac Vice* Application Pending; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff(s),<br><br>vs.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.5: 07 CV-04052 JF (PVT)<br><br>**FINISAR CORPORATION'S REQUEST TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE**<br><br>Date:          November 30, 2007<br>Time:         10:30 a.m.<br>Location.:   Courtroom 3<br>Judge:        Hon. Jeremy Fogel<br><br>Complaint Filed: June 21, 2007<br>Trial Date:           Not Yet Set |

1  Pursuant to Northern District of California Local Rule 16-10(a), and the Clerk's Notice
2  filed on September 10, 2007, Sterling A. Brennan, counsel for Plaintiff Finisar Corporation,
3  respectfully requests permission to appear and participate telephonically at the Case Management
4  Conference in the above-captioned matter, scheduled for November 30, 2007 at 10:30 a.m.

Dated: November 26, 2007

Sterling A. Brennan
L. Rex Sears
WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

Caroline McIntyre
BERGESON, LLP

By_____/s/_____
    Sterling A. Brennan
Attorneys for Plaintiff FINISAR CORPORATION

11/28/07

IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court