UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference,  November 30, 2007
**Case Number:** CV-07-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | **FINISAR CORPORATION V.  U.S. BANK TRUST NATIONAL ASSOCIATION** |
| --- | --- |
| | **PLAINTIFF**          **DEFENDANT** |
| | **Attorneys Present: Sterling Brennan, Rex Sears**     **Attorneys Present: Anthony Rodriguez, Michael Fisco** |

PROCEEDINGS:

   Case management conference held.  Parties are present. Continued to 12/14/07 at 10:30 a.m. for further case management conference.