# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Finisar Corporation,<br><br>        Plaintiff(s),<br><br>  v.<br><br>U.S. Bank Trust National Association,<br><br>        Defendant(s). | 07-04052 JF ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Paul A. Renne**
Cooley Godward Kronish LLP
101 California St., 5th Fl.
San Francisco, CA 94111-5800
415-693-2073

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-04052 JF ENE       - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: December 4, 2007

RICHARD W. WIEKING
Clerk
by:  Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-04052 JF ENE                - 2 -