D. ANTHONY RODRIGUEZ (CA SBN 162587)
EVI K. SCHUELLER (CA SBN 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: DRodriguez@mofo.com
Email: ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
(*Pro hac applications granted*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: mfisco@faegre.com
Email: awilkinson@faegre.com

Attorneys for Defendant U.S. Bank Trust National Association,
in its capacity as Indenture Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   C 07-04052 JF (PVT)<br><br>**DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date:         December 14, 2007<br>Time:         10:30 a.m.<br>Location:   Courtroom 3 |

1  Pursuant to Northern District of California Local Rule 16-10(a), Michael B. Fisco and
2  Abby E. Wilkinson, counsel for Defendant U.S. Bank Trust National Association, respectfully
3  request permission to appear and participate telephonically at the Case Management Conference
4  in the above-captioned matter, which was continued from November 30, 2007, and is currently
5  set for December 14, 2007 at 10:30 a.m.

7  Dated: December 6, 2007        D. ANTHONY RODRIGUEZ
                                  EVI K. SCHUELLER
8                                 MORRISON & FOERSTER LLP

10                                By:      // s //
                                       D. Anthony Rodriguez

                                       Attorneys for Defendant