1  D. ANTHONY RODRIGUEZ (CA SBN 162587)
   EVI K. SCHUELLER (CA SBN 237886)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522
   Email: DRodriguez@mofo.com
5  Email: ESchueller@mofo.com

6  MICHAEL B. FISCO (MN No. 175341)
   ABBY E. WILKINSON (MN No. 0313981)
7  (*Pro hac applications granted*)
   FAEGRE & BENSON LLP
8  90 South Seventh Street, Suite 2200
   Minneapolis, Minnesota  55402-3901
9  Telephone: 612.766.7000
   Facsimile: 612.766.1600
10 Email: mfisco@faegre.com
   Email: awilkinson@faegre.com
11
   Attorneys for Defendant U.S. Bank Trust National Association,
12 in its capacity as Indenture Trustee

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17 | FINISAR CORPORATION, a Delaware corporation, | Case No.   C 07-04052 JF (PVT) |
|---|---|
18 | Plaintiff, | |
19 | v. | **DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |
20 | U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive, | Date:      December 14, 2007<br>Time:      10:30 a.m.<br>Location:  Courtroom 3 |
25 | Defendants. | |

1  Pursuant to Northern District of California Local Rule 16-10(a), Michael B. Fisco and
2  Abby E. Wilkinson, counsel for Defendant U.S. Bank Trust National Association, respectfully
3  request permission to appear and participate telephonically at the Case Management Conference
4  in the above-captioned matter, which was continued from November 30, 2007, and is currently
5  set for December 14, 2007 at 10:30 a.m.

Dated: December 6, 2007

D. ANTHONY RODRIGUEZ
EVI K. SCHUELLER
MORRISON & FOERSTER LLP

By: _____// s //_____
D. Anthony Rodriguez

Attorneys for Defendant

12/7/07  IT IS SO ORDERED.

Judge Jeremy Fogel, US District Court

DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. C 07-04052 JF (PVT)
sf-2434048

1