UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, December 14, 2007
**Case Number:** CV-07-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | **FINISAR CORPORATION V. U.S. BANK TRUST NATIONAL ASSOCIATION** |
|---|---|
| | **PLAINTIFF**        **DEFENDANT** |
| **Attorneys Present:** Sterling Brennan | **Attorneys Present:** Michael Fisco, Eva Schueller |

PROCEEDINGS:
    Further case management conference held. Parties are present. Continued to 2/15/08 at 10:30 a.m. for further case management conference.