```
                                              FILED
                                              FEB 0 1 2008
                                              RICHARD W. WIEKING
                                              CLERK U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Finisar Corporation, | No. C 07-04052 JF ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| U.S. Bank Trust National Association, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation *and* ☒ ENE session on (date) **Jan 29, 2008**

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: **Jan 29, 2008**

*Paul A. Renne* (signature)
**Evaluator, Paul A. Renne**
Cooley Godward Kronish LLP
101 California St., 5th Fl.
San Francisco, CA 94111-5800

**Certification of ADR Session**
07-04052 JF ENE