D. ANTHONY RODRIGUEZ (CA SBN 162587)
EVA K. SCHUELLER (CA SBN 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: DRodriguez@mofo.com
Email: ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
(*Pro hac applications granted*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: mfisco@faegre.com
Email: awilkinson@faegre.com

Attorneys for Defendant U.S. Bank Trust National Association,
in its capacity as Indenture Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-04052 JF (PVT)<br><br>**DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE**<br><br>Date: February 15, 2008<br>Time: 10:30 a.m.<br>Location: Courtroom 3 |

DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. C 07-04052 JF (PVT)
sf-2464884

1  Pursuant to Northern District of California Local Rule 16-10(a), Michael B. Fisco, counsel
2  for Defendant U.S. Bank Trust National Association, respectfully requests permission to appear
3  and participate telephonically at the Case Management Conference in the above-captioned matter,
4  which was continued from November 30, 2007 and December 14, 2007, and is currently set for
5  February 15, 2008 at 10:30 a.m.  Defendant's counsel Eva K. Schueller will appear in person.

7  Dated: February 8, 2008          D. ANTHONY RODRIGUEZ
                                    EVA K. SCHUELLER
8                                   MORRISON & FOERSTER LLP

10                                  By:        // s //
                                         D. Anthony Rodriguez
11
                                         Attorneys for Defendant

DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE
CASE NO. C 07-04052 JF (PVT)                                                                 1
sf-2464884