## UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, February 15, 2008
**Case Number:** CV-07-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:  **FINISAR CORPORATION V. U.S. BANK TRUST NATIONAL ASSOCIATION**

**PLAINTIFF**   **DEFENDANT**

**Attorneys Present:** Sterling Brennan   **Attorneys Present:** Michael Fisco, Eva Schueller

---

PROCEEDINGS:

Further case management conference held. Parties are present. Counsel are directed to file motions for summary judgment.