D. ANTHONY RODRIGUEZ (CA SBN 162587)
EVI K. SCHUELLER (CA SBN 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: DRodriguez@mofo.com
Email: ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
(*Pro hac applications granted*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: mfisco@faegre.com
Email: awilkinson@faegre.com

Attorneys for Defendant U.S. Bank Trust National Association,
in its capacity as Indenture Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.   C 07-4052 JF (PVT)<br><br>**DEFENDANT U.S. BANK TRUST NATIONAL ASSOCIATION'S WRITTEN CONSENT TO FILING OF FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 15(a)(2)]<br><br>District Judge: Hon. Jeremy Fogel<br>Magistrate Judge:   Hon. Patricia V. Trumbull<br><br>Complaint Filed:   June 22, 2007<br>Trial Date:   None Yet Set |

WHEREAS, plaintiff Finisar Corporation ("Finisar") commenced the above-captioned action (the "Action") by filing in the Superior Court of the State of California for the County of Santa Clara its "Complaint for Declaratory Relief" (the "Initial Complaint") on June 22, 2007;

WHEREAS, defendant U.S. Bank Trust National Association ("Trustee") removed the Action to this Court on or about August 7, 2007;

WHEREAS, Finisar wishes to amend the Initial Complaint and file a First Amended Complaint ("Amended Complaint"); and

WHEREAS, the Trustee believes that the proposed amendment is unnecessary, but nonetheless wishes to conserve resources and expedite the resolution of this Action,

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, THE TRUSTEE, BY AND THROUGH ITS UNDERSIGNED COUNSEL OF RECORD, HEREBY AGREES AS FOLLOWS:

1. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Trustee consents to the filing by Finisar of an Amended Complaint in the form attached hereto as Exhibit "A" hereto; and

2. The Trustee shall respond to the Amended Complaint within thirty (30) days of the filing thereof.

Dated: March 19, 2008

MICHAEL B. FISCO
ABBY E. WILKINSON
FAEGRE & BENSON LLP

By: _____// s //_____
Michael B. Fisco

Attorneys for Defendant

1  I, D. Anthony Rodriguez, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Michael B. Fisco has concurred in this filing.

Dated: March 19, 2008

By: _____// s //_____
D. Anthony Rodriguez

DEFENDANT U.S. BANK TRUST NATIONAL ASSOCIATION'S WRITTEN CONSENT TO FILING OF FIRST AMENDED COMPLAINT
CASE NO. C 07-04052 JF (PVT)
sf-2486011

1