ORIGINAL

Feelaid

FILED

2008 MAR 19 P 1:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | |
|---|---|
| 1 | D. ANTHONY RODRIGUEZ (CA SBN 162587)<br>EVA K. SCHUELLER (CA SBN 237886) |
| 2 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 3 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522<br>Email: DRodriguez@mofo.com |
| 5 | Email: ESchueller@mofo.com |
| 6 | MICHAEL B. FISCO (MN No. 175341)<br>ABBY E. WILKINSON (MN No. 0313981) |
| 7 | (*Pro hac vice*)<br>EDWARD T. WAHL (MN No. 15409X) |
| 8 | (*Pro hac vice application pending*)<br>FAEGRE & BENSON LLP |
| 9 | 90 South Seventh Street, Suite 2200<br>Minneapolis, Minnesota 55402-3901 |
| 10 | Telephone: 612.766.7000<br>Facsimile: 612.766.1600 |
| 11 | Email: mfisco@faegre.com<br>Email: awilkinson@faegre.com |
| 12 | |
| 13 | Attorneys for Defendant U.S. BANK TRUST NATIONAL ASSOCIATION, |
| 14 | in its capacity as Indenture Trustee |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FINISAR CORPORATION, | | Case No.  C 07-4052 JF (PVT) |
| | Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY EDWARD T. WAHL *PRO HAC VICE*** |
| v. | | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive | | |
| | Defendants. | |

APPLICATION FOR ADMISSION OF EDWARD T. WAHL *PRO HAC VICE*
CASE NO. C 07-04052 JF (PVT)
sf-2484422

1  Pursuant to Civil L.R. 11-3, Edward T. Wahl, an active member in good standing of the
2  bar of Minnesota, hereby applies for admission to practice in the Northern District of California
3  on a *pro hac vice* basis representing defendant U.S. Bank Trust National Association, in its
4  capacity as Indenture Trustee ("U.S. Bank") in the above-entitled action.
5  In support of this application, I certify on oath that:
6  1.  I am an active member in good standing of a United States Court or of the
7  highest court of another State or the District of Columbia, as indicated above;
8  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
10 familiar with the Local Rules and the Alternative Dispute Resolution program of this Court;
11 and,
12 3.  An attorney who is a member of the bar of this Court in good standing and who
13 maintains an office within the State of California has been designated as co-counsel in the
14 above-entitled action. The name, address and telephone number of that attorney is:
15 D. Anthony Rodriguez, Morrison & Foerster LLP, 425 Market Street, San Francisco,
16 California 94105, (415) 268-7000.
17 I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2008

_____
Edward T. Wahl

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002806
Cashier ID: harwellt
Transaction Date: 03/19/2008
Payer Name: Morrison and Foerster LLP

PRO HAC VICE
 For: Edward T. Wahl
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:      $210.00

CHECK
 Check/Money Order Num: 99002193
 Amt Tendered:  $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case # 07-4052-JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```