1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FINISAR CORPORATION, a Delaware corporation,, | Case No.   C 07-4052 JF (PVT) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EDWARD T. WAHL PRO HAC VICE** |
| v. | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF E.T.WAHL *PRO HAC VICE*
Case No.  C 07-4052 JF (PVT)
sf-2485403

1   Edward T. Wahl, an active member in good standing of the bar of Minnesota, whose
2   business address and telephone number is Faegre & Benson LLP, 90 South Seventh Street, Suite
3   2200, Minneapolis, MN 55402-3901, (612) 766-7000, having applied in the above-entitled action
4   for admission to practice in the Northern District of California on a *pro hac vice* basis,
5   representing Defendant U.S. Bank Trust National Association, in its capacity as Indenture
6   Trustee,
7   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9   *vice*. Service of papers upon and communication with co-counsel designated in the application
10  will constitute notice to the party. All future filings in this action are subject to the requirements
11  contained in General Order No. 45, *Electronic Case Filing*.

13  Dated: March __, 2008

                                            _____
15                                          The Honorable Jeremy Fogel
                                            United States District Court Judge