\*\*E-filed 3/24/08\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.   C 07-4052 JF (PVT)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY EDWARD T. WAHL PRO HAC VICE |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF E.T.WAHL *PRO HAC VICE*
Case No.  C 07-4052 JF (PVT)
sf-2485403

1 | Edward T. Wahl, an active member in good standing of the bar of Minnesota, whose business address and telephone number is Faegre & Benson LLP, 90 South Seventh Street, Suite 2200, Minneapolis, MN 55402-3901, (612) 766-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant U.S. Bank Trust National Association, in its capacity as Indenture Trustee,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 21, 2008

_____
The Honorable Jeremy Fogel
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF E.T. WAHL *PRO HAC VICE*
Case No. C 07-4052 JF (PVT)
sf-2485403

1