Exhibit 15

## U.S. Securities and Exchange Commission

FINISAR CORP (0001094739)

SIC: 3674 - Semiconductors & Related Devices
State location: CA | State of Inc.: DE | Fiscal Year End: 0430

To limit filing results, enter
form type or date (as 2002/05/23).

**Business Address**
1389 MOFFETT PARK DR
SUNNYVALE CA 94089
4085481000

**Mailing Address**
1389 MOFFETT PARK DR
SUNNYVALE CA 94089

Form Type [          ]

Prior to [          ]

Ownership? ⊙ Include ⊙ Exclude ⊙ Only

Key to Descriptions

[Paper] Paper filings are available by film number.

[Cover] Filing contains an SEC-released cover letter or
correspondence.

[ 40 Entries ▼ ]    Retrieve Selected Filings

Retrieve All Filings

Items 1 - 40

| Form | Formats | | Description | Filing Date | File/Film No |
|------|---------|--|-------------|-------------|--------------|
| 8-K | [html][text] | 14 KB | Current report, items 2.02 and 9.01<br>Acc-no: 0001102624-07-000226 (34 Act) | 2007-09-04 | 000-27999<br>071097297 |
| 8-K | [html][text] | 14 KB | Current report, item 5.02<br>Acc-no: 0000950134-07-019124 (34 Act) | 2007-08-28 | 000-27999<br>071084058 |
| 4 | [html][text] | 6 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-016903 (34 Act) | 2007-08-16 | 333-121598<br>071063534 |
| 8-K | [html][text] | 14 KB | Current report, item 8.01<br>Acc-no: 0000950134-07-015530 (34 Act) | 2007-07-20 | 000-27999<br>07991735 |
| 8-K | [html][text] | 20 KB | Current report, items 3.01 and 9.01<br>Acc-no: 0000950134-07-015067 (34 Act) | 2007-07-12 | 000-27999<br>07976864 |
| 4 | [html][text] | 9 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-014657 (34 Act) | 2007-07-10 | 333-121598<br>07973043 |
| 4 | [html][text] | 11 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-014558 (34 Act) | 2007-07-05 | 333-121598<br>07965895 |
| NT 10-K | [html][text] | 26 KB | Notification of inability to timely file Form 10-K 405, 10-K, 10-KSB 405, 10-KSB, 10-KT, or 10-KT405<br>Acc-no: 0000950134-07-014456 (34 Act) | 2007-06-29 | 000-27999<br>07951001 |
| 4 | [html][text] | 10 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-014002 (34 Act) | 2007-06-29 | 333-121598<br>07950684 |
| 4 | [html][text] | 11 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-013134 (34 Act) | 2007-06-15 | 333-121598<br>07923654 |
| 8-K/A | [html][text] | 11 KB | [Amend]Current report, items 2.02, 8.01, and 9.01<br>Acc-no: 0000950134-07-013370 (34 Act) | 2007-06-13 | 000-27999<br>07917825 |
| 8-K | [html][text] | 22 KB | Current report, items 2.02 and 9.01<br>Acc-no: 0001102624-07-000151 (34 Act) | 2007-06-12 | 000-27999<br>07915144 |
| SC 13G/A | [html][text] | 11 KB | [Amend]Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0000315066-07-003005 (34 Act) | 2007-06-11 | 005-58463<br>07912774 |
| 4 | [html][text] | 7 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-012597 (34 Act) | 2007-06-08 | 333-121598<br>07910404 |
| 4 | [html][text] | 7 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-011433 (34 Act) | 2007-05-25 | 333-121598<br>07881032 |
| 4 | [html][text] | 6 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-010783 (34 Act) | 2007-05-21 | 333-121598<br>07868920 |
| 4 | [html][text] | 9 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001179110-07-010274 (34 Act) | 2007-05-16 | 333-121598<br>07858954 |
| 8-K | [html][text] | 48 KB | Current report, items 2.02, 8.01, and 9.01<br>Acc-no: 0000950134-07-011653 (34 Act) | 2007-05-15 | 000-27999<br>07853736 |

| | | | | | |
|---|---|---|---|---|---|
| 3 | [html][text] 4 KB | Initial statement of beneficial ownership of securities<br>Acc-no: 0001179110-07-009779 (34 Act) | 2007-05-11 | 333-121598<br>07842183 |
| 8-K | [html][text] 12 KB | Current report, item 8.01<br>Acc-no: 0000950134-07-009698 (34 Act) | 2007-05-01 | 000-27999<br>07804659 |
| REGDEX/A | [html][text] 1 KB | [Amend][Paper]Notice of Sale of Securities [Regulation D and Section 4(6) of the Securities Act of 1933], item 06<br>Acc-no: 9999999997-07-017559 (34 Act) | 2007-04-06 | 021-68923<br>07050390 |
| 8-K | [html][text] 354 KB | Current report, items 1.01, 3.02, 8.01, and 9.01<br>Acc-no: 0000950134-07-006689 (34 Act) | 2007-03-27 | 000-27999<br>07721719 |
| 8-K | [html][text] 19 KB | Current report, items 3.01 and 9.01<br>Acc-no: 0000950134-07-006303 (34 Act) | 2007-03-21 | 000-27999<br>07709318 |
| 4 | [html][text] 5 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001094739-07-000006 | 2007-03-20 | |
| 4 | [html][text] 5 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001094739-07-000005 | 2007-03-20 | |
| NTN 10Q | [html][text] 23 KB | Notices of Late Filings of Form 10-Q or 10-QSB<br>Acc-no: 0000891618-07-000174 (34 Act) | 2007-03-16 | 000-27999<br>07701301 |
| 8-K | [html][text] 14 KB | Current report, items 2.04 and 8.01<br>Acc-no: 0000891618-07-000142 (34 Act) | 2007-03-07 | 000-27999<br>07678662 |
| 8-K | [html][text] 14 KB | Current report, items 2.02 and 9.01<br>Acc-no: 0001102624-07-000068 (34 Act) | 2007-03-05 | 000-27999<br>07672333 |
| SC 13G/A | [html][text] 9 KB | [Amend]Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0000315066-07-001773 (34 Act) | 2007-02-14 | 005-58463<br>07621546 |
| SC 13G | [html][text] 10 KB | Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0000080255-07-000033 (34 Act) | 2007-02-13 | 005-58463<br>07605442 |
| SC 13G/A | [html][text] 63 KB | [Amend]Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0000950134-07-002671 (34 Act) | 2007-02-12 | 005-58463<br>07599857 |
| SC 13G | [html][text] 14 KB | Statement of acquisition of beneficial ownership by individuals<br>Acc-no: 0000728889-07-000119 (34 Act) | 2007-02-06 | 005-58463<br>07582049 |
| 8-K/A | [html][text] 13 KB | [Amend]Current report, item 8.01<br>Acc-no: 0000950134-07-000999 (34 Act) | 2007-01-23 | 000-27999<br>07544559 |
| 8-K | [html][text] 12 KB | Current report, item 8.01<br>Acc-no: 0000950134-07-000417 (34 Act) | 2007-01-10 | 000-27999<br>07523529 |
| 8-K | [html][text] 10 KB | Current report, item 5.02<br>Acc-no: 0000950134-07-000326 (34 Act) | 2007-01-09 | 000-27999<br>07520595 |
| 8-K | [html][text] 19 KB | Current report, items 3.01 and 9.01<br>Acc-no: 0000950134-06-023142 (34 Act) | 2006-12-14 | 000-27999<br>061277543 |
| NT 10-Q | [html][text] 23 KB | Notification of inability to timely file Form 10-Q or 10-QSB<br>Acc-no: 0000950134-06-022841 (34 Act) | 2006-12-08 | 000-27999<br>061266325 |
| 8-K | [html][text] 35 KB | Current report, items 2.02, 4.02, and 9.01<br>Acc-no: 0000950134-06-022403 (34 Act) | 2006-11-30 | 000-27999<br>061248488 |
| 8-K | [html][text] 18 KB | Current report, items 5.02 and 9.01<br>Acc-no: 0000950134-06-022336 (34 Act) | 2006-11-29 | 000-27999<br>061246068 |
| 8-K | [html][text] 704 KB | Current report, items 1.01, 2.03, 3.02, and 9.01<br>Acc-no: 0000950134-06-019208 (34 Act) | 2006-10-17 | 000-27999<br>061149272 |

Next 40

*http://www.sec.gov/cgi-bin/browse-edgar*

Home | EDGAR Search Home | Previous Page                                    Modified:02/06/2006

U.S. Securities and Exchange Commission

FINISAR CORP (0001094739)

SIC: 3674 - Semiconductors & Related Devices
State location: CA | State of Inc.: DE | Fiscal Year End: 0430

**Business Address**
1389 MOFFETT PARK DR
SUNNYVALE CA 94089
4085481000

**Mailing Address**
1389 MOFFETT PARK DR
SUNNYVALE CA 94089

To limit filing results, enter
form type or date (as 2002/05/23).

Form Type [          ]

Prior to [          ]

Ownership? ⦿ Include ○ Exclude ○ Only

[40 Entries ▼]    [ Retrieve Selected Filings ]

[ Retrieve All Filings ]

Key to Descriptions

[Paper] Paper filings are available by film number.

[Cover] Filing contains an SEC-released cover letter or
        correspondence.

Items 41 - 80

| Form | Formats | | Description | Filed/Effective | File/Film No |
|------|---------|---|-------------|-----------------|--------------|
| 8-K | [html][text] | 23 KB | Current report, items 1.01, 2.03, 3.02, and 9.01<br>Acc-no: 0000950134-06-018854 (34 Act) | 2006-10-10 | 000-27999<br>061135466 |
| 8-K | [html][text] | 12 KB | Current report, item 8.01<br>Acc-no: 0000950134-06-018546 (34 Act) | 2006-10-02 | 000-27999<br>061121323 |
| 10-Q | [html][text] | 459 KB | Quarterly report [Sections 13 or 15(d)]<br>Acc-no: 0000891618-06-000379 (34 Act) | 2006-09-08 | 000-27999<br>061082604 |
| 8-K | [html][text] | 28 KB | Current report, items 2.02 and 9.01<br>Acc-no: 0001102624-06-000250 (34 Act) | 2006-09-05 | 000-27999<br>061074529 |
| S-8 | [html][text] | 149 KB | Securities to be offered to employees in employee benefit plans<br>Acc-no: 0000950134-06-016871 (33 Act) | 2006-08-28 | 333-136933<br>061058241 |
| DEF 14A | [html][text] | 380 KB | Other definitive proxy statements<br>Acc-no: 0000950134-06-016870 (34 Act) | 2006-08-28 | 000-27999<br>061058207 |
| 8-K/A | [html][text] | 11 KB | [Amend]Current report, item 1.01<br>Acc-no: 0000950134-06-016696 (34 Act) | 2006-08-23 | 000-27999<br>061051150 |
| PRE 14A | [html][text] | 372 KB | Other preliminary proxy statements<br>Acc-no: 0000950134-06-015063 (34 Act) | 2006-08-07 | 000-27999<br>061010004 |
| 10-K | [html][text] | 1 MB | Annual report [Section 13 and 15(d), not S-K Item 405]<br>Acc-no: 0000950134-06-013212 (34 Act) | 2006-07-14 | 000-27999<br>06962615 |
| EFFECT | [html][text] | 2 KB | Notice of Effectiveness<br>Acc-no: 9999999995-06-000695 (33 Act) | 2006-07-12 | 333-124879<br>06959497 |
| POS AM | [html][text] | 22 KB | Post-Effective amendments for registration statement<br>Acc-no: 0000950134-06-012945 (33 Act) | 2006-07-10 | 333-124879<br>06954086 |
| 8-K | [html][text] | 19 KB | Current report, items 8.01 and 9.01<br>Acc-no: 0000950134-06-012817 (34 Act) | 2006-07-07 | 000-27999<br>06950378 |
| 4 | [html][text] | 6 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001094739-06-000050 | 2006-07-03 | |
| 8-K | [html][text] | 20 KB | Current report, items 8.01 and 9.01<br>Acc-no: 0000950134-06-012120 (34 Act) | 2006-06-26 | 000-27999<br>06923961 |
| EFFECT | [html][text] | 2 KB | Notice of Effectiveness<br>Acc-no: 9999999995-06-000245 (33 Act) | 2006-06-09 | 333-122705<br>06898316 |
| 4 | [html][text] | 5 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001094739-06-000049 | 2006-06-08 | |
| 5 | [html][text] | 5 KB | Annual statement of changes in beneficial ownership of securities<br>Acc-no: 0001094739-06-000048 | 2006-06-08 | |
| 4 | [html][text] | 5 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001094739-06-000047 | 2006-06-08 | |
| 4 | [html][text] | 5 KB | Statement of changes in beneficial ownership of securities<br>Acc-no: 0001094739-06-000046 | 2006-06-08 | |