Exhibit 26

## Fisco, Michael B.

| | |
|---|---|
| **From:** | Fisco, Michael B. |
| **Sent:** | Monday, December 17, 2007 5:30 PM |
| **To:** | 'Sterling A. Brennan'; Rex Sears |
| **Cc:** | Wilkinson, Abby E.; diana.jacobs@usbank.com |
| **Subject:** | Finisar - Unpaid Invoices |
| **Attachments:** | FinisarInvoice.pdf |

Sterling:

Attached is an invoice of U.S. Bank's unpaid fees and expenses.

Michael



**Michael B. Fisco**
Partner
**Faegre & Benson LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612.766.7306 / FAX 612.766.1600
MFisco@faegre.com
Download My Contact Info as V-Card

4/14/2008

# Grinde, Linda C.

| | |
|---|---|
| **From:** | Grinde, Linda C. |
| **Sent:** | Wednesday, December 19, 2007 1:59 PM |
| **To:** | 'Sears, L. Rex'; 'Brennan, Sterling A.' |
| **Cc:** | 'diana.jacobs@usbank.com'; Fisco, Michael B.; Wilkinson, Abby E.; Rodriguez, D. Anthony |
| **Subject:** | Finisar/Faegre & Benson and Morrison & Foerster Invoices |
| **Attachments:** | FinisarInvoice.pdf; Faegre & Benson Invoices.pdf; Morrison & Foerster Invoices.pdf |

Michael Fisco asked me to send you the attached redacted invoices of Faegre & Benson and Morrison & Foerster that were referenced on U.S. Bank's invoice emailed to you on Monday (also attached to this email for your reference) regarding the Finisar matter.

Please contact me if you need anything further. Thanks.

Linda


*Linda C. Grinde*
Legal Administrative Assistant
 to Michael B. Fisco
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
612.766.8603
Fax:  612.766.1600
Email:  LGrinde@faegre.com

4/14/2008