# Exhibit 36

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
191 N. First Street
San Jose, CA  95113-1090

TO:   Paul T. Friedman
      Morrison & Foerster LLP
      425 Market Street
      San Francisco, CA 94105-2482

RE: Finisar Corporation vs U.S. Bank Trust National Association
Case Nbr:  1-07-CV-081092

NOTICE OF FURTHER CASE MANAGEMENT CONFERENCE

A further Case Management Conference has been scheduled for the above entitled case, and you are directed to appear in court on:

Date: 06/24/08  At: 1000AM  in: Dept 19

Superior Court, 191 North First St., San Jose, CA  95113

For further information, contact the Calendar Office at (408)882-2100.

---

Parties/Attorneys of Record:

CC: Caroline McIntyre , Bergeson LLP
    303 Almaden Boulevard, Suite 500, San Jose, CA 95110-2712


If you, a party represented by you, or a witness to be called on behalf of that party need an accommodation under the American with Disabilities Act, please contact the Court Administrator's office at (408)882-2700, or use the Court's TDD line, (408)882-2690 or the Voice/TDD California Relay Service, (800)735-2922.


DECLARATION OF SERVICE BY MAIL: I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each person whose name is shown above, and by depositing the envelope with postage fully prepaid, in the United States Mail at San Jose, CA on 3/27/08. KIRI TORRE, Chief Executive Officer/Clerk by Laura Speed, Deputy