lasers at our wafer fabrication facility located in Fremont, California. We assemble and test most of our transceiver products at our facility in Ipoh, Malaysia. As a result of this vertical integration, we have become increasingly dependent on our internal production capabilities. The manufacture of critical components, including the fabrication of wafers, and the assembly and testing of our products, involve highly complex processes. For example, minute levels of contaminants in the manufacturing environment, difficulties in the fabrication process or other factors can cause a substantial portion of the components on a wafer to be nonfunctional. These problems may be difficult to detect at an early stage of the manufacturing process and often are time-consuming and expensive to correct. From time to time, we have experienced problems achieving acceptable yields at our wafer fabrication facilities, resulting in delays in the availability of components. Poor manufacturing yields over a prolonged period of time could adversely affect our ability to deliver our subsystem products to our customers and could also affect our sale of components to customers in the merchant market. Our inability to supply enough lasers or other key components to meet our internal needs could harm our relationships with customers and have an adverse effect on our business.

### We may lose sales if our suppliers or independent contractors fail to meet our needs

We currently purchase several key components used in the manufacture of our products from single or limited sources, and we rely on a single independent contract manufacturer to supply us with certain key subassemblies , including printed circuit boards. We depend on these sources to meet our production needs. Moreover, we depend on the quality of the components and subassemblies that they supply to us, over which we have limited control. We have encountered shortages and delays in obtaining components in the past and expect to encounter additional shortages and delays in the future. If we cannot supply products due to a lack of components, or are unable to redesign products with other components in a timely manner, our business will be significantly harmed. We generally have no long-term contracts with any of our component suppliers or contract manufacturers. As a result, a supplier or contract manufacturer can discontinue supplying components or subassemblies to us without penalty. If a supplier were to discontinue supplying a key component, our business may be harmed by the resulting product manufacturing and delivery delays. We are also subject to potential delays in the development by our suppliers of key components which may affect our ability to introduce new products. Similarly, disruptions in the services provided by our contract manufacturers or the transition to other suppliers of these services could lead to supply chain problems or delays in the delivery of our products. These problems or delays could damage our relationships with our customers and adversely affect our business.

We use rolling forecasts based on anticipated product orders to determine our component and subassembly requirements. Lead times for materials and components that we order vary significantly and depend on factors such as specific supplier requirements, contract terms and current market demand for particular components. If we overestimate our component requirements, we may have excess inventory, which would increase our costs. If we underestimate our component requirements, we may have inadequate inventory, which could interrupt our manufacturing and delay delivery of our products to our customers. Any of these occurrences would significantly harm our business.

### We are dependent on widespread market acceptance of two product families, and our revenues will decline if the market does not continue to accept either of these product families

We currently derive substantially all of our revenue from sales of our optical subsystems and components and network test and monitoring systems. We expect that revenue from these products will continue to account for substantially all of our revenue for the foreseeable future. Accordingly, widespread market acceptance of these products is critical to our future success. If the market does not continue to accept either our optical subsystems and components or our network test and monitoring systems, our revenues will decline significantly. Factors that may affect the market acceptance of our products include the continued growth of the markets for LANs, SANs and MANs and, in particular, Gigabit Ethernet and Fibre Channel-based technologies, as well as the performance, price and total cost of ownership of our products and the availability, functionality and price of competing products and technologies.

Many of these factors are beyond our control. In addition, in order to achieve widespread market acceptance, we must differentiate ourselves from our competition through product offerings and brand name recognition. We

20

USB FIN 002029

cannot assure you that we will be successful in making this differentiation or achieving widespread acceptance of our products. Failure of our existing or future products to maintain and achieve widespread levels of market acceptance will significantly impair our revenue growth.

### *We depend on large purchases from a few significant customers, and any loss, cancellation, reduction or delay in purchases by these customers could harm our business*

A small number of customers have consistently accounted for a significant portion of our revenues. For example, sales to our top five customers represented 42% of our revenues in fiscal 2007. Our success will depend on our continued ability to develop and manage relationships with significant customers. Although we are attempting to expand our customer base, we expect that significant customer concentration will continue for the foreseeable future.

The markets in which we sell our optical subsystems and components products are dominated by a relatively small number of systems manufacturers, thereby limiting the number of our potential customers. Our dependence on large orders from a relatively small number of customers makes our relationship with each customer critically important to our business. We cannot assure you that we will be able to retain our largest customers, that we will be able to attract additional customers or that our customers will be successful in selling their products that incorporate our products. We have in the past experienced delays and reductions in orders from some of our major customers. In addition, our customers have in the past sought price concessions from us, and we expect that they will continue to do so in the future. Cost reduction measures that we have implemented over the past several years, and additional action we may take to reduce costs, may adversely affect our ability to introduce new and improved products which may, in turn, adversely affect our relationships with some of our key customers. Further, some of our customers may in the future shift their purchases of products from us to our competitors or to joint ventures between these customers and our competitors. The loss of one or more of our largest customers, any reduction or delay in sales to these customers, our inability to successfully develop relationships with additional customers or future price concessions that we may make could significantly harm our business.

### *Because we do not have long-term contracts with our customers, our customers may cease purchasing our products at any time if we fail to meet our customers' needs*

Typically, we do not have long-term contracts with our customers. As a result, our agreements with our customers do not provide any assurance of future sales. Accordingly:

- our customers can stop purchasing our products at any time without penalty;

- our customers are free to purchase products from our competitors; and

- our customers are not required to make minimum purchases.

Sales are typically made pursuant to individual purchase orders, often with extremely short lead times. If we are unable to fulfill these orders in a timely manner, it is likely that we will lose sales and customers.

### *Our market is subject to rapid technological change, and to compete effectively we must continually introduce new products that achieve market acceptance*

The markets for our products are characterized by rapid technological change, frequent new product introductions, changes in customer requirements and evolving industry standards with respect to the protocols used in data communications networks. We expect that new technologies will emerge as competition and the need for higher and more cost-effective bandwidth increases. Our future performance will depend on the successful development, introduction and market acceptance of new and enhanced products that address these changes as well as current and potential customer requirements. For example, we expect the SAN market to begin migrating from 4 Gbps to 8 Gbps product solutions in fiscal 2008 and that our ability to achieve sustained revenue growth in the markets for LAN, MAN and telecom applications will depend to a large extent on our ability to successfully develop and introduce new 10 Gbps transceiver and transponder solutions during this same period. The introduction of new and enhanced products may cause our customers to defer or cancel orders for existing products. In addition, a slowdown in demand for existing products ahead of a new product introduction could result in a write-down in the

21

USB FIN 002030

Table of Contents

value of inventory on hand related to existing products. We have in the past experienced a slowdown in demand for existing products and delays in new product development and such delays may occur in the future. To the extent customers defer or cancel orders for existing products due to a slowdown in demand or in the expectation of a new product release or if there is any delay in development or introduction of our new products or enhancements of our products, our operating results would suffer. We also may not be able to develop the underlying core technologies necessary to create new products and enhancements, or to license these technologies from third parties. Product development delays may result from numerous factors, including:

- changing product specifications and customer requirements;

- unanticipated engineering complexities;

- expense reduction measures we have implemented, and others we may implement, to conserve our cash and attempt to achieve and sustain profitability;

- difficulties in hiring and retaining necessary technical personnel;

- difficulties in reallocating engineering resources and overcoming resource limitations; and

- changing market or competitive product requirements.

The development of new, technologically advanced products is a complex and uncertain process requiring high levels of innovation and highly skilled engineering and development personnel, as well as the accurate anticipation of technological and market trends. We cannot assure you that we will be able to identify, develop, manufacture, market or support new or enhanced products successfully, if at all, or on a timely basis. Further, we cannot assure you that our new products will gain market acceptance or that we will be able to respond effectively to product announcements by competitors, technological changes or emerging industry standards. Any failure to respond to technological change would significantly harm our business.

### Continued competition in our markets may lead to a reduction in our prices, revenues and market share

The end markets for optical products have experienced significant industry consolidation during the past few years while the industry that supplies these customers has not. As a result, the markets for optical subsystems and components and network test and monitoring systems for use in LANs, SANs and MANs are highly competitive. Our current competitors include a number of domestic and international companies, many of which have substantially greater financial, technical, marketing and distribution resources and brand name recognition than we have. We may not be able to compete successfully against either current or future competitors. Increased competition could result in significant price erosion, reduced revenue, lower margins or loss of market share, any of which would significantly harm our business. For optical subsystems, we compete primarily with Avago Technologies, JDS Uniphase, Intel, Opnext, Optium, Sumitomo and a number of smaller vendors. For network test and monitoring systems, we compete primarily with Agilent Technologies and LeCroy. Our competitors continue to introduce improved products and we will have to do the same to remain competitive.

### Decreases in average selling prices of our products may reduce gross margins

The market for optical subsystems is characterized by declining average selling prices resulting from factors such as increased competition, overcapacity, the introduction of new products and increased unit volumes as manufacturers continue to deploy network and storage systems. We have in the past experienced, and in the future may experience, substantial period-to-period fluctuations in operating results due to declining average selling prices. We anticipate that average selling prices will decrease in the future in response to product introductions by competitors or us, or by other factors, including price pressures from significant customers. Therefore, in order to achieve and sustain profitable operations, we must continue to develop and introduce on a timely basis new products that incorporate features that can be sold at higher average selling prices. Failure to do so could cause our revenues and gross margins to decline, which would result in additional operating losses and significantly harm our business.

We may be unable to reduce the cost of our products sufficiently to enable us to compete with others. Our cost reduction efforts may not allow us to keep pace with competitive pricing pressures and could adversely affect our margins. In order to remain competitive, we must continually reduce the cost of manufacturing our products through

22

Table of Contents

design and engineering changes. We may not be successful in redesigning our products or delivering our products to market in a timely manner. We cannot assure you that any redesign will result in sufficient cost reductions to allow us to reduce the price of our products to remain competitive or improve our gross margins.

### Shifts in our product mix may result in declines in gross margins

Our gross profit margins vary among our product families, and are generally higher on our network test and monitoring systems than on our optical subsystems and components. Our optical products sold for longer distance MAN and telecom applications typically have higher gross margins than our products for shorter distance LAN or SAN applications. Our gross margins are generally lower for newly introduced products and improve as unit volumes increase. Our overall gross margins have fluctuated from period to period as a result of shifts in product mix, the introduction of new products, decreases in average selling prices for older products and our ability to reduce product costs, and these fluctuations are expected to continue in the future.

### Our customers often evaluate our products for long and variable periods, which causes the timing of our revenues and results of operations to be unpredictable

The period of time between our initial contact with a customer and the receipt of an actual purchase order may span a year or more. During this time, customers may perform, or require us to perform, extensive and lengthy evaluation and testing of our products before purchasing and using them in their equipment. Our customers do not typically share information on the duration or magnitude of these qualification procedures. The length of these qualification processes also may vary substantially by product and customer, and, thus, cause our results of operations to be unpredictable. While our potential customers are qualifying our products and before they place an order with us, we may incur substantial research and development and sales and marketing expenses and expend significant management effort. Even after incurring such costs we ultimately may not sell any products to such potential customers. In addition, these qualification processes often make it difficult to obtain new customers, as customers are reluctant to expend the resources necessary to qualify a new supplier if they have one or more existing qualified sources. Once our products have been qualified, the agreements that we enter into with our customers typically contain no minimum purchase commitments. Failure of our customers to incorporate our products into their systems would significantly harm our business.

### We depend on facilities located outside of the United States to manufacture a substantial portion of our products, which subjects us to additional risks

In addition to our principal manufacturing facility in Malaysia, we operate smaller facilities in China and Singapore and rely on two contract manufacturers located in Asia for our supply of key subassemblies. Each of these facilities and manufacturers subjects us to additional risks associated with international manufacturing, including:

- unexpected changes in regulatory requirements;
- legal uncertainties regarding liability, tariffs and other trade barriers;
- inadequate protection of intellectual property in some countries;
- greater incidence of shipping delays;
- greater difficulty in overseeing manufacturing operations;
- greater difficulty in hiring talent needed to oversee manufacturing operations;
- potential political and economic instability; and
- the outbreak of infectious diseases such as severe acute respiratory syndrome, or SARS, which could result in travel restrictions or the closure of our facilities or the facilities of our customers and suppliers.

Any of these factors could significantly impair our ability to source our contract manufacturing requirements internationally.

23

USB FIN 002032

Table of Contents

*Our future operating results may be subject to volatility as a result of exposure to foreign exchange risks.*

We are exposed to foreign exchange risks. Foreign currency fluctuations may affect both our revenues and our costs and expenses and significantly affect our operating results. Prices for our products are currently denominated in U.S. dollars for sales to our customers throughout the world. If there is a significant devaluation of the currency in a specific country relative to the dollar, the prices of our products will increase relative to that country's currency, our products may be less competitive in that country and our revenues may be adversely affected.

Although we price our products in U.S. dollars, portions of both our cost of revenues and operating expenses are incurred in foreign currencies, principally the Malaysian ringit and the Chinese yuan. As a result, we bear the risk that the rate of inflation in one or more countries will exceed the rate of the devaluation of that country's currency in relation to the U.S. dollar, which would increase our costs as expressed in U.S. dollars. To date, we have not engaged in currency hedging transactions to decrease the risk of financial exposure from fluctuations in foreign exchange rates.

### Our business and future operating results are subject to a wide range of uncertainties arising out of the continuing threat of terrorist attacks and ongoing military actions in the Middle East

Like other U.S. companies, our business and operating results are subject to uncertainties arising out of the continuing threat of terrorist attacks on the United States and ongoing military actions in the Middle East, including the economic consequences of the war in Iraq or additional terrorist activities and associated political instability, and the impact of heightened security concerns on domestic and international travel and commerce. In particular, due to these uncertainties we are subject to:

- increased risks related to the operations of our manufacturing facilities in Malaysia;

- greater risks of disruption in the operations of our China and Singapore facilities and our Asian contract manufacturers and more frequent instances of shipping delays; and

- the risk that future tightening of immigration controls may adversely affect the residence status of non-U.S. engineers and other key technical employees in our U.S. facilities or our ability to hire new non-U.S. employees in such facilities.

### Past and future acquisitions could be difficult to integrate, disrupt our business, dilute stockholder value and harm our operating results

Since October 2000, we have completed the acquisition of ten privately-held companies and certain businesses and assets from six other companies. We continue to review opportunities to acquire other businesses, product lines or technologies that would complement our current products, expand the breadth of our markets or enhance our technical capabilities, or that may otherwise offer growth opportunities, and we from time to time make proposals and offers, and take other steps, to acquire businesses, products and technologies.

Several of our past acquisitions have been material, and acquisitions that we may complete in the future may be material. In 12 of our 16 acquisitions, we issued common stock or notes convertible into common stock as all or a portion of the consideration. The issuance of stock in any future transactions would dilute our stockholders' percentage ownership.

Other risks associated with acquiring the operations of other companies include:

- problems assimilating the purchased operations, technologies or products;

- unanticipated costs associated with the acquisition;

- diversion of management's attention from our core business;

- adverse effects on existing business relationships with suppliers and customers;

- risks associated with entering markets in which we have no or limited prior experience; and

- potential loss of key employees of purchased organizations.

24

USB FIN 002033

Not all of our past acquisitions have been successful. During fiscal 2003, we sold some of the assets acquired in two prior acquisitions, discontinued a product line and closed one of our acquired facilities. As a result of these activities, we incurred significant restructuring charges and charges for the write-down of assets associated with those acquisitions. We cannot assure you that we will be successful in overcoming problems encountered in connection with future acquisitions, and our inability to do so could significantly harm our business. In addition, to the extent that the economic benefits associated with any of our acquisitions diminish in the future, we may be required to record additional write downs of goodwill, intangible assets or other assets associated with such acquisitions, which would adversely affect our operating results.

### *We have made and may continue to make strategic investments which may not be successful, may result in the loss of all or part of our invested capital and may adversely affect our operating results*

Through fiscal 2007, we recorded minority equity investments in early-stage technology companies, totaling $52.4 million. Our investments in these early stage companies were primarily motivated by our desire to gain early access to new technology. We intend to review additional opportunities to make strategic equity investments in pre-public companies where we believe such investments will provide us with opportunities to gain access to important technologies or otherwise enhance important commercial relationships. We have little or no influence over the early-stage companies in which we have made or may make these strategic, minority equity investments. Each of these investments in pre-public companies involves a high degree of risk. We may not be successful in achieving the financial, technological or commercial advantage upon which any given investment is premised, and failure by the early-stage company to achieve its own business objectives or to raise capital needed on acceptable economic terms could result in a loss of all or part of our invested capital. In fiscal 2003, we wrote off $12.0 million in two investments which became impaired. In fiscal 2004, we wrote off $1.6 million in two additional investments, and in fiscal 2005, we wrote off $10.0 million in another investment. During fiscal 2006, we reclassified $4.2 million of an investment associated with the Infineon acquisition to goodwill as the investment was deemed to have no value. We may be required to write off all or a portion of the $11.3 million in such investments remaining on our balance sheet as of April 30, 2007 in future periods.

### *We face risks of regulatory actions and inquiries into our historical stock option grant practices and related accounting, which could require significant management time and attention, and that could have a material adverse effect on our business, results of operations and financial condition*

As a result of our investigation into our historical stock option grant practices and the restatement of our prior financial statements, we may be subject to greater risks associated with litigation, regulatory proceedings and government inquiries and enforcement actions, as described in "Item 3. Legal Proceedings." We have voluntarily informed the SEC of the results of this investigation, and have been cooperating with, and continue to cooperate with, inquiries from the SEC. We are unable to predict what consequences, if any, that any inquiry by any regulatory agency may have on us. Any civil or criminal action commenced against us by a regulatory agency could result in administrative orders against us, the imposition of significant penalties and/or fines against us, and/or the imposition of civil or criminal sanctions against certain of our officers, directors and/or employees. Any regulatory action could result in the filing of additional restatements of our prior financial statements or require that we take other actions, and could divert management's attention from other business concerns and harm our business.

### *We have been named as a party to derivative action lawsuits, and we may be named in additional litigation, all of which will require significant management time and attention and result in significant legal expenses and may result in an unfavorable outcome which could have a material adverse effect on our business, financial condition, results of operations and cash flows.*

We have been named as a nominal defendant in several purported shareholder derivative lawsuits concerning the granting of stock options. These cases have been consolidated into two proceedings pending in federal and state courts in California. The federal court cases have been consolidated in the United States District Court for the Northern District of California. The state court cases have been consolidated in the Superior Court for the State of California for the County of Santa Clara. Plaintiffs in all cases have alleged that certain current or former officers and directors of the Company caused it to grant stock options at less than fair market value, contrary to our public

25

USB FIN 002034

Table of Contents

statements (including statements in our financial statements), and that, as a result, those officers and directors are liable to the Company. No specific amount of damages has been alleged and, by the nature of the lawsuits no damages will be alleged, against the Company. On May 22, 2007, the state court granted our motion to stay the state court action pending resolution of the consolidated federal court action. On June 12, 2007, the plaintiffs in the federal court case filed an amended complaint to reflect the results of the stock option investigation announced by the Audit Committee in June 2007. On August 28, 2007, we and the individual defendants filed motions to dismiss the complaint. A hearing on the motions has been set for January 8, 2008. We cannot predict whether these actions are likely to result in any material recovery by, or expense to, us. We expect to continue to incur legal fees in responding to these lawsuits, including expenses for the reimbursement of legal fees of present and former officers and directors under indemnification obligations. The expense of defending such litigation may be significant. The amount of time to resolve these and any additional lawsuits is unpredictable and these actions may divert management's attention from the day-to-day operations of our business, which could adversely affect our business, results of operations and cash flows.

### We are subject to other pending legal proceedings

A securities class action lawsuit was filed on November 30, 2001 in the United States District Court for the Southern District of New York, purportedly on behalf of all persons who purchased our common stock from November 17, 1999 through December 6, 2000. The complaint named as defendants Finisar, certain of our current and former officers, and an investment banking firm that served as an underwriter for our initial public offering in November 1999 and a secondary offering in April 2000. The complaint, as subsequently amended, alleges violations of Sections 11 and 15 of the Securities Act of 1933 and Sections 10(b) and 20(b) of the Securities Exchange Act of 1934. No specific damages are claimed. Similar allegations have been made in lawsuits relating to more than 300 other initial public offerings conducted in 1999 and 2000, which were consolidated for pretrial purposes. In October 2002, all claims against the individual defendants were dismissed without prejudice. On February 19, 2003, the Court denied defendants' motion to dismiss the complaint. In July 2004, we and the individual defendants accepted a settlement proposal made to all of the issuer defendants. Under the terms of the settlement, the plaintiffs would dismiss and release all claims against participating defendants in exchange for a contingent payment guaranty by the insurance companies collectively responsible for insuring the issuers in all related cases, and the assignment or surrender to the plaintiffs of certain claims the issuer defendants may have against the underwriters. Under the guaranty, the insurers would be required to pay the amount, if any, by which $1 billion exceeds the aggregate amount ultimately collected by the plaintiffs from the underwriter defendants in all the cases. If the plaintiffs fail to recover $1 billion and payment is required under the guaranty, we would be responsible to pay our pro rata portion of the shortfall, up to the amount of the self-insured retention under our insurance policy, which may be up to $2 million. The timing and amount of payments that we could be required to make under the proposed settlement would depend on several factors, principally the timing and amount of any payment that the insurers may be required to make pursuant to the $1 billion guaranty. While the court was considering final approval of the settlement, the Second Circuit Court of Appeals vacated the class certification of plaintiffs' claims against the underwriters in six cases designated as focus or test cases. All proceedings in all of the lawsuits have been stayed, and the plaintiffs and issuers have stated that they are prepared to discuss how the settlement might be amended or renegotiated to comply with the Second Circuit decision. There is no assurance that the settlement will be amended or renegotiated to comply with the Second Circuit's ruling, and then approved. If the settlement is not amended or renegotiated and subsequently approved by the Court, we intend to defend the lawsuit vigorously. Because of the inherent uncertainty of litigation, however, we cannot predict its outcome. If, as a result of this dispute, we are required to pay significant monetary damages, our business would be substantially harmed.

### Because of competition for technical personnel, we may not be able to recruit or retain necessary personnel

We believe our future success will depend in large part upon our ability to attract and retain highly skilled managerial, technical, sales and marketing, finance and manufacturing personnel. In particular, we may need to increase the number of technical staff members with experience in high-speed networking applications as we further develop our product lines. Competition for these highly skilled employees in our industry is intense. Our failure to attract and retain these qualified employees could significantly harm our business. The loss of the services

26

USB FIN 002035

Table of Contents

of any of our qualified employees, the inability to attract or retain qualified personnel in the future or delays in hiring required personnel could hinder the development and introduction of and negatively impact our ability to sell our products. In addition, employees may leave our company and subsequently compete against us. Moreover, companies in our industry whose employees accept positions with competitors frequently claim that their competitors have engaged in unfair hiring practices. We have been subject to claims of this type and may be subject to such claims in the future as we seek to hire qualified personnel. Some of these claims may result in material litigation. We could incur substantial costs in defending ourselves against these claims, regardless of their merits.

### *Our failure to protect our intellectual property may significantly harm our business*

Our success and ability to compete is dependent in part on our proprietary technology. We rely on a combination of patent, copyright, trademark and trade secret laws, as well as confidentiality agreements to establish and protect our proprietary rights. We license certain of our proprietary technology, including our digital diagnostics technology, to customers who include current and potential competitors, and we rely largely on provisions of our licensing agreements to protect our intellectual property rights in this technology. Although a number of patents have been issued to us, we have obtained a number of other patents as a result of our acquisitions, and we have filed applications for additional patents, we cannot assure you that any patents will issue as a result of pending patent applications or that our issued patents will be upheld. Any infringement of our proprietary rights could result in significant litigation costs, and any failure to adequately protect our proprietary rights could result in our competitors offering similar products, potentially resulting in loss of a competitive advantage and decreased revenues. Despite our efforts to protect our proprietary rights, existing patent, copyright, trademark and trade secret laws afford only limited protection. In addition, the laws of some foreign countries do not protect our proprietary rights to the same extent as do the laws of the United States. Attempts may be made to copy or reverse engineer aspects of our products or to obtain and use information that we regard as proprietary. Accordingly, we may not be able to prevent misappropriation of our technology or deter others from developing similar technology. Furthermore, policing the unauthorized use of our products is difficult and expensive. We are currently engaged in pending litigation to enforce certain of our patents, and additional litigation may be necessary in the future to enforce our intellectual property rights or to determine the validity and scope of the proprietary rights of others. In connection with the pending litigation, substantial management time has been, and will continue to be, expended. In addition, we have incurred, and we expect to continue to incur, substantial legal expenses in connection with these pending lawsuits. These costs and this diversion of resources could significantly harm our business.

### *Claims that we infringe third-party intellectual property rights could result in significant expenses or restrictions on our ability to sell our products*

The networking industry is characterized by the existence of a large number of patents and frequent litigation based on allegations of patent infringement. We have been involved in the past as a defendant in patent infringement lawsuits. From time to time, other parties may assert patent, copyright, trademark and other intellectual property rights to technologies and in various jurisdictions that are important to our business. Any claims asserting that our products infringe or may infringe proprietary rights of third parties, if determined adversely to us, could significantly harm our business. Any claims, with or without merit, could be time-consuming, result in costly litigation, divert the efforts of our technical and management personnel, cause product shipment delays or require us to enter into royalty or licensing agreements, any of which could significantly harm our business. Royalty or licensing agreements, if required, may not be available on terms acceptable to us, if at all. In addition, our agreements with our customers typically require us to indemnify our customers from any expense or liability resulting from claimed infringement of third party intellectual property rights. In the event a claim against us was successful and we could not obtain a license to the relevant technology on acceptable terms or license a substitute technology or redesign our products to avoid infringement, our business would be significantly harmed.

27

***Our products may contain defects that may cause us to incur significant costs, divert our attention from product development efforts and result in a loss of customers***

Our products are complex and defects may be found from time to time. Networking products frequently contain undetected software or hardware defects when first introduced or as new versions are released. In addition, our products are often embedded in or deployed in conjunction with our customers' products which incorporate a variety of components produced by third parties. As a result, when problems occur, it may be difficult to identify the source of the problem. These problems may cause us to incur significant damages or warranty and repair costs, divert the attention of our engineering personnel from our product development efforts and cause significant customer relation problems or loss of customers, all of which would harm our business.

***Our business and future operating results may be adversely affected by events outside our control***

Our business and operating results are vulnerable to events outside of our control, such as earthquakes, fire, power loss, telecommunications failures and uncertainties arising out of terrorist attacks in the United States and overseas. Our corporate headquarters and a portion of our manufacturing operations are located in California. California in particular has been vulnerable to natural disasters, such as earthquakes, fires and floods, and other risks which at times have disrupted the local economy and posed physical risks to our property. We are also dependent on communications links with our overseas manufacturing locations and would be significantly harmed if these links were interrupted for any significant length of time. We presently do not have adequate redundant, multiple site capacity if any of these events were to occur, nor can we be certain that the insurance we maintain against these events would be adequate.

***The conversion of our outstanding convertible subordinated notes would result in substantial dilution to our current stockholders***

We currently have outstanding $2 \frac{1}{2}\%$ convertible senior subordinated notes due 2010 in the principal amount of $100 million, $5 \frac{1}{4}\%$ convertible subordinated notes due 2008 in the principal amount of $100.3 million, and $2 \frac{1}{2}\%$ convertible subordinated notes due 2010 in the principal amount of $50 million. The $5 \frac{1}{4}\%$ notes are convertible, at the option of the holder, at any time on or prior to maturity into shares of our common stock at a conversion price of $5.52 per share. The $50 million in principal amount of our $2 \frac{1}{2}\%$ notes become convertible, at the option of the holder, at any time on or prior to maturity into shares of our common stock at a conversion price of $3.705 per share. The $100 million in principal amount of our $2 \frac{1}{2}\%$ senior notes are convertible at a conversion price of $3.28, with the underlying principal payable in cash, upon the Company's common stock reaching $4.92 for a period of time. An aggregate of approximately 42,000,000 shares of common stock would be issued upon the conversion of all outstanding convertible subordinated notes at these exchange rates, which would significantly dilute the voting power and ownership percentage of our existing stockholders. We have previously entered into privately negotiated transactions with certain holders of our convertible subordinated notes for the repurchase of notes in exchange for a greater number of shares of our common stock than would have been issued had the principal amount of the notes been converted at the original conversion rate specified in the notes, thus resulting in more dilution. Although we do not currently have any plans to enter into similar transactions in the future, if we were to do so there would be additional dilution to the voting power and percentage ownership of our existing stockholders.

***Delaware law, our charter documents and our stockholder rights plan contain provisions that could discourage or prevent a potential takeover, even if such a transaction would be beneficial to our stockholders***

Some provisions of our certificate of incorporation and bylaws, as well as provisions of Delaware law, may discourage, delay or prevent a merger or acquisition that a stockholder may consider favorable. These include provisions:

- authorizing the board of directors to issue additional preferred stock;

- prohibiting cumulative voting in the election of directors;

- limiting the persons who may call special meetings of stockholders;

USB FIN 002037

Table of Contents

- prohibiting stockholder actions by written consent;
- creating a classified board of directors pursuant to which our directors are elected for staggered three-year terms;
- permitting the board of directors to increase the size of the board and to fill vacancies;
- requiring a super-majority vote of our stockholders to amend our bylaws and certain provisions of our certificate of incorporation; and
- establishing advance notice requirements for nominations for election to the board of directors or for proposing matters that can be acted on by stockholders at stockholder meetings.

We are subject to the provisions of Section 203 of the Delaware General Corporation Law which limit the right of a corporation to engage in a business combination with a holder of 15% or more of the corporation's outstanding voting securities, or certain affiliated persons.

In addition, in September 2002, our board of directors adopted a stockholder rights plan under which our stockholders received one share purchase right for each share of our common stock held by them. Subject to certain exceptions, the rights become exercisable when a person or group (other than certain exempt persons) acquires, or announces its intention to commence a tender or exchange offer upon completion of which such person or group would acquire, 20% or more of our common stock without prior board approval. Should such an event occur, then, unless the rights are redeemed or have expired, our stockholders, other than the acquirer, will be entitled to purchase shares of our common stock at a 50% discount from its then-Current Market Price (as defined) or, in the case of certain business combinations, purchase the common stock of the acquirer at a 50% discount.

Although we believe that these charter and bylaw provisions, provisions of Delaware law and our stockholder rights plan provide an opportunity for the board to assure that our stockholders realize full value for their investment, they could have the effect of delaying or preventing a change of control, even under circumstances that some stockholders may consider beneficial.

### *Our stock price has been and is likely to continue to be volatile*

The trading price of our common stock has been and is likely to continue to be subject to large fluctuations. Our stock price may increase or decrease in response to a number of events and factors, including:

- trends in our industry and the markets in which we operate;
- changes in the market price of the products we sell;
- changes in financial estimates and recommendations by securities analysts;
- acquisitions and financings;
- quarterly variations in our operating results;
- the operating and stock price performance of other companies that investors in our common stock may deem comparable; and
- purchases or sales of blocks of our common stock.

Part of this volatility is attributable to the current state of the stock market, in which wide price swings are common. This volatility may adversely affect the prices of our common stock regardless of our operating performance.

### Item 1B.  *Unresolved Staff Comments*

None.

### Item 2.  *Properties*

Our principal facilities are located in California, Texas, Malaysia and China.

USB FIN 002038

Table of Contents

We lease a 92,000 square foot building in Sunnyvale, California for our corporate headquarters under a lease that expires in February 2020. We conduct research and development, sales and marketing, general and administrative and limited manufacturing operations at our Sunnyvale facilities.

We own a 640,000 square foot manufacturing facility in Ipoh, Malaysia, where we conduct our principal manufacturing operations. The land upon which the facility is located is subject to a long term lease that expires in June 2055.

We lease facilities totaling approximately 44,000 square feet, in Fremont, California under leases that expire in March 2009. We conduct wafer fabrication operations at these facilities. We are currently negotiating an extension of this lease.

We lease approximately 18,250 square feet of general office space in Scotts Valley, California under a lease that expires in November 2010. We acquired this leased facility in connection with our acquisition of InterSAN in May 2005. In fiscal 2006, we consolidated a portion of the facility and recognized a restructuring charge for this activity. A portion of this facility is currently vacant.

We lease approximately 26,400 square feet of general office space in Eden Prairie, Minnesota under a lease that expires in March 2010. We acquired this leased facility in connection with our acquisition of I-TECH in April 2005. We consolidated the former I-TECH operations at our other facilities in the first quarter of fiscal 2006. The facility is currently vacant.

We lease approximately 57,000 square feet of general office and manufacturing space in Shanghai, China to house the operations of our subsidiary, Transwave Fiber (Shanghai), Inc. This lease expires in August 2008.

We lease a 160,000 square foot facility in Allen, Texas, where we conduct the principal manufacturing operations for our AOC Division under a lease that expires in February 2020. A portion of this facility consisting of approximately 35,000 square feet is currently subleased.

We lease approximately 16,000 square feet of general office space in Austin, Texas, to house the operations of our Medusa Technologies Division. This lease expires in July 2008.

We lease approximately 13,600 square feet of general office space in Singapore under a lease that expires in October 2008. We conduct research and development and logistics operations at this facility.

We lease approximately 25,000 square feet of general office space in Boston, Massachusetts under a lease that expires in December 2009. We acquired this leased facility in connection with our acquisition of AZNA, LLC in March 2007.

We lease a 18,000 square foot facility in Plainfield, New Jersey and a 2,500 square foot facility in Champaign, Illinois under leases that expire in August 2009 and July 2008, respectively. We acquired these leased facilities in connection with our acquisition of Kodeos Communications, Inc. in April 2007.

## Item 3. *Legal Proceedings*

### Matters Related to Historical Stock Option Grant Practices

On November 30, 2006, we announced that we had undertaken a voluntary review of our historical stock option grant practices subsequent to our initial public offering in November 1999. The review was initiated by senior management, and preliminary results of the review were discussed with the Audit Committee of our Board of Directors. Based on the preliminary results of the review, senior management concluded, and the Audit Committee agreed, that it was likely that the measurement dates for certain stock option grants differed from the recorded grant dates for such awards and that we would likely need to restate our historical financial statements to record non-cash charges for compensation expense relating to some past stock option grants. The Audit Committee thereafter conducted a further investigation and engaged independent legal counsel and financial advisors to assist in that investigation. The Audit Committee concluded that measurement dates for certain option grants differ from the recorded grant dates for such awards. Our management, in conjunction with the Audit Committee, conducted a further review to finalize revised measurement dates and determine the appropriate accounting adjustments to our historical financial statements, which are reflected in this report. The announcement of the investigation, and related

30

USB FIN 002039

delays in filing our quarterly reports on Form 10-Q for the quarters ended October 29, 2006 (the "October 10-Q"), January 28, 2007 (the "January 10-Q") and July 29, 2007 (the "July 10-Q") and this annual report on Form 10-K for the fiscal year ended April 30, 2007 (the "2007 10-K"), have resulted in the initiation of regulatory proceedings as well as civil litigation and claims.

### Nasdaq Determination of Non-compliance

On December 13, 2006, we received a Staff Determination notice from the Nasdaq Stock Market stating that the Company was not in compliance with Marketplace Rule 4310(c)(14) because we did not timely file the October and, therefore, that our common stock was subject to delisting from the Nasdaq Global Select Market. We received similar Staff Determination Notices with respect to our failure to timely file the January 10-Q, the July 10-Q and the 2007 10-K. In response to the original Staff Determination Notice, we requested a hearing before a Nasdaq Listing Qualifications Panel (the "Panel") to review the Staff Determination and to request additional time to comply with the filing requirements pending completion of the Audit Committee's investigation. The hearing was held on February 15, 2007. The Company thereafter supplemented its previous submission to Nasdaq to include the subsequent periodic reports in its request for additional time to make required filings. On April 4, 2007, the Panel granted us additional time to comply with the filing requirements until June 11, 2007 for the October 10-Q and until July 3, 2007 for the January 10-Q. We appealed the Panel's decision to the Nasdaq Listing and Hearing Review Counsel (the "Listing Council"), seeking additional time to make the filings. On May 18, 2007, the Listing Council agreed to review the Panel's April 4, 2007 decision and stayed that decision pending review of our appeal. On October 5, 2007, the Listing Council granted us an exception until December 4, 2007 to file our delinquent periodic reports and restatement. On November 26, 2007, we filed an appeal with the Nasdaq Board of Directors seeking a review of the Listing Council's decision and a stay of the decision, including the Listing Council's December 4, 2007 deadline. On November 30, 2007, the Nasdaq Board of Directors agreed to review the Listing Council's decision and stayed the decision pending further consideration by the Board. We believe that the filing of this report, and the simultaneous filing of the other delinquent reports on Form 10-Q, will satisfy the conditions of the Listing Council's decision and that our common stock will continue to be listed on the Nasdaq Global Select Market.

### Securities and Exchange Commission Inquiry

In November 2006, we informed the staff of the SEC of the voluntary investigation that had been undertaken by the Audit Committee of our Board of Directors. We were subsequently notified by the SEC that the SEC was conducting an informal inquiry regarding our historical stock option grant practices. We are cooperating with the SEC's review.

### Stock Option Derivative Litigation

Following our announcement on November 30, 2006 that the Audit Committee of the Board of Directors had voluntarily commenced an investigation of our historical stock option grant practices, we were named as a nominal defendant in several shareholder derivative cases. These cases have been consolidated into two proceedings pending in federal and state courts in California. The federal court cases have been consolidated in the United States District Court for the Northern District of California. The state court cases have been consolidated in the Superior Court for the State of California for the County of Santa Clara. Plaintiffs in all cases have alleged that certain of our current or former officers and directors caused us to grant stock options at less than fair market value, contrary to our public statements (including statements in our financial statements), and that, as a result, those officers and directors are liable to the Company. No specific amount of damages has been alleged and, by the nature of the lawsuits no damages will be alleged, against the Company. On May 22, 2007, the state court granted our motion to stay the state court action pending resolution of the consolidated federal court action. On June 12, 2007, the plaintiffs in the federal court case filed an amended complaint to reflect the results of the stock option investigation announced by the Audit Committee in June 2007. On August 28, 2007, we and the individual defendants filed motions to dismiss the complaint. A hearing on the motions has been set for January 11, 2008.

31

Table of Contents

*Trust Indenture Litigation*

On January 4, 2007, we received three substantially identical purported notices of default from U.S. Bank Trust National Association, as trustee (the "Trustee") for our 21/2% Convertible Senior Subordinated Notes due 2010, our 21/2% Convertible Subordinated Notes due 2010 and our 51/4% Convertible Subordinated Notes due 2008 (collectively, the "Notes"). The notices asserted that our failure to timely file the October 10-Q with the SEC and to provide a copy to the Trustee constituted a default under each of the three indentures between us and the Trustee governing the respective series of Notes (the "Indentures"). The notices each indicated that, if we did not cure the purported default within 60 days, an "Event of Default" would occur under the respective Indenture. As previously reported, we had delayed filing the October 10-Q pending the completion of the review of our historical stock option grant practices conducted by the Audit Committee of its Board of Directors.

We do not believe that we are in default under the terms of the Indentures. We contend that the plain language of each Indenture requires only that we file with the Trustee reports that have actually been filed with the SEC, and that, since the October 10-Q had not yet been filed with the SEC, we were under no obligation to file it with the Trustee.

In anticipation of the expiration of the 60 day cure period under the notices on March 5, 2007, and the potential assertion by the Trustee or the noteholders that an "Event of Default" had occurred and a potential attempt to accelerate payment on one or more series of the Notes, on March 2, 2007, we filed a lawsuit in the Superior Court for the State of California for the County of Santa Clara against U.S. Bank Trust National Association, solely in its capacity as Trustee under the Indentures, seeking a judicial declaration that we are not in default under the three Indentures, based on our position as described above. The Trustee filed an answer to the complaint generally denying all allegations and also filed a notice of removal of the state case to the United States District Court for the Northern District of California. On October 12, 2007, the action was remanded back to state court in which it was commenced because the Trustee's notice of removal was not timely.

As expected, on March 16, 2007, we received three additional notices from the Trustee asserting that "Events of Default" under the Indentures had occurred and were continuing based on our failure to cure the alleged default within the 60 day cure period.

On April 24, 2007, we received three substantially identical purported notices of default from the Trustee for each of the Indentures, asserting that our failure to timely file the January 10-Q with the SEC and to provide a copy to the Trustee constituted a default under each of the Indentures. The notices each indicated that, if we did not cure the purported default within 60 days, an "Event of Default" would occur under the respective Indenture. We do not believe that we are in default under the terms of the Indentures for the reasons described above.

On June 21, 2007, we filed a second declaratory relief action against the Trustee in the Superior Court of California for the County of Santa Clara. The second action is essentially identical to the first action filed on March 2, 2007 except that it covers the notices asserting "Events of Default" received in April 2007 and any other notices of default that the Trustee may deliver in the future with respect to our delay in filing, and providing copies to the Trustee, of periodic reports with the SEC. The Trustee filed an answer to the complaint generally denying all allegations and filed a notice of removal to the United States District Court for the Northern District of California. We have filed a motion to remand to state court, which was heard and taken under submission on November 2, 2007.

On July 9, 2007, we received three substantially identical purported notices of default from the Trustee for each of the Indentures, asserting that our failure to timely file this Form 10 K report with the SEC and to provide a copy to the Trustee constituted a default under each of the Indentures. As before, the notices each indicated that, if we did not cure the purported default within 60 days, an "Event of Default" would occur under the respective Indenture. We do not believe that we are in default under the terms of the Indentures for the reasons described above.

To date, neither the Trustee nor the holders of at least 25% in aggregate principal amount of one or more series of the Notes have declared all unpaid principal, and any accrued interest, on the Notes to be due and payable, although the Trustee stated in its notices that it reserved the right to exercise all available remedies. As of October 31, 2007, there was $250.3 million in aggregate principal amount of Notes outstanding and an aggregate of approximately $558,000 in accrued interest.

USB FIN 002041

Patent Litigation

*DirecTV Litigation*

On April 4, 2005, we filed an action for patent infringement in the United States District Court for the Eastern District of Texas against the DirecTV Group, Inc., DirecTV Holdings, LLC, DirecTV Enterprises, LLC, DirecTV Operations, LLC, DirecTV, Inc., and Hughes Network Systems, Inc. (collectively, "DirecTV"). The lawsuit involves our U.S. Patent No. 5,404,505 (the "505 patent"), which relates to technology used in information transmission systems to provide access to a large database of information. On June 23, 2006, following a jury trial, the jury returned a verdict that our patent had been willfully infringed and awarded us damages of $78,920,250. In a post-trial hearing held on July 6, 2006, the Court determined that, due to DirecTV's willful infringement, those damages would be enhanced by an additional $25 million. Further, the Court awarded us pre-judgment interest on the jury's verdict in the amount of 6% compounded annually from April 4, 1999, amounting to approximately $13.4 million. Finally, the Court awarded us costs of $147,282 associated with the litigation. The Court declined to award us attorney's fees. The Court denied our motion for injunctive relief, but ordered DirecTV to pay us a compulsory ongoing license fee at the rate of $1.60 per set-top box activated by or on behalf of DirecTV for the period beginning June 16, 2006 through the duration of the patent, which expires in April 2012. The Court entered final judgment in our favor and against DirecTV on July 7, 2006. On September 1, 2006, the Court denied DirecTV's post-trial motions seeking to have the jury verdict set aside or reversed and requesting a new trial on a number of grounds. In another written post-trial motion, DirecTV asked the Court to allow DirecTV to place any amounts owed to us under the compulsory license into an escrow account pending the outcome of any appeal and for those amounts to be refundable in the event that DirecTV prevails on appeal. The Court granted DirecTV's motion, and payments under the compulsory license are being made into an escrow account pending the outcome of the appeal. As of October 12, 2007, DirecTV has deposited approximately $28 million into escrow. These escrowed funds represent DirecTV's compulsory royalty payments for the period from June 17, 2006 through September 30, 2007.

DirecTV has appealed to the United States Court of Appeals for the Federal Circuit. In its appeal, DirecTV raised issues related to claim construction, infringement, invalidity, willful infringement and enhanced damages. We cross-appealed, raising issues related to the denial of our motion for permanent injunction, the trial court's refusal to enhance future damages for willfulness and the trial court's determination that some of the asserted patent claims are invalid. The appeals have been consolidated. The parties were ordered to participate in the appellate court's mandatory mediation program, which occurred on February 13, 2007 without resolution. The parties have filed their respective briefs with the appellate court. A third party, New York Intellectual Property Law Association ("NYIPLA") filed an *amicus* brief urging the appellate court to vacate the portion of trial court's judgment denying our motion for a permanent injunction and ordering DirecTV to pay royalties pursuant to a compulsory license. Over DirecTV's objection, the appellate court accepted NYIPLA's *amicus* brief. On November 19, 2007, the Court of Appeals denied NYIPLA's motion to file a reply brief. Oral arguments have been set for January 7, 2008. Subsequent to the oral arguments, it is anticipated that a decision from the appellate court will be issued between March 2008 and November 2008.

*Comcast Litigation*

On July 7, 2006, Comcast Cable Communications Corporation, LLC ("Comcast") filed a complaint against us in the United States District Court, Northern District of California, San Francisco Division. Comcast seeks a declaratory judgment that our '505 patent is not infringed and is invalid. The '505 patent is the same patent alleged by us in our lawsuit against DirecTV. Our motion to dismiss the declaratory judgment action was denied on November 9, 2006. As a result, on November 22, 2006, we filed an answer and counterclaim alleging that Comcast infringes the '505 patent and seeking damages to be proven at trial. The court held a claim construction hearing and, on April 6, 2007, issued its claim construction ruling. Discovery is now underway. The parties have been ordered to a mediation and settlement conference on December 13, 2007. A jury trial has been scheduled for March 3, 2008.

*EchoStar Litigation*

On July 10, 2006, EchoStar Satellite LLC, EchoStar Technologies Corporation and NagraStar LLC (collectively, "EchoStar") filed an action against us in the United States District Court for the District of Delaware seeking

33

USB FIN 002042

a declaration that EchoStar does not infringe, and has not infringed, any valid claim of our '505 patent. The '505 patent is the same patent that is in dispute in the DirecTV and Comcast lawsuits. On October 24, 2006, we filed a motion to dismiss the action for lack of a justiciable controversy. The Court denied our motion on September 25, 2007. We filed our answer and counterclaim on October 10, 2007. No scheduling order has been entered in the case, and discovery has not yet begun.

### XM/Sirius Litigation

On April 27, 2007, we filed an action for patent infringement in the United States District Court for the Eastern District of Texas, Lufkin Division, against XM Satellite Radio Holdings, Inc., XM Satellite Radio, Inc., and XM Radio, Inc. (collectively, "XM"), and Sirius Satellite Radio, Inc. and Satellite CD Radio, Inc. (collectively, "Sirius"). Judge Clark, the same judge who presided over the DirecTV trial, has been assigned to the case. The lawsuit alleges that XM and Sirius have infringed and continue to infringe our '505 patent and seeks an injunction to prevent further infringement, actual damages to be proven at trial, enhanced damages for willful infringement and attorneys' fees. The defendants filed an answer denying infringement of the '505 patent and asserting invalidity and other defenses. The defendants also moved to stay the case pending the outcome of the Direct TV appeal and the re-examination of the '505 patent described below. The defendants' motion for a stay was denied. Discovery is now underway. The claim construction hearing has been set for February 6, 2008, and the trial has been set for September 15, 2008.

### Requests for Re-Examination of the '505 Patent

Three requests for re-examination of our '505 patent have been filed with the United States Patent and Trademark Office ("PTO"). The '505 patent is the patent that is in dispute in the DirecTV, EchoStar, Comcast and XM/Sirius lawsuits. On December 11, 2006, the PTO entered an order granting the first request and, on March 21, 2007, the PTO entered an order granting the second request. The third request, filed on August 1, 2007, was partially granted on September 28, 2007. We expect that the PTO will take steps to consolidate these requests into one request for re-examination. Alternately, the PTO may consolidate the first two requests and keep the third separate because it is directed to different claims than the first two requests. During the re-examination, some or all of the claims in the '505 patent could be invalidated or revised to narrow their scope, either of which could have a material adverse impact on our position in the DirecTV, EchoStar, Comcast, XM/Sirius lawsuits. Resolution of one or more re-examination requests of the '505 Patent is likely to take more than 15 months.

### Securities Class Action

A securities class action lawsuit was filed on November 30, 2001 in the United States District Court for the Southern District of New York, purportedly on behalf of all persons who purchased our common stock from November 17, 1999 through December 6, 2000. The complaint named as defendants Finisar, Jerry S. Rawls, our President and Chief Executive Officer, Frank H. Levinson, our former Chairman of the Board and Chief Technical Officer, Stephen K. Workman, our Senior Vice President and Chief Financial Officer, and an investment banking firm that served as an underwriter for our initial public offering in November 1999 and a secondary offering in April 2000. The complaint, as subsequently amended, alleges violations of Sections 11 and 15 of the Securities Act of 1933 and Sections 10(b) and 20(b) of the Securities Exchange Act of 1934, on the grounds that the prospectuses incorporated in the registration statements for the offerings failed to disclose, among other things, that (i) the underwriter had solicited and received excessive and undisclosed commissions from certain investors in exchange for which the underwriter allocated to those investors material portions of the shares of our stock sold in the offerings and (ii) the underwriter had entered into agreements with customers whereby the underwriter agreed to allocate shares of our stock sold in the offerings to those customers in exchange for which the customers agreed to purchase additional shares of our stock in the aftermarket at pre-determined prices. No specific damages are claimed. Similar allegations have been made in lawsuits relating to more than 300 other initial public offerings conducted in 1999 and 2000, which were consolidated for pretrial purposes. In October 2002, all claims against the individual defendants were dismissed without prejudice. On February 19, 2003, the Court denied defendants' motion to dismiss the complaint. In July 2004, we and the individual defendants accepted a settlement proposal made to all of the issuer defendants. Under the terms of the settlement, the plaintiffs would dismiss and release all

34

Table of Contents

claims against participating defendants in exchange for a contingent payment guaranty by the insurance companies collectively responsible for insuring the issuers in all related cases, and the assignment or surrender to the plaintiffs of certain claims the issuer defendants may have against the underwriters. Under the guaranty, the insurers would be required to pay the amount, if any, by which $1 billion exceeds the aggregate amount ultimately collected by the plaintiffs from the underwriter defendants in all the cases. If the plaintiffs fail to recover $1 billion and payment is required under the guaranty, we would be responsible to pay its pro rata portion of the shortfall, up to the amount of the self-insured retention under our insurance policy, which may be up to $2 million. The timing and amount of payments that we could be required to make under the proposed settlement would depend on several factors, principally the timing and amount of any payment that the insurers may be required to make pursuant to the $1 billion guaranty. The Court gave preliminary approval to the settlement in February 2005 and held a hearing in April 2006 to consider final approval of the settlement. Before the Court issued a final decision on the settlement, on December 5, 2006, the United States Court of Appeals for the Second Circuit vacated the class certification of plaintiffs' claims against the underwriters in six cases designated as focus or test cases. Thereafter, on December 14, 2006, the Court ordered a stay of all proceedings in all of the lawsuits pending the outcome of the plaintiffs' petition to the Second Circuit Court of Appeals for a rehearing en banc and resolution of the class certification issue. On April 6, 2007, the Second Circuit Court of Appeals denied the plaintiffs' petition for a rehearing, but clarified that the plaintiffs may seek to certify a more limited class. Subsequently, and consistent with these developments, the Court entered an order, at the request of the plaintiffs and issuers, to deny approval of the settlement, and the plaintiffs filed an amended complaint in an attempt to comply with the decision of the Second Circuit Court of Appeals. The plaintiffs and issuers have stated that they are prepared to discuss how the settlement might be amended or renegotiated to comply with the Second Circuit decision. If an amended or modified settlement is not reached, and thereafter approved by the Court, we intend to defend the lawsuit vigorously. Because of the inherent uncertainty of litigation, however, we cannot predict its outcome. If, as a result of this dispute, we are required to pay significant monetary damages, our business would be substantially harmed.

**Item 4.**  *Submission of Matters to a Vote of Security Holders*

There were no matters submitted to a vote of our security holders during the quarter ended April 30, 2007.

35

USB FIN 002044

# PART II

**Item 5.** *Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities*

Since our initial public offering on November 11, 1999, our common stock has traded on the Nasdaq National Market under the symbol "FNSR." The following table sets forth the range of high and low closing sales prices of our common stock for the periods indicated:

|  | High | Low |
|---|---|---|
| **Fiscal 2007 Quarter Ended:** | | |
| April 30, 2007 | $3.86 | $3.06 |
| January 28, 2007 | $4.02 | $3.01 |
| October 29, 2006 | $4.13 | $2.68 |
| July 30, 2006 | $5.32 | $2.61 |
| **Fiscal 2006 Quarter Ended:** | | |
| April 30, 2006 | $5.13 | $2.49 |
| January 29, 2006 | $2.72 | $1.49 |
| October 30, 2005 | $1.54 | $0.87 |
| July 31, 2005 | $1.30 | $1.01 |

The closing price of our common stock as reported on the Nasdaq National Market on June 30, 2007 was $3.78. The approximate number of stockholders of record on June 30, 2007 was 425. We estimate that there are approximately 45,000 beneficial owners of our common stock.

We have never declared or paid dividends on our common stock and currently do not intend to pay dividends in the foreseeable future so that we may reinvest our earnings in the development of our business. The payment of dividends in the future will be at the discretion of the Board of Directors.

**Item 6.** *Selected Financial Data*

The Audit Committee has completed its investigation, including review of all stock option grants made by us during the period commencing on November 11, 1999, the date of our initial public offering, through September 8, 2006 (the "Review Period"). Based on the Audit Committee's investigation, we confirmed that we had incorrectly accounted for stock options granted in 105 out of 151 granting actions, or 69.5% of such actions, during the Review Period, and that recognition of additional non-cash stock-based compensation expense was necessary with respect to certain grants. Based on the Audit Committee's investigation, with the concurrence of management, we determined that we should have recognized approximately $112.1 million of pre-tax stock-based compensation expense and $1.6 million of payroll related taxes for the fiscal years 2000 through 2006 that were not accounted for in our previously issued financial statements, and $387,000 for fiscal 2007. Upon the adoption of Statement of Financial Accounting Standards, or SFAS, 123R on May 1, 2006, we recorded an additional $1.2 million cumulative benefit from change in accounting principle, net of tax, reflecting the net cumulative impact of estimated forfeitures related to unvested stock options as of May 1, 2006 that were previously not included in the determination of historic stock-based compensation expense under Accounting Principles Board Opinion No. 25, *"Accounting for Stock Issued to Employees,"* ("APB 25"), in periods prior to May 1, 2006.

Therefore, we are restating our consolidated balance sheet as of April 30, 2006 and the related consolidated statements of operations, stockholders' equity, and cash flows for the fiscal years ended April 30, 2006 and April 30, 2005, as well as the "Selected Consolidated Financial Data" for the fiscal years ended April 30, 2006, April 30, 2005, April 30, 2004 and April 30, 2003 as set forth below. On a voluntary basis, we are also including restated consolidated statement of operations and consolidated balance sheet data for the fiscal years ended April 30, 2002, April 30 2001, and April 30, 2000. This restatement is more fully described in "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" and in Note 2, "Restatement of Consolidated Financial Statements," of Notes to the Consolidated Financial Statements. The restatement had no impact on our

36

USB FIN 002045

previously reported revenues for any fiscal period or on our previously reported cash position as of the end of any fiscal period.

The impact of the restatement is set forth in the table below:

| Fiscal Year Ended | Restatement Adjustments | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Gross Stock-Based Compensation Charge | Stock-Based Compensation Capitalized to Inventory | Net Stock-Based Compensation Charge | Payroll Tax Charge | Total Pre-Tax Charges | Income Tax (Benefit) Provision | After-Tax Non-Cash Charge |
| | (In thousands) | | | | | | |
| April 30, 2000 | $ 5,416 | $ (124) | $ 5,292 | $ 0 | $ 5,292 | $ (2,112) | $ 3,180 |
| April 30, 2001 | 27,160 | (563) | 26,597 | 175 | 26,772 | (10,906) | 15,866 |
| April 30, 2002 | 31,780 | (568) | 31,212 | 22 | 31,234 | 13,018 | 44,252 |
| April 30, 2003 | 24,482 | 835 | 25,317 | 3 | 25,320 | — | 25,320 |
| April 30, 2004 | 13,087 | 72 | 13,159 | (14) | 13,145 | — | 13,145 |
| Cumulative Effect at April 30, 2004 | 101,925 | (348) | 101,577 | 186 | 101,763 | — | 101,763 |
| April 30, 2005 | 3,440 | 236 | 3,676 | (55) | 3,621 | — | 3,621 |
| April 30, 2006 | 7,303 | (484) | 6,819 | 1,425 | 8,244 | (134) | 8,110 |
| Total | $ 112,668 | $ (596) | $ 112,072 | $1,556 | $113,628 | $ (134) | $113,494 |

The following table sets forth selected financial data for each of the fiscal years ended April 30, 2006, 2005, 2004 and 2003 as restated. These tables should be reviewed in conjunction with the Consolidated Financial Statements in "Item 8. Financial Statements and Supplementary Data" as well as "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations."

| | Fiscal Years Ended April 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2007 | 2006 | 2005 | 2004 | 2003 (a) |
| | | As Restated | As Restated | As Restated | As Restated |
| | | (In thousands, except per share data) | | | |
| **Statement of Operations Data:** | | | | | |
| Revenues | | | | | |
| Optical subsystems and components | $381,263 | $325,956 | $241,582 | $160,025 | $136,846 |
| Network test and monitoring systems | 37,285 | 38,337 | 39,241 | 25,593 | 29,636 |
| Total revenues | 418,548 | 364,293 | 280,823 | 185,618 | 166,482 |
| Cost of revenues | 270,272 | 250,186 | 206,836 | 147,102 | 135,183 |
| Amortization of acquired developed technology | 6,002 | 17,671 | 22,268 | 19,239 | 21,983 |
| Impairment of acquired developed technology | — | 853 | 3,656 | — | — |
| Gross profit (loss) | 142,274 | 95,583 | 48,063 | 19,277 | 9,316 |
| Operating expenses: | | | | | |
| Research and development | 64,559 | 54,412 | 64,232 | 70,101 | 71,514 |
| Sales and marketing | 36,122 | 33,144 | 30,456 | 21,193 | 27,879 |
| General and administrative | 35,641 | 30,864 | 23,684 | 17,328 | 16,973 |
| Amortization of (benefit from) deferred stock compensation | — | — | 162 | (105) | (1,719) |
| Acquired in-process research and development | 5,770 | — | 1,558 | 6,180 | — |
| Amortization of purchased intangibles | 1,814 | 1,747 | 1,104 | 572 | 758 |
| Impairment of tangible assets | — | — | 18,798 | — | — |

USB FIN 002046

Table of Contents

| | 2007 | 2006 As Restated | 2005 As Restated | 2004 As Restated | 2003 (a) As Restated |
|---|---|---|---|---|---|
| | | | Fiscal Years Ended April 30, | | |
| | | (In thousands, except per share data) | | | |
| Impairment of goodwill and intangible assets | — | — | — | — | 10,586 |
| Restructuring costs | — | 3,064 | 287 | 382 | 9,378 |
| Other acquisition costs | — | — | — | 222 | 198 |
| Total operating expenses | 143,906 | 123,231 | 140,281 | 115,873 | 135,567 |
| Loss from operations | (1,632) | (27,648) | (92,218) | (96,596) | (126,251) |
| Interest income | 6,204 | 3,482 | 2,396 | 3,171 | 4,689 |
| Interest expense | (16,044) | (15,842) | (14,468) | (28,872) | (11,388) |
| Loss on convertible debt exchange | (31,606) | — | — | — | — |
| Other income (expense), net | (724) | 9,346 | (12,582) | (4,347) | (51,314) |
| Loss before income taxes and cumulative effect of change in accounting principle | (43,802) | (30,662) | (116,872) | (126,644) | (184,264) |
| Provision for income taxes | 2,810 | 2,367 | 856 | 334 | 229 |
| Loss before cumulative effect of change in accounting principle | (46,612) | (33,029) | (117,728) | (126,978) | (184,493) |
| Cumulative effect of change in accounting principle to adopt SFAS 123R, net of tax | 1,213 | — | — | — | — |
| Cumulative effect of an accounting change to adopt SFAS 142, net of tax | — | — | — | — | (460,580) |
| Net loss | $ (45,399) | $ (33,029) | $(117,728) | $(126,978) | $(645,073) |
| Net loss per share — basic and diluted: | | | | | |
| Before cumulative effect of an accounting change | $ (0.15) | $ (0.11) | $ (0.51) | $ (0.59) | $ (0.94) |
| Cumulative effect of an accounting change to adopt SFAS 123R | $ 0.00 | $ — | $ — | $ — | $ — |
| Cumulative effect of an accounting change to adopt SFAS 142 | $ — | $ — | $ — | $ — | $ (2.35) |
| Net loss per share — basic and diluted: | $ (0.15) | $ (0.11) | $ (0.51) | $ (0.59) | $ (3.30) |
| Shares used in computing net loss per share — basic and diluted | 307,804 | 290,518 | 232,210 | 216,117 | 195,666 |

(a)   Net loss in fiscal 2003 reflects our adoption of Statements of Financial Accounting Standards Nos. 141 and 142 on May 1, 2002. As a result of our adoption of these statements, reported net loss decreased by approximately $127.8 million, or $0.65 per share, due to the cessation of the amortization of goodwill and the amortization of acquired workforce and customer base.

USB FIN 002047

Table of Contents

| | As of April 30, | | | | |
|---|---|---|---|---|---|
| | **2007** | **2006** | **2005** | **2004** | **2003** |
| | | As Restated | As Restated | As Restated | As Restated |
| | | | (In thousands) | | |
| **Balance Sheet Data:** | | | | | |
| Cash, cash equivalents and investments | $132,472 | $118,786 | $102,362 | $143,398 | $119,438 |
| Working capital | 118,383 | 157,712 | 91,464 | 173,054 | 150,187 |
| Total assets | 546,672 | 506,470 | 486,700 | 495,053 | 424,026 |
| Long-term liabilities | 220,198 | 263,447 | 265,274 | 233,732 | 101,531 |
| Total stockholders' equity | 185,671 | 176,129 | 144,271 | 203,007 | 275,200 |

| | Fiscal Years Ended April 30, | | | | | |
|---|---|---|---|---|---|---|
| | **2006** | | | **2005** | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | | | (In thousands, except per share data) | | | |
| **Statement of Operations Data:** | | | | | | |
| Revenues | | | | | | |
| Optical subsystems and components | $325,956 | $ — | $325,956 | $241,582 | $ — | $241,582 |
| Network test and monitoring systems | 38,337 | — | 38,337 | 39,241 | — | 39,241 |
| Total revenues | 364,293 | — | 364,293 | 280,823 | — | 280,823 |
| Cost of revenues | 247,126 | 3,060 | 250,186 | 205,631 | 1,205 | 206,836 |
| Amortization of acquired developed technology | 17,671 | — | 17,671 | 22,268 | — | 22,268 |
| Impairment of acquired developed technology | 853 | — | 853 | 3,656 | — | 3,656 |
| Gross profit (loss) | 98,643 | (3,060) | 95,583 | 49,268 | (1,205) | 48,063 |
| Operating expenses: | | | | | | |
| Research and development | 51,903 | 2,509 | 54,412 | 62,799 | 1,433 | 64,232 |
| Sales and marketing | 31,925 | 1,219 | 33,144 | 29,783 | 673 | 30,456 |
| General and administrative | 29,408 | 1,456 | 30,864 | 23,374 | 310 | 23,684 |
| Amortization of (benefit from) deferred stock compensation | — | — | — | 162 | — | 162 |
| Acquired in-process research and development | — | — | — | 1,558 | — | 1,558 |
| Amortization of purchased intangibles | 1,747 | — | 1,747 | 1,104 | — | 1,104 |
| Impairment of tangible assets | — | — | — | 18,798 | — | 18,798 |
| Impairment of goodwill and intangible assets | — | — | — | — | — | — |
| Restructuring costs | 3,064 | — | 3,064 | 287 | — | 287 |
| Total operating expenses | 118,047 | 5,184 | 123,231 | 137,865 | 2,416 | 140,281 |
| Loss from operations | (19,404) | (8,244) | (27,648) | (88,597) | (3,621) | (92,218) |
| Interest income | 3,482 | — | 3,482 | 2,396 | — | 2,396 |
| Interest expense | (15,842) | — | (15,842) | (14,468) | — | (14,468) |

39

USB FIN 002048

Table of Contents

| | Fiscal Years Ended April 30, | | | | | |
| | 2006 | | | 2005 | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | (In thousands, except per share data) | | | | | |
|---|---|---|---|---|---|---|
| Other income (expense), net | 9,346 | — | 9,346 | (12,582) | — | (12,582) |
| Loss before income taxes | (22,418) | (8,244) | (30,662) | (113,251) | (3,621) | (116,872) |
| Provision for income taxes | 2,501 | (134) | 2,367 | 856 | | 856 |
| Net loss | $(24,919) | $ (8,110) | $(33,029) | $(114,107) | $ (3,621) | $(117,728) |
| Net loss per share — basic and diluted: | (0.09) | (0.03) | (0.11) | (0.49) | (0.02) | (0.51) |
| Shares used in computing net loss per share — basic and diluted | 290,518 | 290,518 | 290,518 | 232,210 | 232,210 | 232,210 |

| | As of | | | | | |
| | April 30, 2006 | | | April 30, 2005 | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | (In thousands) | | | | | |
|---|---|---|---|---|---|---|
| **Balance Sheet Data:** | | | | | | |
| Cash, cash equivalents and investments | 118,786 | — | 118,786 | 102,362 | — | 102,362 |
| Working capital | 158,672 | (960) | 157,712 | 91,799 | (19) | 91,780 |
| Total assets | 505,874 | 596 | 506,470 | 486,588 | 112 | 486,700 |
| Long-term liabilities | 263,581 | (134) | 263,447 | 265,274 | — | 265,274 |
| Total stockholders' equity | 176,955 | (826) | 176,129 | 144,290 | (19) | 144,271 |

| | Fiscal Years Ended April 30, | | | | | |
| | 2004 | | | 2003 | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | (In thousands, except per share data) | | | | | |
|---|---|---|---|---|---|---|
| **Statement of Operations Data:** | | | | | | |
| Revenues | | | | | | |
| Optical subsystems and components | $160,025 | $ — | $160,025 | $136,846 | $ — | $136,846 |
| Network test and monitoring systems | 25,593 | — | 25,593 | 29,636 | — | 29,636 |
| Total revenues | 185,618 | — | 185,618 | 166,482 | — | 166,482 |
| Cost of revenues | 143,585 | 3,517 | 147,102 | 130,501 | 4,682 | 135,183 |
| Amortization of acquired developed technology | 19,239 | — | 19,239 | 21,983 | — | 21,983 |
| Gross profit (loss) | 22,794 | (3,517) | 19,277 | 13,998 | (4,682) | 9,316 |
| Operating expenses: | | | | | | |
| Research and development | 62,193 | 7,908 | 70,101 | 60,295 | 11,219 | 71,514 |
| Sales and marketing | 20,063 | 1,130 | 21,193 | 20,232 | 7,647 | 27,879 |
| General and administrative | 16,738 | 590 | 17,328 | 15,201 | 1,772 | 16,973 |
| Amortization of (benefit from) deferred stock compensation | (105) | | (105) | (1,719) | — | (1,719) |

40

USB FIN 002049

Table of Contents

| | Fiscal Years Ended April 30, | | | | | |
| | 2004 | | | 2003 | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | (In thousands, except per share data) | | | | | |
|---|---|---|---|---|---|---|
| Acquired in-process research and development | 6,180 | | 6,180 | — | — | 0 |
| Amortization of other purchased intangibles | 572 | | 572 | 758 | — | 758 |
| Impairment of goodwill and intangible assets | — | | — | 10,586 | — | 10,586 |
| Restructuring costs | 382 | | 382 | 9,378 | — | 9,378 |
| Other acquisition costs | 222 | | 222 | 198 | — | 198 |
| Total operating expenses | 106,245 | 9,628 | 115,873 | 114,929 | 20,638 | 135,567 |
| Loss from operations | (83,451) | (13,145) | (96,596) | (100,931) | (25,320) | (126,251) |
| Interest income | 3,171 | — | 3,171 | 4,689 | — | 4,689 |
| Interest expense | (28,872) | — | (28,872) | (11,388) | — | (11,388) |
| Other income (expense), net | (4,347) | — | (4,347) | (51,314) | — | (51,314) |
| Loss before income taxes and cumulative effect of change in accounting principle | (113,499) | (13,145) | (126,644) | (158,944) | (25,320) | (184,264) |
| Provision for income taxes | 334 | — | 334 | 229 | — | 229 |
| Loss before cumulative effect of change in accounting principle | (113,833) | (13,145) | (126,978) | (159,173) | (25,320) | (184,493) |
| Cumulative effect of an accounting change to adopt SFAS 142, net of tax | — | — | — | (460,580) | — | (460,580) |
| Net loss | $(113,833) | $(13,145) | $(126,978) | $(619,753) | $(25,320) | $(645,073) |
| Net loss per share — basic and diluted: | | | | | | |
| Before cumulative effect of an accounting change | $ (0.53) | $ (0.06) | $ (0.59) | $ (0.82) | $ (0.13) | $ (0.94) |
| Cumulative effect of an accounting change to adopt SFAS 142 | $ — | $ — | $ — | $ (2.35) | $ — | $ (2.35) |
| Net loss | $ (0.53) | $ (0.06) | $ (0.59) | $ (3.17) | $ (0.13) | $ (3.30) |
| Shares used in computing net loss per share — basic and diluted | 216,117 | 216,117 | 216,117 | 195,666 | 195,666 | 195,666 |

| | As of | | | | | |
| | April 30, 2004 | | | April 30, 2003 | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | (In thousands) | | | | | |
|---|---|---|---|---|---|---|
| Balance Sheet Data: | | | | | | |
| Cash, cash equivalents and investments | 143,398 | — | 143,398 | 119,438 | — | 119,438 |
| Working capital | 172,892 | 162 | 173,054 | 149,967 | 220 | 150,187 |
| Total assets | 494,705 | 348 | 495,053 | 423,606 | 420 | 424,026 |
| Long-term liabilities | 233,732 | — | 233,732 | 101,531 | — | 101,531 |
| Total stockholders' equity | 202,845 | 162 | 203,007 | 274,980 | 220 | 275,200 |

USB FIN 002050

Table of Contents

|  | Fiscal Years Ended April 30, | | | | | |
|  | 2002 | | | 2001 | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | (In thousands, except per share data) | | | | | |
| **Statement of Operations Data:** | | | | | | |
| Revenues | | | | | | |
|    Optical subsystems and components | $ 112,333 | $  — | $ 112,333 | $ 158,333 | $  — | $ 158,333 |
|    Network test and monitoring systems | 34,932 | — | 34,932 | 30,467 | — | 30,467 |
|       Total revenues | 147,265 | — | 147,265 | 188,800 | — | 188,800 |
| Cost of revenues | 136,626 | 6,831 | 143,457 | 131,551 | 4,186 | 135,737 |
| Amortization of acquired developed technology | 27,119 | — | 27,119 | 10,900 | — | 10,900 |
| Gross profit (loss) | (16,480) | (6,831) | (23,311) | 46,349 | (4,186) | 42,163 |
| Operating expenses: | | | | | | |
|    Research and development | 54,372 | 13,972 | 68,344 | 33,696 | 11,023 | 44,719 |
|    Sales and marketing | 21,448 | 7,377 | 28,825 | 16,673 | 9,661 | 26334 |
|    General and administrative | 19,419 | 3,054 | 22,473 | 10,160 | 1,902 | 12062 |
|    Amortization of (benefit from) deferred stock compensation | 11,963 | — | 11,963 | 13,542 | — | 13542 |
|    Acquired in-process research and development | 2,696 | — | 2,696 | 35,218 | — | 35218 |
|    Amortization of goodwill and other purchased intangibles | 129,099 | — | 129,099 | 53,122 | — | 53122 |
|    Other acquisition costs | 3,119 | — | 3,119 | 1,130 | — | 1130 |
|       Total operating expenses | 242,116 | 24,403 | 266,519 | 163,541 | 22,586 | 186,127 |
| Loss from operations | (258,596) | (31,234) | (289,830) | (117,192) | (26,772) | (143,964) |
| Interest income | 6,127 | — | 6,127 | 14,233 | — | 14,233 |
| Interest expense | (6,195) | — | (6,195) | (16) | — | (16) |
| Other income (expense), net | 1,360 | — | 1,360 | 18,546 | — | 18,546 |
| Loss before income tax benefit | (257,304) | (31,234) | (288,538) | (84,429) | (26,772) | (111,201) |
| Benefit for income taxes | (38,566) | 13,018 | (25,548) | 1,020 | (10,906) | (9,886) |
| Net loss | $(218,738) | $ (44,252) | $(262,990) | $ (85,449) | $ (15,866) | $(101,315) |
| Net loss per share — basic and diluted: | $  (1.21) | $  (0.24) | $  (1.45) | $  (0.53) | $  (0.10) | $  (0.63) |
| Shares used in computing net loss per share - | | | | | | |
|    Basic and diluted | 181,136 | 181,136 | 181,136 | 160,014 | 160,014 | 160,014 |

USB FIN 002051

Table of Contents

| | As of | | | | | |
|---|---|---|---|---|---|---|
| | April 30, 2002 | | | April 30, 2001 | | |
| | As Previously Reported | Adjustment | As Restated | As Previously Reported | Adjustment | As Restated |
| | (In thousands) | | | | | |
| **Balance Sheet Data:** | | | | | | |
| Cash, cash equivalents and investments | 144,097 | — | 144,097 | 146,111 | — | 146,111 |
| Working capital | 222,603 | 1,058 | 223,661 | 249,000 | 13,530 | 262,530 |
| Total assets | 1,041,281 | 1,255 | 1,042,536 | 1,029,995 | 13,705 | 1,043,700 |
| Long-term liabilities | 106,869 | — | 106,869 | 45,354 | — | 45,354 |
| Total stockholders' equity | 879,002 | 1,058 | 880,060 | 941,851 | 13,530 | 955,381 |

| | Fiscal Year Ended April 30, 2000 | | |
|---|---|---|---|
| | As Previously Reported | Adjustment | As Restated |
| | (In thousands, except per share data) | | |
| **Statement of Operations Data:** | | | |
| Revenues | | | |
| Optical subsystems and components | $ 46,774 | $ — | $ 46,774 |
| Network test and monitoring systems | 20,373 | — | 20,373 |
| Total revenues | 67,147 | — | 67,147 |
| Cost of revenues | 34,190 | 439 | 34,629 |
| Gross profit (loss) | 32,957 | (439) | 32,518 |
| Operating expenses: | | | |
| Research and development | 13,806 | 840 | 14,646 |
| Sales and marketing | 7,122 | 4,012 | 11,134 |
| General and administrative | 3,516 | 1 | 3,517 |
| Amortization of (benefit from) deferred stock compensation | 5,530 | | 5,530 |
| Total operating expenses | 29,974 | 4,853 | 34,827 |
| Income from operations | 2,983 | (5,292) | (2,309) |
| Interest income | 3,704 | | 3,704 |
| Interest expense | (452) | | (452) |
| Other income (expense), net | (99) | | (99) |
| Income before income taxes | 6,136 | (5,292) | 844 |
| Provision for income taxes | 3,255 | (2,112) | 1,143 |
| Net income (loss) | $ 2,881 | $ (3,180) | $ (299) |
| Net income per share: | | | |
| Basic | $ 0.03 | $ (0.03) | $ (0.00) |
| Diluted | $ 0.02 | $ (0.03) | $ (0.00) |
| Shares used in computing net income per share: | | | |
| Basic | 113,930 | 113,930 | 113,930 |
| Diluted | 144,102 | 113,930 | 113,930 |

43

USB FIN 002052

| | As of April 30, 2002 | | |
| | As Previously Reported | Adjustment (In thousands) | As Restated |
|---|---|---|---|
| **Balance Sheet Data:** | | | |
| Cash, cash equivalents and investments | 320,735 | — | 320,735 |
| Working capital | 342,711 | 2,236 | 344,947 |
| Total assets | 364,920 | 2,236 | 367,156 |
| Long-term liabilities | 524 | — | 524 |
| Total stockholders' equity | 352,422 | 2,236 | 354,658 |

### Item 7.  *Management's Discussion and Analysis of Financial Condition and Results of Operations*

Management's discussion and analysis of financial condition and results of operations, or MD&A, is provided as a supplement to the accompanying consolidated financial statements and footnotes to help provide an understanding of our financial condition, changes in our financial condition and results of operations. The MD&A is organized as follows:

- *Forward-looking statements.*  This section discusses how forward-looking statements made by us in the MD&A and elsewhere in this report are based on management's present expectations about future events and are inherently susceptible to uncertainty and changes in circumstances.

- *Restatement of Previously Issued Financial Statements.*  This section provides information regarding the Audit Committee's review of our historical stock option granting practices and accounting, and the resulting restatement of our previously issued financial statements.

- *Business Overview.*  This section provides an introductory overview and context for the discussion and analysis that follows in MD&A.

- *Critical Accounting Policies and Estimates.*  This section discusses those accounting policies that are both considered important to our financial condition and operating results and require significant judgment and estimates on the part of management in their application.

- *Results of Operations.*  This section provides analysis of the Company's results of operations for the three fiscal years ended April 30, 2007. A brief description is provided of transactions and events that impact comparability of the results being analyzed.

- *Financial Condition and Liquidity.*  This section provides an analysis of our cash position and cash flows, as well as a discussion of our financing arrangements and financial commitments.

### Forward Looking Statements

The following discussion contains forward-looking statements that involve risks and uncertainties. Our actual results could differ substantially from those anticipated in these forward-looking statements as a result of many factors, including those set forth under "Item 1A. Risk Factors." The following discussion should be read together with our consolidated financial statements and related notes thereto included elsewhere in this document.

### Restatement of Previously Issued Financial Statements

In this Annual Report on Form 10-K, we are restating our consolidated balance sheet as of April 30, 2006 and the related consolidated statements of operations, stockholders' equity, and cash flows for the fiscal years ended April 30, 2006 and 2005, as a result of our review of information developed through an independent investigation of our historical stock option grants conducted by our Audit Committee. This restatement is more fully described in Note 2, "Restatement of Consolidated Financial Statements," to the Consolidated Financial Statements. In addition, we are restating the unaudited quarterly financial information and financial statements for the interim periods of the

44