D. ANTHONY RODRIGUEZ (CA SBN 162587)
EVI K. SCHUELLER (CA SBN 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522
Email:  DRodriguez@mofo.com
Email:  ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
(*Pro hac applications granted*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota  55402-3901
Telephone:  612.766.7000
Facsimile:  612.766.1600
Email:  mfisco@faegre.com
Email:  awilkinson@faegre.com

Attorneys for Defendant U.S. Bank Trust National Association, in its capacity as Indenture Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.   C 07-4052 JF (PVT)<br><br>**APPENDIX OF AUTHORITIES IN SUPPORT OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION FOR SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Location: |

Below is an appendix and compilation of authorities relied upon in Memorandum of Law In Support of Motion of U.S. Bank Trust National Association for Summary Judgment, submitted herewith.

**Tab**

Chart of Indenture Provisions ................................................................................................ A

*U.S. Bank National Association v. MOA Hospitality* Decision and Order ................................. B

Dated: April 24, 2008

D. ANTHONY RODRIGUEZ
EVI K. SCHUELLER
MORRISON & FOERSTER LLP

By: _____// s //_____
D. Anthony Rodriguez

Attorneys for Defendant