1  Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
   L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
2  WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
   1000 Eagle Gate Tower
3  60 East South Temple
   Salt Lake City, Utah 84111
4  Telephone:  (801) 533-9800
   Facsimile:   (801) 328-1707
5
   Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
6  BERGESON, LLP
   303 Almaden Boulevard
7  Suite 500
   San Jose, California 95110-2712
8  Telephone:   (408) 291-6200
   Facsimile:    (408) 297-6000
9
   Attorneys for Plaintiff FINISAR CORPORATION
10

11             UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                 SAN JOSE DIVISION

14

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation, | Case No. 5:07-CV-04052-JF (PVT) |
| Plaintiff, | **PLAINTIFF FINISAR CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO (1) DISMISS, (2) STRIKE, AND (3) ADJUDICATE U.S. BANK TRUST NATIONAL ASSOCIATION'S COUNTERCLAIMS** |
| v. | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive, | |
| Defendants. | Date:        **Friday, July 11, 2008**<br>Time:        **9:00 a.m.**<br>Courtroom: **3** |
| | District Judge:      Hon. Jeremy Fogel<br>Magistrate Judge:   Hon. Patricia V. Trumbull |
| AND RELATED COUNTERCLAIMS. | Complaint Filed:   June 22, 2007<br>Trial Date Set:     None Yet |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1         Plaintiff Finisar Corporation ("Finisar") respectfully request that the Court take judicial

2    notice, in connection with "Plaintiff Finisar Corporation's Motion to (1) Dismiss, (2) Strike, and

3    (3) Adjudicate U.S. Bank Trust National Association's Counterclaims," of the following:

4         1.    The "Complaint for Declaratory Relief" filed on March 2, 2007 in Case No.

5    1:07CV081092 in the Superior Court of the State of California for the County of Santa Clara,

6    truly and correctly reproduced as Exhibit "A" hereto;

7         2.    The "Answer to Complaint for Declaratory Relief" filed on April 13, 2007 in Case

8    No. 1:07CV081092 in the Superior Court of the State of California for the County of Santa Clara,

9    truly and correctly reproduced as Exhibit "B" hereto; and

10         3.    The "Answer to Complaint for Declaratory Relief" filed on August 6, 2007 in

11    Case No. 1:07CV088503 in the Superior Court of the State of California for the County of Santa

12    Clara, truly and correctly reproduced as Exhibit "C" hereto.

13    DATED: May 8, 2008          Respectfully submitted,

14                           Sterling A. Brennan
                       L. Rex Sears

15                           WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

16                           Caroline McIntyre
                       BERGESON, LLP

17

18                           By_____/s/ L. Rex Sears_____

19                                    L. Rex Sears
                       Attorneys for Plaintiff FINISAR CORPORATION

20

21

22

23

24

25

26

27

28

1.

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the following:

4   D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com;

5   Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T.

6   Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

7

**WORKMAN NYDEGGER**

8

9
/s/ L. Rex Sears

10
L. REX SEARS
**WORKMAN NYDEGGER**

11
1000 Eagle Gate Tower
60 East South Temple

12
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.

**FINISAR'S  REQUEST FOR JUDICIAL NOTICE**                                    CASE NO.: 5:07-CV-04052-JF-PVT