# Exhibit C

D. ANTHONY RODRIGUEZ (CA SBN 162587)
EVI K. SCHUELLER (CA SBN 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: DRodriguez@mofo.com
Email: ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
(*Pro hac applications pending*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402-3901
Telephone: 612.766.7000
Facsimile: 612.766.1600
Email: mfisco@faegre.com
Email: awilkinson@faegre.com

Attorneys for Defendant U.S. Bank
Trust National Association,
in its capacity as Indenture Trustee

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| FINISAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION,<br><br>Defendants. | Case No.   107CV088503<br><br>UNLIMITED JURISDICTION<br><br>**ANSWER TO COMPLAINT FOR DECLARATORY RELIEF** |

ANSWER TO COMPLAINT FOR DECLARATORY RELIEF

sf-2368254

U.S. Bank Trust National Association, in its capacity as indenture trustee ("Trustee") for holders of the (a) 5¼% Convertible Subordinated Notes due 2008 under that certain Indenture dated as of October 15, 2001, (b) 2½% Convertible Subordinated Notes due 2010 under that certain Indenture dated as of October 15, 2003, and (c) 2½% Convertible Senior Subordinated Notes due 2010 under that certain Indenture dated as of October 12, 2006, hereby states and alleges in response to the Complaint of Finisar Corporation ("Plaintiff"), filed on June 22, 2007, as follows:[1]

## GENERAL DENIAL

Pursuant to Section 431.30(d) of the California Code of Civil Procedure, the Trustee denies each and every allegation of the unverified Complaint, and the whole thereof, and denies that Plaintiff is entitled to any recovery or relief sought or alleged by reason of any act, omission, or conduct on the part of the Trustee.

## AFFIRMATIVE DEFENSES

Without admitting or acknowledging that the Trustee bears any burden of proof as to any of them, the Trustee asserts the affirmative defenses provided for below. The Trustee hereby reserves all rights to interpose additional affirmative defenses which may be ascertained during the course of discovery in this action.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

1. The complaint fails to state a claim against the trustee for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Estoppel and/or Waiver)

2. The allegations of the Complaint are barred by estoppel and/or waiver.

---

[1] All capitalized terms used herein and not otherwise defined shall have the meanings given to such terms in the Complaint.

### THIRD AFFIRMATIVE DEFENSE

#### (Unclean Hands)

3. The allegations of the Complaint are barred by unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

#### (Breach of Contract)

4. Plaintiff is in breach of contract.

### FIFTH AFFIRMATIVE DEFENSE

#### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

5. Plaintiff is in breach of the Indentures' implied covenant of good faith and fair dealing.

### SIXTH AFFIRMATIVE DEFENSE

#### (Another Action Pending Between the Same Parties on the Same Cause of Action)

6. There is another action pending between the same parties on the same cause of action.

### **PRAYER FOR RELIEF**

WHEREFORE, the Trustee respectfully requests that judgment be entered against Plaintiff and for itself as follows:

(A) Dismissing the Complaint with prejudice and on the merits;

(B) Awarding the Trustee the costs and expenses incurred in this action, including but not limited to reasonable attorneys' fees; and

///
///
///
///
///
///
///
///

(C) Awarding such other and further relief as the Court deems fair and equitable.

Dated: August 6, 2007

**MORRISON & FOERSTER LLP**

PAUL T. FRIEDMAN
D. ANTHONY RODRIGUEZ
EVA K. SCHUELLER

**FAEGRE & BENSON LLP**

MICHAEL B. FISCO
ABBY E. WILKINSON

By _____
D. Anthony Rodriguez

Attorneys for Defendant,
U.S. BANK TRUST NATIONAL
ASSOCIATION, in its capacity
as Indenture Trustee

---

3
ANSWER TO COMPLAINT FOR DECLARATORY RELIEF

**PROOF OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 6, 2007, I served a copy of:

**ANSWER TO COMPLAINT FOR DECLARATORY RELIEF**

☒ **BY OVERNIGHT DELIVERY [Code Civ. Proc sec. 1013(d)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| Caroline McIntyre<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, California 95110-2712 | Attorney for Plaintiff<br>Finisar Corporation |
| Sterling A. Brennan<br>L. Rex Sears<br>WORKMAN \| NYDEGGER<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, Utah 84111 | Attorney for Plaintiff<br>Finisar Corporation |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this _____ day of _____, 2007.

_____Mary E. Land_____      _____
(typed)                                            (signature)

sf-2368239