D. ANTHONY RODRIGUEZ (CA SBN 162587)
EVI K. SCHUELLER (CA SBN 237886)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522
Email: DRodriguez@mofo.com
Email: ESchueller@mofo.com

MICHAEL B. FISCO (MN No. 175341)
ABBY E. WILKINSON (MN No. 0313981)
(*Pro hac applications granted*)
FAEGRE & BENSON LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota  55402-3901
Telephone:  612.766.7000
Facsimile:  612.766.1600
Email: mfisco@faegre.com
Email: awilkinson@faegre.com

Attorneys for Defendant U.S. Bank Trust National Association,
in its capacity as Indenture Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br> v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.   C 07-4052 JF (PVT)<br><br>**DECLARATION OF EDWARD T. WAHL IN SUPPORT OF U.S. BANK TRUST NATIONAL ASSOCIATION'S RESPONSE TO PLAINTIFF FINISAR CORPORATION'S MOTION: (1) TO COMPEL PRODUCTION OF DOCUMENTS; (2) TO COMPEL DEPOSITION TESTIMONY; (3) FOR ADDITIONAL TIME TO COMPLETE DEPOSITION; AND (4) FOR MONETARY DISCOVERY SANCTIONS**<br><br>Date:  June 17, 2008<br>Time:  10:00 a.m.<br>Location: Courtroom 5, 4th Floor<br>Magistrate Patricia V. Trumbull |

WAHL DECL ISO US BANK'S RESP TO FINISAR'S MTC: DOC PROD AND DEPO TESTIMONY; ADD DEPO TIME & MONETARY SANCTIONS
CASE NO. C 07-04-52 JF (PVT)
sf-2522035

1  I, Edward T. Wahl, declare:

2  1. I am an attorney with Faegre & Benson LLP ("Faegre & Benson"), and I am duly authorized to submit this affidavit on behalf of Faegre & Benson, as counsel to U.S. Bank Trust National Association, in its capacity as indenture trustee ("U.S. Bank"), in this matter. I submit this Declaration in connection with U.S. Bank's response ("Response") to Finisar Corporation's motion to: (1) compel production of documents; (2) compel deposition testimony; and (3) grant additional time to complete deposition, and its separate motion for monetary discovery sanctions.

3  2. Attached as <u>Exhibit 1</u> is a true and correct copy of the Indenture, dated as of October 15, 2001, between Finisar Corporation and U.S. Bank Trust National Association, relating to the issuance of the 5 ¼% Convertible Subordinated Notes due 2008. The Indenture language cited in the Response is identical in all material respects among the three indentures referenced in the Response.

4  3. Attached as <u>Exhibit 2</u> is a true and correct copy of excepts from the transcript of the 30(b)(6) deposition of Diana L. Jacobs on March 26, 2008, which has been redacted to remove information designated confidential in the Stipulated Protective Order.

5  4. Attached as <u>Exhibit 3</u> is a true and correct copy of my letter, as counsel to U.S. Bank, to L. Rex Sears, as counsel to Finisar Corporation, dated May 20, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of May, 2008, at Minneapolis, Minnesota.

By: _____// s //_____
         Edward T. Wahl

I, D. Anthony Rodriguez, am the ECF User whose ID and password are being used to file this ADR Certification. In compliance with General Order 45, X.B., I hereby attest that Diana Jacobs and Michael B. Fisco have concurred in this filing.

By: _____/s/ D. Anthony Rodriguez_____
         D. Anthony Rodriguez

WAHL DECL ISO US BANK'S RESP TO FINISAR'S MTC: DOC PROD AND DEPO TESTIMONY; ADD DEPO TIME & MONETARY SANCTIONS
CASE NO. C 07-04-52 JF (PVT)
sf-2522035

1