Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>                Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-CV-04052-JF (PVT)<br><br>**DECLARATION OF STEPHEN K. WORKMAN IN SUPPORT OF PLAINTIFF FINISAR CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        **Friday, July 11, 2008**<br>Time:       **9:00 a.m.**<br>Courtroom:  **3**<br><br>District Judge:     Hon. Jeremy Fogel<br>Magistrate Judge:  Hon. Patricia V. Trumbull<br><br>Complaint Filed:  June 22, 2007<br>Trial Date Set:    None Yet |

1    I, Stephen K. Workman, declare and state:

2    1.    I am the Chief Financial Officer of Finisar Corporation ("Finisar"). I make this declaration based upon my own personal knowledge and records maintained by Finisar, to which I have access in the course of fulfilling my duties for Finisar.

2.    On December 4, 2007, Finisar filed with the Securities and Exchange Commission ("SEC") Forms 10-Q for the quarters ended October 29, 2006, January 31, 2007, and July 29, 2007, as well as Form 10-K for the year ended April 30, 2007 (the "Periodic Reports").

3.    At no time has Finisar been subjected to any disciplinary action or proceeding by the SEC for any delay in filing the Periodic Reports.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 5th day of June, 2008, at Sunnyvale, California.

　　　　　　　　　　　　　　　　　　　　/s/ Stephen K. Workman
　　　　　　　　　　　　　　　　　　　　Stephen K. Workman

I hereby attest that I have on file the holograph signature for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: June 6, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Sterling A. Brennan
　　　　　　　　　　　　　　　　　　　　L. Rex Sears
　　　　　　　　　　　　　　　　　　　　WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　　　　Caroline McIntyre
　　　　　　　　　　　　　　　　　　　　BERGESON, LLP

　　　　　　　　　　　　　　　　　　　　By    /s/ Sterling A. Brennan
　　　　　　　　　　　　　　　　　　　　　　　　Sterling A. Brennan

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff FINISAR CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T. Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

DECLARATION OF STEPHEN K. WORKMAN              2.
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT                    CASE NO.: 5:07-CV-04052-JF-PVT