Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-CV-04052-JF (PVT)<br><br>**DECLARATION OF STERLING A. BRENNAN IN SUPPORT OF PLAINTIFF FINISAR CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date:　　　**Friday, July 11, 2008**<br>Time:　　　**9:00 a.m.**<br>Courtroom: **3**<br><br>District Judge:　　Hon. Jeremy Fogel<br>Magistrate Judge:　Hon. Patricia V. Trumbull<br><br>Complaint Filed:　June 22, 2007<br>Trial Date Set:　　None Yet |

I, Sterling A. Brennan, declare and state:

1. I am a member of the State Bar of California, admitted to practice before the above-entitled Court, a senior shareholder of the law firm Workman Nydegger, and one of the attorneys of record representing plaintiff and counter-defendant Finisar Corporation ("Finisar") in the above-captioned action. I make this declaration based upon my own personal knowledge and records maintained by Workman Nydegger, to which I have access in the course of fulfilling my duties for Workman Nydegger and its clients (including Finisar), in the ordinary course of business.

2. Attached hereto as Exhibit "A" are true and correct copies of excerpts from "Model Simplified Indenture," 38 BUSINESS LAWYER 741 (1983).

3. Attached hereto as Exhibit "B" are true and correct copies of excerpts from COMMENTARIES ON MODEL DEBENTURE INDENTURE PROVISIONS, 288 (1971).

4. On March 26, 2008, I conducted the deposition in the Action of Diana L. Jacobs, both in her individual capacity and as the designee, pursuant to Federal Rule of Civil Procedure 30(b)(6), of defendant U.S. Bank Trust National Association. Attached as Exhibit "C" hereto are true and correct copies of excerpts from the certified transcript of Ms. Jacobs's deposition.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 6th day of June 2008, at Salt Lake City, Utah.

　　　　　　　　　　　　　　　　　　/s/ Sterling A. Brennan　　　　
　　　　　　　　　　　　　　　　　　Sterling A. Brennan

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T. Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

DECLARATION OF STERLING A. BRENNAN         2.
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT                    CASE NO.: 5:07-CV-04052-JF-PVT