Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:07-CV-04052-JF (PVT)<br><br>**PLAINTIFF FINISAR CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br><br>Date: **Friday, July 11, 2008**<br>Time: **9:00 a.m.**<br>Courtroom: **3**<br><br>District Judge: Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Patricia V. Trumbull |
| AND RELATED COUNTERCLAIMS. | Complaint Filed: June 22, 2007<br>Trial Date Set: None Yet |

1     Plaintiff Finisar Corporation ("Finisar") respectfully request that the Court take judicial notice, in connection with "Plaintiff Finisar Corporation's Motion for Summary Judgment," of the following:

    1.    SENATE REPORT NO. 76-248 (1939), truly and correctly reproduced as Exhibit "A" hereto;

    2.    HOUSE OF REPRESENTATIVES REPORT NO. 76-1016 (1939), truly and correctly reproduced as Exhibit "B" hereto;

    3.    The cover page and Articles Four through Seven of the "Indenture" comprising Exhibit "1" to "Plaintiff Landry's Restaurants, Inc.'s Verified Original Complaint and Application for Temporary Restraining Order," filed on August 1, 2007 in *Landry's Restaurants, Inc. v. Post Advisory Group, LLC, et al.*, Case No. 3:07-CV-406 in the United States District Court for the Southern District of Texas, truly and correctly reproduced as Exhibit "C" hereto;

    4.    "U.S. Bank National Association's Opposition to Preliminary Injunction," filed on August 16, 2007 in *Landry's Restaurants, Inc. v. Post Advisory Group, LLC, et al.*, Case No. 3:07-CV-406 in the United States District Court for the Southern District of Texas, truly and correctly reproduced as Exhibit "D" hereto; and

    5.    "Defendants' Sur-Reply to Plaintiff's Reply in Further Support of its Request for Declaratory Judgment," filed on October 16, 2007 in *Beazer Homes USA, Inc. v. U.S. Bank National Association,* Civil Action File No. 1:07-2006 in the United States District Court for the Northern District of Georgia, truly and correctly reproduced as Exhibit "E" hereto.

DATED: June 6, 2008        Respectfully submitted,

Sterling A. Brennan
L. Rex Sears
WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

Caroline McIntyre
BERGESON, LLP

By   /s/ Sterling A. Brennan
       Sterling A. Brennan
Attorneys for Plaintiff FINISAR CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T. Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800

2.

FINISAR'S REQUEST FOR JUDICIAL NOTICE                         CASE NO.: 5:07-CV-04052-JF-PVT