Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-CV-04052-JF (PVT)<br><br>**[Proposed] ORDER GRANTING PLAINTIFF FINISAR CORPORATION'S MOTION FOR MONETARY DISCOVERY SANCTIONS**<br><br><br><br>Date:　　**Friday, June 17, 2008**<br>Time:　　**10:00 a.m.**<br>Courtroom: **5 (Magistrate Judge Trumbull)**<br><br>District Judge:　　Hon. Jeremy Fogel<br>Magistrate Judge:　Hon. Patricia V. Trumbull<br><br>Complaint Filed:　June 22, 2007<br>Trial Date Set:　　None Yet |

1   Plaintiff Finisar Corporation's Motion for Monetary Discovery Sanctions was filed in the
2   above-captioned action (the "Action") on May 13, 2008 and heard on June 17, 2008.  The Court,
3   having considered the written and oral submissions of the parties in connection with the Motion,
4   and good cause appearing therefor, GRANTS the Motion, and finds and orders as follows:
5   FINDINGS:
6   1.   The refusal of defendant U.S. Bank Trust National Association ("U.S. Bank") to
7   produce in discovery communications between U.S. Bank and/or its counsel, on the one hand,
8   and the holders of notes issued by plaintiff Finisar Corporation ("Finisar") under the trust
9   indentures dated October 15, 2001, October 15, 2003, and October 12, 2006 (the "Indentures") at
10  issue in the Action, on the other hand, was not substantially justified.
11  ORDER:
12  1.   Within ten (10) days of the date hereof, U.S. Bank shall pay to Finisar $7,310.00;
13  and
14  2.   Within twenty (20) days of being invoiced therefor, U.S. Bank shall pay to Finisar
15  (a) the attorney's fees incurred by Finisar in connection with any further deposition of Ms. Jacobs
16  conducted pursuant to the Order Granting Plaintiff Finisar Corporation's Motion: (1) To Compel
17  Production of Documents; (2) To Compel Deposition Testimony; and (3) For Additional Time to
18  Complete Deposition (the "Order Granting Motion to Compel"), and (b) all out-of-pocket
19  expenses (including by way of illustration but not limitation reporter's fees, and travel and
20  lodging expenses incurred by Finisar's counsel) incurred by Finisar in connection with any
21  further deposition of Ms. Jacobs conducted pursuant to the Order Granting Motion to Compel.

DATED: _____     _____
                                     Hon. Patricia V. Trumbull
                                     Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T. Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ L. Rex Sears
L. REX SEARS
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Telephone: (801) 533-9800