Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff and Counter-defendant FINISAR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-CV-04052-JF (PVT)<br><br>[Proposed] **ORDER GRANTING FINISAR CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: **Friday, July 11, 2008**<br>Time: **9:00 a.m.**<br>Courtroom: **3**<br><br>District Judge: Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Patricia V. Trumbull<br><br>Complaint Filed: June 22, 2007<br>Trial Date Set: None Yet |

1 | Plaintiff Finisar Corporation's Motion for Summary Judgment (the "Motion") was filed in the above-captioned action (the "Action") on June 6, 2008 and heard on July 11, 2008. The Court, having considered the written and oral submissions of the parties in connection with the Motion, and good cause appearing therefore, hereby GRANTS the Motion, and ADJUDGES, DECREES, and ORDERS as follows:

    1. Plaintiff Finisar Corporation ("Finisar") and defendant U.S. Bank Trust National Association ("U.S. Bank") are parties to certain trust indentures dated October 15, 2001, October 15, 2003, and October 12, 2006 ("Indentures").

    2. Finisar filed its Forms 10-Q for fiscal quarters ended October 29, 2006 and January 31, 2007 and its Form 10-K for the year ended April 30, 2007 (collectively, "Reports") with the Securities and Exchange Commission ("SEC") on December 4, 2007.

    3. There has been no Default under the Indentures by reason of any delay in Finisar's filing of its Reports with the SEC.

    4. There is no Continuing Event of Default under the Indentures by reason of any delay in Finisar's filing of its Reports with the SEC.

    5. Neither U.S. Bank nor any of the holders ("Holders") of any of the notes issued under the Indentures has any right or ability, by reason of any delay in Finisar's filing of its Reports with the SEC, to declare or enforce any acceleration pursuant to Sections 6.02 and/or 6.03 of the Indentures.

    6. Neither U.S. Bank nor any of the Holders has any right or ability, by reason of any delay in Finisar's filing of its Reports with the SEC, to seek damages from Finisar pursuant to Section 6.03 of the Indentures.

    7. No remedy or right of action is available under the Indentures, to either U.S. Bank or any of the Holders, by reason of any delay in Finisar's filing of its Reports with the SEC.

    8. Finisar has no obligation to pay any of the attorney's fees incurred by U.S. Bank in connection with any delay in Finisar's filing of its Report with the SEC.

///

///

9. Within ten (10) days of the date hereof, U.S. Bank shall pay to Finisar $317,817.58.

DATED: _____    _____
Hon. Jeremy Fogel
United States District Judge