Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-CV-04052-JF (PVT)<br><br>**[Proposed] ORDER GRANTING PLAINTIFF FINISAR CORPORATION'S MOTION TO (1) DISMISS, (2) STRIKE, AND (3) ADJUDICATE U.S. BANK TRUST NATIONAL ASSOCIATION'S COUNTERCLAIMS**<br><br>Date: **Friday, July 11, 2008**<br>Time: **9:00 a.m.**<br>Courtroom: **3**<br><br>District Judge: Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Patricia V. Trumbull<br><br>Complaint Filed: June 22, 2007<br>Trial Date Set: None Yet |

Plaintiff Finisar Corporation's Motion to (1) Dismiss, (2) Strike, and (3) Adjudicate U.S. Bank Trust National Association's Counterclaims (the "Motion") was filed in the above-captioned action (the "Action") on May 8, 2008 and heard on July 11, 2008. The Court, having considered the written and oral submissions of the parties in connection with the Motion, and good cause appearing therefor, GRANTS the Motion, and ORDERS as follows:

1. Each of the counterclaims attempted to be pleaded in "Defendant and Counterclaim Plaintiff U.S. Bank Trust National Association's Answer to First Amended Complaint and Counterclaims" (the "Answer") is dismissed, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure;

2. Page 7, line 1 through page 14, line 1, inclusive, of the Answer is stricken, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure; and

3. The counterclaim attempted to be pleaded as Count I in the Answer, at page 12, lines 14-26, is adjudicated in favor of Finisar and against U.S. Bank, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, such that U.S. Bank shall take nothing thereby.

DATED: _____                    _____
                                                                 Hon. Jeremy Fogel
                                                                 United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T. Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ L. Rex Sears
L. REX SEARS
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800