UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 6/17/08

Court Reporter: Jana Ridenour      Clerk: Corinne Lew

Case No:C 07-04052 JF  PVT       Case Title: Finisar Corp.  v.  US Bank Trust National Association

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| L. Rex Spears | Edward T. Wahl<br>D. Anthony Rodriguez |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status     [ ] Discovery

[ ] Settlement   [ ] Final

[ ] Other    **[X] Motion Hearing**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [X] | [ ] | 1. **Motion to Compel.** |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [X] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [X] Court     [ ] Court w/opinion