# EXHIBIT E



UNITED STATES | ENGLAND | GERMANY | CHINA

EDWARD T. WAHL
EWahl@faegre.com
(612) 766-8720

June 9, 2008

**VIA OVERNIGHT DELIVERY**

L. Rex Sears, Esq.
WORKMAN | NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111

Re: *Finisar Corporation v. U.S. Bank Trust National Association*

Dear Rex:

Thank you again for notifying us on Friday of the problem with accessing document numbers USB FIN 006920 – USB FIN 007027. We did not receive a response to our e-mail on Friday, which included pdf copies of these documents, so I assume that you did not have any problems viewing the pdf copies.

As we indicated on Friday, we are providing the enclosed CD that contains document numbers USB FIN 005740 – USB FIN 007027 to replace the CD sent to you last week. To view the documents, load the CD and open the file "index.htm." This file will contain a columned index of the production numbers and links to access the pdf documents.

Very truly yours,

Edward T. Wahl

Enclosure

cc:  Diana Jacobs
     Anthony Rodriguez
     Michael Fisco

fb.us.2967059.01