# EXHIBIT K

125LAN03/22913.08

[CONFORMED COPY]

---

Lukens Inc.

TO

Morgan Guaranty Trust Company of New York,
Trustee

---

INDENTURE

Dated as of July 1, 1992

---

Redacted

USB FIN 006827

Section 702.    Preservation of Information;
               <u>Communications to Holders.</u>

        (a)   The Trustee shall preserve, in as current a
form as is reasonably practicable, the names and addresses
of Holders contained in the most recent list furnished to
the Trustee as provided in Section 701 and the names and
addresses of Holders received by the Trustee in its capacity
as Security Registrar.  The Trustee may destroy any list
furnished to it as provided in Section 701 upon receipt of a
new list so furnished.

        (b)   The rights of the Holders to communicate with
other Holders with respect to their rights under this
Indenture or under the Securities, and the corresponding
rights and privileges of the Trustee, shall be as provided
by the Trust Indenture Act.

        (c)   Every Holder of Securities, by receiving and
holding the same, agrees with the Company and the Trustee
that neither the Company nor the Trustee nor any agent of
either of them shall be held accountable by reason of any
disclosure of information as to names and addresses of
Holders made pursuant to the Trust Indenture Act.

Section 703.   <u>Reports by Trustee.</u>

        (a)   The Trustee shall transmit to Holders such
reports concerning the Trustee and its actions under this
Indenture as may be required pursuant to the Trust Indenture
Act in the manner provided pursuant thereto on August 1 of
each year the Securities are Outstanding or as of a date of
convenience to the Trustee not more than sixty days prior
thereto.

        (b)   A copy of each such report shall, at the time
of such transmission to Holders, be filed by the Trustee
with each stock exchange upon which any Securities are
listed, with the Commission and with the Company.  The
Company will notify the Trustee when any Securities are
listed on any stock exchange.

Section 704.   <u>Reports by Company.</u>

        The Company shall file with the Trustee and the
Commission, and transmit to Holders, such information, docu-
ments and other reports, and such summaries thereof, as may
be required pursuant to the Trust Indenture Act at the times
and in the manner provided pursuant to such Act; <u>provided</u>
that any such information, documents or reports required to
be filed with the Commission pursuant to Section 13 or 15(d)

-62-



USB FIN 006896

of the Securities Exchange Act of 1934 shall be filed with the Trustee within 15 days after the same is so required to be filed with the Commission.

ARTICLE EIGHT

Consolidation, Merger, Conveyance, Transfer or Lease

Section 801.  **Company May Consolidate, Etc., Only on Certain Terms.**

The Company shall not consolidate with or merge into any other Person or convey, transfer or lease its properties and assets substantially as an entirety to any Person, and the Company shall not permit any Person to consolidate with or merge into the Company or convey, transfer or lease its properties and assets substantially as an entirety to the Company, unless:

(1)  in case the Company shall consolidate with or merge into another Person or convey, transfer or lease its properties and assets substantially as an entirety to any Person, the Person formed by such consolidation or into which the Company is merged or the Person which acquires by conveyance or transfer, or which leases, the properties and assets of the Company substantially as an entirety shall be a corporation, partnership or trust, shall be organized and validly existing under the laws of the United States of America, any State thereof or the District of Columbia and shall expressly assume, by an indenture supplemental hereto, executed and delivered to the Trustee, in form satisfactory to the Trustee, the due and punctual payment of the principal of and any premium and interest on all the Securities and the performance or observance of every covenant of this Indenture on the part of the Company to be performed or observed;

(2)  immediately after giving effect to such transaction and treating any indebtedness which becomes an obligation of the Company or a Subsidiary as a result of such transaction as having been incurred by the Company or such Subsidiary at the time of such transaction, no Event of Default, and no event which, after notice or lapse of time or

-63-

USB FIN 006897