UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.    C 07-4052 JF (PVT)<br><br>**[PROPOSED] ORDER DENYING FINISAR CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      July 11, 2008<br>Time:     9:00 a.m.<br>Judge:    The Hon. Jeremy Fogel<br>Location: Courtroom 3 |

1  CURRENTLY PENDING before the Court is Plaintiff Finisar Corporation's ("Finisar") Motion for Summary Judgment ("Motion"). The Court has considered all of the arguments and supporting materials provided by both of the parties. Finisar's Motion is hereby DENIED, and the Court finds and adjuges as follows:

   A.  Finisar defaulted under Section 4.02 of the Indentures when it failed to timely file its financial reports with the SEC and those defaults have matured into Events of Default under the Indentures;

   B.  Because Finisar has not obtained a waiver of the defaults from the holders of the Subordinated Notes, the Events of Default have not been cured by Finisar and are continuing;

   C.  The Events of Default entitle U.S. Bank to accelerate the Subordinated Notes under Section 6.02 of the Indentures;

   D.  Section 7.06 of the Indentures obligates Finisar to pay U.S. Bank's fees and expenses in connection with this Action and as a result of the Events of Default; and

   E.  Finisar is obligated to pay U.S. Bank's outstanding, unpaid fees and expenses immediately.

DATED: _____

_____
HON. JEREMY FOGEL
United States District Judge