UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee on behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.　　C 07-4052 JF (PVT)<br><br>**[PROPOSED] ORDER DENYING FINISAR CORPORATION'S MOTION TO (1) DISMISS, (2) STRIKE, AND (3) ADJUDICATE U.S. BANK TRUST NATIONAL ASSOCIATION'S COUNTERCLAIMS**<br><br>Date:　　　July 11, 2008<br>Time:　　　9:00 a.m.<br>Judge:　　　The Hon. Jeremy Fogel<br>Location:　Courtroom 3 |

[PROPOSED] ORDER DENYING FINISAR CORPORATION'S MOTION TO DISMISS, STRIKE & ADJUDICATE
CASE NO. C07-4052 JF (PVT)
sf-2535168

1 | CURRENTLY PENDING before the Court is Plaintiff Finisar Corporation's ("Finisar") Motion to (1) Dismiss, (2) Strike, and (3) Adjudicate U.S. Bank Trust National Association's Counterclaims ("Motion"). The Court has considered all of the arguments and supporting materials provided by both of the parties; and accordingly, IT IS HEREBY ORDERED that Finisar's Motion is DENIED.

DATED: _____

                                        HON. JEREMY FOGEL
                                       United States District Judge

[PROPOSED] ORDER DENYING FINISAR CORPORATION'S MOTION TO DISMISS, STRIKE & ADJUDICATE
CASE NO. C07-4052 JF (PVT)
sf-2535168

1