Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:07-CV-04052-JF (PVT)<br><br>**PLAINTIFF FINISAR CORPORATION'S *SUPPLEMENTAL* REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: **Friday, July 11, 2008**<br>Time: **9:00 a.m.**<br>Courtroom: **3**<br><br>District Judge: Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Patricia V. Trumbull<br><br>Complaint Filed: June 22, 2007<br>Trial Date Set: None Yet |
| AND RELATED COUNTERCLAIMS. | |

1  Plaintiff Finisar Corporation ("Finisar") respectfully request that the Court take judicial notice, in connection with "Plaintiff Finisar Corporation's Motion for Summary Judgment," of the following:

1. Excerpts from the Form 10-K for the fiscal year ended April 30, 2002, filed by Finisar with the United States Securities and Exchange Commission ("SEC") on July 29, 2002, truly and correctly reproduced as Exhibit "A" hereto;

2. Excerpts from the Form 10-K for the fiscal year ended April 30, 2003, filed by Finisar with the SEC on July 29, 2003, truly and correctly reproduced as Exhibit "B" hereto;

3. Excerpts from the Form 10-K for the fiscal year ended April 30, 2004, filed by Finisar with the SEC on July 14, 2004, truly and correctly reproduced as Exhibit "C" hereto;

4. Excerpts from the Form 10-K/A for the fiscal year ended April 30, 2004, filed by Finisar with the SEC on August 27, 2004, truly and correctly reproduced as Exhibit "D" hereto;

5. Excerpts from the Form 10-K/A for the fiscal year ended April 30, 2004, filed by Finisar with the SEC on February 10, 2005, truly and correctly reproduced as Exhibit "E" hereto;

6. Excerpts from the Form 10-K for the fiscal year ended April 30, 2005, filed by Finisar with the SEC on July 29, 2005, truly and correctly reproduced as Exhibit "F" hereto; and

7. Excerpts from the Form 10-K for the fiscal year ended April 30, 2006, filed by Finisar with the SEC on July 14, 2006, truly and correctly reproduced as Exhibit "G" hereto.

DATED: June 27, 2008

Respectfully submitted,

Sterling A. Brennan
L. Rex Sears
WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

Caroline McIntyre
BERGESON, LLP


By     /s/ Sterling A. Brennan
       Sterling A. Brennan
       Attorneys for Plaintiff FINISAR CORPORATION

---

FINISAR'S SUPPLEMENTAL                1.
REQUEST FOR JUDICIAL NOTICE                    CASE NO.: 5:07-CV-04052-JF-PVT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T. Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ Sterling A. Brennan
STERLING A. BRENNAN
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800