1  Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
   L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
2  WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
   1000 Eagle Gate Tower
3  60 East South Temple
   Salt Lake City, Utah 84111
4  Telephone:  (801) 533-9800
   Facsimile:   (801) 328-1707
5
   Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
6  BERGESON, LLP
   303 Almaden Boulevard
7  Suite 500
   San Jose, California 95110-2712
8  Telephone:  (408) 291-6200
   Facsimile:   (408) 297-6000
9
   Attorneys for Plaintiff FINISAR CORPORATION
10

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15  FINISAR CORPORATION, a Delaware        Case No. 5:07-CV-04052-JF (PVT)
    corporation,
16                                          **SUPPLEMENTAL DECLARATION OF
           Plaintiff,                       STEPHEN K. WORKMAN IN SUPPORT
17                                          OF PLAINTIFF FINISAR
           v.                               CORPORATION'S MOTION FOR
18                                          SUMMARY JUDGMENT**
    U.S. BANK TRUST NATIONAL
19  ASSOCIATION, a national banking
    association, not in its individual capacity,
20  but solely in its capacity as Indenture
    Trustee in behalf of all Holders of Finisar
21  Corporation's 5¼% Convertible
    Subordinated Notes due 2008, 2½%        Date:      **Friday, July 11, 2008**
22  Convertible Senior Subordinated Notes due Time:      **9:00 a.m.**
23  2010, and 2½% Convertible Subordinated  Courtroom: 3
    Notes due 2010; and DOES 1 through 10,
24  inclusive,
                                            District Judge:    Hon. Jeremy Fogel
25         Defendants.                      Magistrate Judge:  Hon. Patricia V. Trumbull
26
                                            Complaint Filed:   June 22, 2007
27  AND RELATED COUNTERCLAIMS.             Trial Date Set:    None Yet
28

1    I, Stephen K. Workman, declare and state:

2    1.    I am the Chief Financial Officer of Finisar Corporation ("Finisar").  I make this

3    declaration based upon my own personal knowledge and records maintained by Finisar, to which

4    I have access in the course of fulfilling my duties for Finisar.

5    2.    Between January 4, 2007 and March 2, 2007, I had several communications with

6    various holders (the "Holders") of Finisar's 5¼% Convertible Subordinated Notes due 2008,

7    2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated

8    Notes due 2010 (collectively, the "Notes") regarding the allegation that Finisar had committed a

9    default (the "Alleged Default") under the trust indentures (the "Indentures") under which the

10   Notes were issued by not filing with the SEC its Form 10-Q for the fiscal quarter ended October

11   29, 2006 (the "Q2 Form 10-Q") within 45 days of the end of that quarter.

12   3.    Between January 4, 2007 and March 2, 2007, certain of the Holders threatened to

13   declare or instruct U.S. Bank Trust National Association to declare acceleration of some or all of

14   the Notes based on the Alleged Default.

15   4.    Between January 4, 2007 and March 2, 2007, various of the Holders demanded

16   cash payments, exchanges of existing Notes for new notes with more favorable terms, or

17   combinations thereof (collectively, "Concessions"), in exchange for waivers, of limited temporal

18   duration, of the Alleged Default.  At the time, I calculated the aggregate combined value of the

19   Concessions to be several million dollars.  Finisar did not acquiesce in the Holders' demands.

20   5.    Between January 4, 2007 and March 2, 2007, Finisar proposed to various of the

21   Holders that they accept incentives of lower value than the Concessions in exchange for an

22   agreement not to pursue acceleration based on the Alleged Default.  Finisar's proposals were not

23   accepted.

24   I declare under penalty of perjury under the laws of the United States and the State of

25   California that the foregoing is true and correct.

26   Executed this 27th day of June, 2008, at Chicago, Illinois.

27                                    _____/s/ Stephen K. Workman_____
                                           Stephen K. Workman
28

SUPPLEMENTAL WORKMAN DECLARATION          1.
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT                    CASE NO.: 5:07-CV-04052-JF-PVT

1    I attest that concurrence in the filing of the foregoing document has been obtained from

2    the identified signatory thereof.

3    DATED:  June 27, 2008                 Sterling A. Brennan
                                           L. Rex Sears
4                                          WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

5                                          Caroline McIntyre
                                           BERGESON, LLP
6

7                                          By____/s/ L. Rex Sears_____
                                               L. Rex Sears
8                                          Attorneys for Plaintiff FINISAR CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on June 27, 2008, I electronically filed the foregoing with the Clerk of

3    the Court using the CM/ECF system which will send notification of such filing to the following:

4    D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com;

5    Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; Edward T.

6    Wahl, ewahl@faegre.com and Paul T. Friedman, pfriedman@mofo.com.

7

8                                          **WORKMAN NYDEGGER**

9                                          /s/ Sterling A. Brennan

10                                         STERLING A. BRENNAN
                                           **WORKMAN NYDEGGER**

11                                         1000 Eagle Gate Tower
                                           60 East South Temple

12                                         Salt Lake City, UT  84111
                                           Telephone:  (801) 533-9800

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28