Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff FINISAR CORPORATION

**E-filed 6/30/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity but solely in its capacity as indenture trustee in behalf of all holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-CV-04052-JF (PVT)<br><br>STIPULATION AND [Proposed] ORDER TO RESOLVE MOTION TO (1) DISMISS, (2) STRIKE, AND (3) ADJUDICATE U.S. BANK TRUST NATIONAL ASSOCIATION'S COUNTERCLAIMS<br><br>Impacted Hearing Date:<br>    **Friday, July 11, 2008**<br>Time:         9:00 a.m.<br>Courtroom: **3**<br><br>District Judge:       Hon. Jeremy Fogel<br>Magistrate Judge:  Hon. Patricia V. Trumbull<br><br>Initial Complaint Filed:   June 22, 2007<br>Trial Date:                      Not Yet Set |

1  WHEREAS, on March 19, 2008, plaintiff and counterdefendant Finisar Corporation ("Finisar") filed in the above-captioned action (the "Action") Plaintiff Finisar Corporation's First Amended Complaint (the "Amended Complaint");

4  WHEREAS, on April 18, 2008, defendant and counterclaimant U.S. Bank Trust National Association ("U.S. Bank") responded to the Amended Complaint by filing in the Action Defendant and Counterclaim Plaintiff U.S. Bank Trust National Association's Answer to First Amended Complaint and Counterclaims (the "Answer");

8  WHEREAS, the Answer presents two counts (the "Counterclaims") by way of counterclaim to the Amended Complaint;

10  WHEREAS, on May 8, 2008, Finisar filed in the Action Plaintiff Finisar Corporation's Motion to (1) Dismiss, (2) Strike, and (3) Adjudicate U.S. Bank Trust National Association's Counterclaims (the "Motion to Dismiss"), by which Finisar seeks dismissal and adjudication of the Counterclaims, and to have them stricken from the Answer;

14  WHEREAS, the Motion to Dismiss is presently set for hearing on July 11, 2008, at 9 a.m.;

15  WHEREAS, the parties have agreed to a resolution of the issues presented by the Motion to Dismiss; and

17  WHEREAS, as part of the agreed-upon resolution of the issues presented by the Motion to Dismiss, Finisar consents to U.S. Bank's filing of Defendant and Counterclaim Plaintiff U.S. Bank Trust National Association's Amended Answer to First Amended Complaint and Counterclaims (the "Amended Answer") in the form attached as Exhibit "A" hereto.

21  NOW THEREFORE, it is stipulated and agreed by the parties that, subject to the approval of this Court,

23  1. The Motion to Dismiss shall be withdrawn, and the July 11, 2008 hearing date for the Motion to Dismiss vacated;

25  2. U.S. Bank shall amend its Answer by filing the Amended Answer;

26  3. Finisar's time to respond to the Answer shall be tolled until U.S. Bank files its Amended Answer (from which time Finisar shall cease to have any obligation to respond to the Answer); and

1.

|   |   |   |
|---|---|---|
| 1 | 4. | Finisar shall have twenty (20) days from U.S. Bank's filing and service of its |
| 2 |   | Amended Answer to respond to any counterclaims pleaded therein. |

Dated: June 27, 2008           **MORRISON & FOERSTER LLP**
                               D. Anthony Rodriguez
                               Eva K. Schueller

                               **FAEGRE & BENSON LLP**
                               Michael B. Fisco
                               Edward T. Wahl
                               Abby E. Wilkinson

                               By  /s/  Edward T. Wahl
                                     Edward T. Wahl

                               Attorneys for Defendant,
                               U.S. BANK TRUST NATIONAL ASSOCIATION

Dated: June 27, 2008           **WORKMAN NYDEGGER**
                               Sterling A. Brennan
                               L. Rex Sears

                               **BERGESON, LLP**
                               Caroline McIntyre

                               By /s/ L. Rex Sears
                                     L. Rex Sears

                               Attorneys for Plaintiff,
                               FINISAR CORPORATION

I attest that concurrence in the filing of the foregoing document has been obtained from the identified signatories thereof.

DATED:  June 27, 2008          Sterling A. Brennan
                               L. Rex Sears
                               WORKMAN NYDEGGER A PROFESSIONAL CORPORATION

                               Caroline McIntyre
                               BERGESON, LLP

                               By      /s/ L. Rex Sears
                                      L. Rex Sears
                               Attorneys for Plaintiff FINISAR CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __6/30/08__

_____
Hon. Jeremy Fogel
United States District Judge

2.

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: D. Anthony Rodriguez, drodriguez@mofo.com; Abby E. Wilkinson, awilkinson@faegre.com; Eva K. Schueller, eschueller@mofo.com; Michael B. Fisco, mfisco@faegre.com; and Paul T. Friedman, pfriedman@mofo.com.

**WORKMAN NYDEGGER**

/s/ L. Rex Sears
L. REX SEARS
**WORKMAN NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah, 84111

3.