UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  July 11, 2008
**Case Number:** CV-07-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| | |
|---|---|
| **TITLE:** | **FINISAR CORPORATION V.  U.S. BANK TRUST NATIONAL ASSOCIATION** |
| | **PLAINTIFF**                **DEFENDANT** |
| | **Attorneys Present:** Sterling Brennan, Rex Sears     **Attorneys Present:** Michael Fisco, Anthony Rodriguez |

PROCEEDINGS:

    Hearing on Motions for Summary Judgment held.  Parties are present. The motions are taken under submission.