Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
L. Rex Sears (Admitted *Pro Hac Vice*; E-mail: rsears@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Caroline McIntyre (CA State Bar No. 159005; E-mail: cmcintyre@be-law.com)
BERGESON, LLP
303 Almaden Boulevard
Suite 500
San Jose, California 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

Attorneys for Plaintiff and Counter-defendant FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINISAR CORPORATION, a Delaware corporation,<br><br>                 Plaintiff,<br><br>                 v.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, a national banking association, not in its individual capacity, but solely in its capacity as Indenture Trustee in behalf of all Holders of Finisar Corporation's 5¼% Convertible Subordinated Notes due 2008, 2½% Convertible Senior Subordinated Notes due 2010, and 2½% Convertible Subordinated Notes due 2010; and DOES 1 through 10, inclusive,<br><br>                 Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:07-CV-04052-JF (PVT)<br><br>[Proposed] ORDER GRANTING PLAINTIFF FINISAR CORPORATION'S MOTION FOR ATTORNEY'S FEES<br><br><br>Date:         **Friday, November 7, 2008**<br>Time:       **9:00 a.m.**<br>Courtroom:  **3**<br><br>District Judge:     Hon. Jeremy Fogel<br>Magistrate Judge:  Hon. Patricia V. Trumbull<br><br>Complaint Filed:     June 22, 2007<br>Summary Judgment: August 25, 2008 |

1    Plaintiff Finisar Corporation's Motion for Attorney's Fees ("Motion") was filed in the
2  above-captioned action ("Action") on September 8, 2008 and heard on November 7, 2008.  The
3  Court, having considered the written and oral submissions of the parties in connection with the
4  Motion, and good cause appearing therefore, hereby GRANTS the Motion, and ORDERS as
5  follows:

6    Within ten (10) days of the date hereof, U.S. Bank shall pay to Finisar $560,504.00.

8  DATED: _____           _____
                                           Hon. Jeremy Fogel
9                                          United States District Judge

[PROPOSED] ORDER GRANTING FINISAR'S    1.
MOTION FOR ATTORNEY'S FEES                    CASE NO.: 5:07-CV-04052-JF-PVT