# Exhibit A



1000 EAGLE GATE TOWER, 60 EAST SOUTH TEMPLE | SALT LAKE CITY, UTAH 84111
TEL: (801) 533-9800 | FAX: (801) 328-1707 | WWW.WNLAW.COM



**STERLING A. BRENNAN***
Equity Shareholder

Mr. Brennan's practice focuses on complex business and intellectual property litigation. He has handled a broad range of litigation matters involving patents, trademarks and trade dress, copyrights, trade secrets, securities, antitrust, unfair business practices, insurance coverage, environmental, and other complex litigation in industries including computer components and software, biotechnology, financial institutions, real estate development and land use, and petroleum marketing.

Mr. Brennan has successfully tried cases and has handled appeals in both federal and state courts. Additionally, he has extensive experience representing clients in arbitrations, mediations and other alternative dispute resolution proceedings. He is admitted to practice in all state and federal courts in Utah and California, before the Ninth, Tenth, and Federal Circuit Courts of Appeal, and before the United States Supreme Court. Mr. Brennan has received the highest rating for legal ability and ethical standards (AV) from Martindale-Hubbell. He is the former Chairman of the Business Litigation Section of the Orange County Bar Association, is the past Chair of the Orange County Chapter of the J. Reuben Clark Law Society, and a former member of the International Board of the Law Society. He is a member of the Order of the Barristers and has served as a Master of the Bench and officer of the Warren J. Ferguson Inn of Court.

Following graduation from law school, Mr. Brennan was a law clerk to a United States District Judge in Los Angeles, California. Prior to joining Workman Nydegger as a shareholder in July 2003, Mr. Brennan was a litigation partner in the international law firm of Morrison & Foerster.

Mr. Brennan also currently serves as the firm's General Counsel.

**Primary Practice Focus**

- Complex IP Litigation, Inter Partes Conflicts & Mediation and Arbitration
    - U. S. Patent Infringement
    - Trademark Infringement
    - Copyright Infringement
    - Trade Dress Infringement
    - Misappropriation of Trade Secrets
    - Breach of Contract
    - Unfair Business Practices
    - Patent Related Antitrust Actions
    - Arbitration
    - Mediation

- Appeals
    - Before the U. S. Supreme Court
    - Before the Court of Appeals for the Federal Circuit and Other Regional Federal Circuit Courts of Appeal
    - Utah and California State Supreme and Intermediate Appellate Courts

**Technical Experience**

- Pharmaceutical, Chemical, Biotechnology & Life Sciences
- Computer Systems, Software, E-Commerce, Business Methods & Information Technology

**Education**

- J.D., *cum laude*, J. Reuben Clark Law School, Brigham Young University, 1986
- B.A., Economics, Brigham Young University, 1983

**Professional Admissions and Associations**

- Utah State Bar
- California State Bar
- AIPLA
- American Bar Association
- Association of Business Trial Lawyers

*Admitted also in California