# Exhibit B



1000 Eagle Gate Tower, 60 East South Temple | Salt Lake City, Utah 84111
Tel: (801) 533-9800 | Fax: (801) 328-1707 | www.wnlaw.com



**L. REX SEARS, Ph.D.**
Equity Shareholder

Mr. Sears dedicates his practice to litigation in all areas of intellectual property law including patent, copyright, trademark and unfair competition. Most of his work has involved computer software and hardware cases in federal and state courts. He also has managed substantial litigation matters for mechanical arts clients.

Before Mr. Sears joined W|N he practiced intellectual property and real property litigation at a general practice law firm. Prior to entering law, Mr. Sears served as a Teaching Fellow at Harvard University and taught as a visiting faculty member at the University of Utah and Brigham Young University.

**Primary Practice Focus**

- Complex IP Litigation, Inter Partes Conflicts & Mediation and Arbitration
    - Patent Infringement, U. S. and Europe
    - Trademark Infringement
    - Copyright Infringement
    - Trade Dress Infringement
    - Misappropriation of Trade Secrets
    - Breach of Contract
    - Unfair Business Practices
    - Actions Before the International Trade Commission
    - Patent and Trademark Oppositions, U. S. and Europe
    - Actions Before the U. S. Court of Claims
    - Arbitration

**Other Practice Experience**

- Licensing, Other Transactional Work & Client Counseling
    - Patent Infringement Opinions

**Technical Experience**

- Computer Systems, Software, E-Commerce, Business Methods & Information Technology
    - Software Systems and Architecture

- Mechanics & Mechanical Engineering
    - Exercise & Training Equipment

**Community Involvement**

- First Vice Chair, Sugar House Community Council
- Cub master

**Publications**

L. Rex Sears, *Punishing the Saints for Their "Peculiar Institution": Congress on the Constitutional Dilemmas*, 2001 UTAH L. REV. 581.

**Education**

- J.D., *cum laude*, University of Chicago, 1999
- Ph.D., Harvard University, 1996
- A.M., Harvard University, 1993
- M.S., University of Utah, 1990
- B.S., University of Utah, 1988

**Professional Admissions and Associations**

- Utah State Bar
- AIPLA
- American Bar Association

**Other Information of Interest**

Law school

- Casper Platt Award for best paper written by a student of the University of Chicago Law School