# Exhibit E

Diana Jacobs                    CONFIDENTIAL                    Page 1
                                                                March 26, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

---

FINISAR CORPORATION, a Delaware )
corporation, )
 )
 )
 ) Case No.
              Plaintiff, )
 ) 5:07-CV-04052
         vs. ) -JF (PVT)
 )
U.S. BANK TRUST NATIONAL ASSOCIATION, a )
national banking association, not in its )
individual capacity, but solely in its )
capacity as Indenture Trustee on behalf )
of all Holders of Finisar Corporation's 5 )
1/4% Convertible Subordinated Notes due )
2008, 2 1/2% Convertible Senior )
Subordinated Notes due 2010, and 2 1/2% )
Convertible Subordinated Notes due 2010, )
and DOES 1 through 10, inclusive, )
 )
 )
              Defendants. )
 )
 )

---

30(B)(6) DEPOSITION OF DIANA JACOBS
March 26, 2008
Seattle, Washington

Reported by:
Connie Recob, CCR, RMR, CRR, CLR
CCR No. 2631
Job No. Los Angeles 927362/Seattle 79041

CERTIFIED COPY

Esquire Deposition Services    6222 Wilshire Blvd. Suite 204    Los Angeles, CA 90048
Phone: (323) 938-2461                1-800-640-2461                   Fax: (323) 931-3016

bac24974-8be9-4d06-bee8-ce1f4ea688e5

1  Q.  And what policy do you believe was being served by U.S. Bank
2      in not providing copies of reports under Section 7.14 to
3      Finisar that it had provided to holders?
4  A.  Repeat the question.
5  Q.  Yes. What policy, if any, do you believe was being supported
6      or implemented or furthered by U.S. Bank not providing to
7      Finisar a copy of the reports that U.S. Bank contended it was
8      providing to the holders under Section 7.14 of the
9      indentures?
10              MR. WAHL: Object to the form.
11              THE WITNESS: Yeah, I wouldn't say that
12     our policy is not to provide it to the company, but the
13     policy is that we have complied with providing information to
14     the holders, any material information. And everything that
15     we provided to the holders, the exact information was
16     previously provided to Finisar first. So there isn't any
17     information we've provided to the holders that Finisar wasn't
18     provided with.
19 Q.  (BY MR. BRENNAN) Other than the reports itself?
20 A.  Right, which essentially said the same thing.
21              MR. WAHL: Off the record.
22              (Recess 11:07-11:13.)
23              MR. BRENNAN: I'd ask the reporter to
24     mark as our next exhibit in order, which will be No. 3, a
25     document from U.S. Bank entitled "Notice To Holders of

Esquire Deposition Services   6222 Wilshire Blvd. Suite 204   Los Angeles, CA 90048
Phone: (323) 938-2461        1-800-640-2461                  Fax: (323) 931-3016

bac24974-8be9-4d06-bee8-ce1f4ea688e5

1    Finisar Corporation 5-1/4 Percent Convertible Subordinated
2    Notes Due 2008." This document bears Bates No. USB FIN
3    00626. And I'll represent this is one of the documents that
4    was produced by U.S. Bank in response to Finisar's discovery
5    request.
6                    (Exhibit No. 3 marked
7                     for identification.)
8
9                EXAMINATION (Continuing)
10   BY MR. BRENNAN:
11   Q.  Ms. Jacobs, do you recognize what's been marked as Exhibit 3?
12   A.  Yes.
13   Q.  Can you tell me what it is?
14   A.  It's a notice to the holders.
15   Q.  And is this one of the notices to holders that U.S. Bank
16       thinks under its policy is one of the notices that comports
17       to Section 7.14 of the indentures?
18   A.  Yes.
19   Q.  Was a copy of this document provided to Finisar prior to
20       Finisar making formal request of it through discovery?
21   A.  It may -- it may not, because the purpose of this notice was
22       to tell them that Finisar had commenced an action against us,
23       against the trustee.
24   Q.  So would you agree with me, then, that U.S. Bank had not
25       provided to Finisar a document that contained all the same

Esquire Deposition Services        6222 Wilshire Blvd. Suite 204        Los Angeles, CA 90048
Phone: (323) 938-2461              1-800-640-2461                      Fax: (323) 931-3016

bac24974-8be9-4d06-bee8-ce1f4ea688e5

```
 1        information that's in Exhibit 3, to Finisar?
 2   A.   Right.  We obviously wouldn't tell Finisar something that
 3        they already knew because they took the action.
 4   Q.   So do you believe that if someone already knows something --
 5        a party to the indenture already knows something, that the
 6        other party need not provide the information?
 7                  MR. WAHL:  Object to the form.
 8                  THE WITNESS:  That it -- repeat the
 9        question, please.
10   Q.   (BY MR. BRENNAN) Are you suggesting that under the
11        indentures, if one party to the indentures already knows
12        something that the other party, despite the language of the
13        indenture, need not provide that information?
14   A.   No.  I was just merely stating why we might not have sent
15        Finisar a notice telling them about actions that they had
16        taken.
17                  MR. BRENNAN:  We'll have marked as
18        Exhibit 4 a document entitled "Notice To Holders of Finisar
19        Corporation 2-1/2 Percent Convertible Senior Subordinated
20        Notes Due 2010."
21                       (Exhibit No. 4 marked
22                        for identification.)
23   Q.   (BY MR. BRENNAN) Have you previously seen the original or a
24        copy of Exhibit 4?
25   A.   Yes.
```

Esquire Deposition Services        6222 Wilshire Blvd. Suite 204        Los Angeles, CA 90048
Phone: (323) 938-2461              1-800-640-2461                       Fax: (323) 931-3016

bac24974-8be9-4d06-bee8-ce1f4ea688e5

1  Q. Did you prepare Exhibit 4?
2  A. It was prepared by counsel.
3  Q. Did you prepare Exhibit 3?
4  A. Exhibit 3 was the one we just looked at?
5  Q. Yes.
6  A. That was also prepared by counsel.
7  Q. It appears that Exhibit 3 and 4 are virtually identical but
8     for the different notes and indentures identified. Is that
9     correct?
10 A. That appears to be the case.
11 Q. And was a similar notice also prepared with respect to the
12    2-1/2 percent note?
13 A. I would assume so.
14 Q. Now, if you -- I guess we can pick either Exhibit 3 or 4.
15    Let's use Exhibit 3. If you look at the last
16    paragraph, it states, quote, Holders with questions regarding
17    this notice should direct them in writing to Diana Jacobs,
18    Vice President, U.S. Bank National Association. And it gives
19    your address, correct?
20 A. Correct.
21 Q. Did you receive any questions or inquiries from any holders
22    after the issuance of these notices, Exhibits 3 and 4?
23 A. I'm trying to remember the time. I received an inquiry from
24    a holder regarding one of our notices. I'm not sure if it
25    was this particular notice.

Esquire Deposition Services      6222 Wilshire Blvd. Suite 204      Los Angeles, CA 90048
Phone: (323) 938-2461            1-800-640-2461                     Fax: (323) 931-3016

bac24974-8be9-4d06-bee8-ce1f4ea688e5

```
 1                    EXAMINATION (Continuing)
 2      BY MR. BRENNAN:
 3   Q. Ms. Jacobs, I had previously shown you Exhibit Nos. 3 and 4,
 4      which are notices to holders from U.S. Bank dated April 24th,
 5      2007, and they pertain to the 5-1/4 and the 2-1/2 senior.
 6      And what I'd like to do is show you another one, which we'll
 7      have marked as our next exhibit in order, which appears to be
 8      an April 24, 2007, notice with respect to just the regular
 9      2-1/2 percent.
10                              (Exhibit No. 10 marked
11                               for identification.)
12   Q. (BY MR. BRENNAN) Do you recognize what's been marked as
13      Exhibit 10?
14   A. Yes.
15   Q. Can you tell me what that is?
16   A. It's a notice to the holders regarding the litigation.
17   Q. And to your knowledge, was a copy of Exhibit 10 provided to
18      Finisar Corporation prior to its request for discovery in
19      this case?
20   A. Was a copy of this notice provided to Finisar?
21   Q. Yes.
22   A. To my knowledge, it was.
23   Q. And why do you think a copy of that was provided to Finisar
24      prior to Finisar's request?
25   A. I'm sorry. Prior to their request for discovery? Then no, I
```

Esquire Deposition Services        6222 Wilshire Blvd. Suite 204        Los Angeles, CA 90048
Phone: (323) 938-2461                    1-800-640-2461                 Fax: (323) 931-3016

bac24974-8be9-4d06-bee8-ce1f4ea688e5

```
 1    don't think so.
 2                    MR. BRENNAN: I'll have the reporter mark
 3    as Exhibit 11 a document entitled "Notice To Holders of
 4    Finisar Corporation 5-1/4 Percent Subordinating Note." It
 5    appears to bear a date of January 11th, 2008, and it has
 6    production control numbers 001035, 001036.
 7                              (Exhibit No. 11 marked
 8                              for identification.)
 9    Q.   (BY MR. BRENNAN) Do you recognize Exhibit 11?
10    A.   Yes.
11    Q.   Can you tell me what that is?
12    A.   It's a notice to holders regarding the litigation and the --
13         letting the holders know that the company filed their overdue
14         10-Qs and 10-K.
15    Q.   And was a copy of Exhibit 11 provided to Finisar?
16    A.   This is again prior to discovery request?
17    Q.   Yes.
18    A.   I don't believe so.
19    Q.   And does U.S. Bank consider Exhibit 11 to be a report to
20         holders under Section 7.14 of the indentures?
21                    MR. WAHL: Object to the form.
22                    THE WITNESS: This would fall under next
23    year because it's 2008, I would say.
24                    MR. BRENNAN: We'll have marked as
25    Exhibit 12 a document entitled "Notice To Holders Finisar
```

Esquire Deposition Services        6222 Wilshire Blvd. Suite 204        Los Angeles, CA 90048
Phone: (323) 938-2461              1-800-640-2461                        Fax: (323) 931-3016

bac24974-8be9-4d06-bee8-ce1f4ea688e5