# Exhibit F



Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, WA 98101

Notice to Holders of:

FINISAR CORPORATION
5¼% CONVERTIBLE SUBORDINATED NOTES
DUE 2008
*CUSIP: 31787AAC5

Please forward this Notice to beneficial holders.

U.S. Bank Trust National Association serves as indenture trustee ("U.S. Bank" or the "Trustee") for holders of the above-referenced 5¼% Convertible Subordinated Notes due 2008 ("Notes") issued by Finisar Corporation ("Company") pursuant to an Indenture dated as of October 15, 2001 ("Indenture"). All capitalized terms used in this notice but not otherwise defined shall have the meanings given to such terms in the Indenture.

As previously advised, the Company failed to file its Form 10-Q with the SEC for its fiscal quarter ending October 29, 2006, resulting in an Event of Default under the Indenture. The purpose of this notice is to advise you that the Company also failed to file its Form 10-Q for the fiscal quarter ended January 31, 2007 ("Default"). The Company's failure to file its Form 10-Q with the SEC on or before March 17, 2007 constitutes a Default under Section 4.02 of the Indenture and under Section 314(a) of the Trust Indenture Act of 1939. By letter dated April 23, 2007, the Trustee demanded that the Company take action to cure the Default. The Trustee advised the Company that failure by it to cure the Default within 60 days of April 23, 2007, would constitute an additional Event of Default under the Indenture.

The Company continues to dispute that the failure by it to file Form 10-Qs with the SEC and deliver copies to the Trustee constitute a default under the Indenture. As a result, on March 2, 2007, the Company filed a complaint against the Trustee in the Superior Court for the State of California for the County of Santa Clara ("Court") seeking a declaration by the Court that it is not in default under the Indenture. On April 13, 2007, the Trustee removed the action to the United States District Court for the Northern District of California. The action is entitled *Finisar Corporation v. U.S. Bank Trust National Association, et al.*, Case No. C 07-02101 JF. The Trustee will keep you informed as material developments in the litigation occur.

Holders with questions regarding this notice should direct them, in writing, to Diana Jacobs, Vice President, U.S. Bank National Association, 1420 Fifth Avenue, 7th Floor, Seattle, WA 98101. Holders with specific questions may contact Bondholder Services at (800) 934-6802, option #4; or at their web site, located at www.usbank.com/corp_trust/bondholder_contact.html. The Trustee may conclude that a specific response to particular inquiries from individual Holders is not consistent with equal and full dissemination of information to all Holders. Holders should not rely on the Trustee as their sole source of information. The Trustee makes no recommendations and gives no investment advice.

U.S. BANK NATIONAL ASSOCIATION,                                     APRIL 24, 2007
As Indenture Trustee

*Trustee is not responsible for selection or use of CUSIP. It is included solely for holder convenience.



USB FIN 000626



Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, WA 98101

Notice to Holders of:

FINISAR CORPORATION
2½% CONVERTIBLE SENIOR SUBORDINATED NOTES
DUE 2010
*CUSIP: 31787AAG6

Please forward this Notice to beneficial holders.

U.S. Bank Trust National Association serves as indenture trustee ("U.S. Bank" or the "Trustee") for holders of the above-referenced 2½% Convertible Senior Subordinated Notes due 2010 ("Notes") issued by Finisar Corporation ("Company") pursuant to an Indenture dated as of October 12, 2006 ("Indenture"). All capitalized terms used in this notice but not otherwise defined shall have the meanings given to such terms in the Indenture.

As previously advised, the Company failed to file its Form 10-Q with the SEC for its fiscal quarter ending October 29, 2006, resulting in an Event of Default under the Indenture. The purpose of this notice is to advise you that the Company also failed to file its Form 10-Q for the fiscal quarter ended January 31, 2007 ("Default"). The Company's failure to file its Form 10-Q with the SEC on or before March 17, 2007 constitutes a Default under Section 4.02 of the Indenture and under Section 314(a) of the Trust Indenture Act of 1939. By letter dated April 23, 2007, the Trustee demanded that the Company take action to cure the Default. The Trustee advised the Company that failure by it to cure the Default within 60 days of April 23, 2007, would constitute an additional Event of Default under the Indenture.

The Company continues to dispute that the failure by it to file Form 10-Qs with the SEC and deliver copies to the Trustee constitute a default under the Indenture. As a result, on March 2, 2007, the Company filed a complaint against the Trustee in the Superior Court for the State of California for the County of Santa Clara ("Court") seeking a declaration by the Court that it is not in default under the Indenture. On April 13, 2007, the Trustee removed the action to the United States District Court for the Northern District of California. The action is entitled *Finisar Corporation v. U.S. Bank Trust National Association, et al.*, Case No. C 07-02101 JF. The Trustee will keep you informed as material developments in the litigation occur.

Holders with questions regarding this notice should direct them, in writing, to Diana Jacobs, Vice President, U.S. Bank National Association, 1420 Fifth Avenue, 7th Floor, Seattle, WA 98101. Holders with specific questions may contact Bondholder Services at (800) 934-6802, option #4; or at their web site, located at www.usbank.com/corp_trust/bondholder_contact.html. The Trustee may conclude that a specific response to particular inquiries from individual Holders is not consistent with equal and full dissemination of information to all Holders. Holders should not rely on the Trustee as their sole source of information. The Trustee makes no recommendations and gives no investment advice.

U.S. BANK NATIONAL ASSOCIATION,                                           APRIL 24, 2007
As Indenture Trustee
*Trustee is not responsible for selection or use of CUSIP. It is included solely for holder convenience.
fb.us.1965278.02



USB FIN 000612



Corporate Trust Services
1420 Fifth Avenue, 7th Floor
Seattle, WA 98101

Notice to Holders of:

FINISAR CORPORATION
2½% CONVERTIBLE SUBORDINATED NOTES
DUE 2010
*CUSIP: 31787AAF8

Please forward this Notice to beneficial holders.

U.S. Bank Trust National Association serves as indenture trustee ("U.S. Bank" or "Trustee") for holders of the above-referenced 2½% Convertible Subordinated Notes due 2010 issued by Finisar Corporation ("Company") pursuant to an Indenture dated as of October 15, 2003 ("Indenture"). All capitalized terms used in this notice but not otherwise defined shall have the meanings given to such terms in the Indenture.

As previously advised, the Company failed to file its Form 10-Q with the SEC for its fiscal quarter ending October 29, 2006, resulting in an Event of Default under the Indenture. The purpose of this notice is to advise you that the Company also failed to file its Form 10-Q for the fiscal quarter ended January 31, 2007 ("Default"). The Company's failure to file its Form 10-Q with the SEC on or before March 17, 2007 constitutes a Default under Section 4.02 of the Indenture and under Section 314(a) of the Trust Indenture Act of 1939. By letter dated April 23, 2007, the Trustee demanded that the Company take action to cure the Default. The Trustee advised the Company that failure by it to cure the Default within 60 days of April 23, 2007, would constitute an additional Event of Default under the Indenture.

The Company continues to dispute that the failure by it to file Form 10-Qs with the SEC and deliver copies to the Trustee constitute a default under the Indenture. As a result, on March 2, 2007, the Company filed a complaint against the Trustee in the Superior Court for the State of California for the County of Santa Clara ("Court") seeking a declaration by the Court that it is not in default under the Indenture. On April 13, 2007, the Trustee removed the action to the United States District Court for the Northern District of California. The action is entitled *Finisar Corporation v. U.S. Bank Trust National Association, et al.*, Case No. C 07-02101 JF. The Trustee will keep you informed as material developments in the litigation occur.

Holders with questions regarding this notice should direct them, in writing, to Diana Jacobs, Vice President, U.S. Bank National Association, 1420 Fifth Avenue, 7th Floor, Seattle, WA 98101. Holders with specific questions may contact Bondholder Services at (800) 934-6802, option #4; or at their web site, located at www.usbank.com/corp_trust/bondholder_contact.html. The Trustee may conclude that a specific response to particular inquiries from individual Holders is not consistent with equal and full dissemination of information to all Holders. Holders should not rely on the Trustee as their sole source of information. The Trustee makes no recommendations and gives no investment advice.

U.S. BANK NATIONAL ASSOCIATION,                                           APRIL 24, 2007
As Indenture Trustee

*Trustee is not responsible for selection or use of CUSIP. It is included solely for holder convenience.



USB FIN 00058(